# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.

PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity,

      Defendant.

_____/

Case No. 21-cv-6702

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Sigrid S. McCawley, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida and the District of Columbia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: August 9, 2021        Respectfully Submitted,

                                            /s/ Sigrid S. McCawley

                                            Sigrid S. McCawley
                                            Boies Schiller Flexner LLP
                                            401 E. Las Olas Boulevard, Suite 1200
                                            Fort Lauderdale, FL 33301
                                            Tel: (954) 356-0011
                                            Fax: (954) 356 0022
                                            Email: smccawley@bsfllp.com

                                            *Counsel for Plaintiff Virginia L. Giuffre*