UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN
EDWARD, in his personal capacity,

    Defendant.
_____/

Case No.: 21-cv-6702

**ORDER FOR ADMISSION
PRO HAC VICE**

    The motion of Sigrid S. McCawley, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bars of the State of Florida and the District of Columbia; and that her contact information is as follows:

    Applicant's Name:  <u>Sigrid S. McCawley</u>

    Firm Name:  <u>Boies Schiller Flexner LLP</u>

    Address:  <u>401 E. Las Olas Boulevard, Suite 1200</u>

    City/State/Zip:  <u>Fort Lauderdale, FL 33301</u>

    Telephone/Fax:  <u>Tel: (954) 356-0011 / Fax: (954) 356-0022</u>

    Email: <u>smccawley@bsfllp.com</u>

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                             United States District Judge