UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN
EDWARD, in his personal capacity,

    Defendant.
_____/

Case No.: 21-cv-6702

**ORDER FOR ADMISSION
PRO HAC VICE**

    The motion of Sigrid S. McCawley, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bars of the State of Florida and the District of Columbia; and that her contact information is as follows:

    Applicant's Name: Sigrid S. McCawley

    Firm Name: Boies Schiller Flexner LLP

    Address: 401 E. Las Olas Boulevard, Suite 1200

    City/State/Zip: Fort Lauderdale, FL 33301

    Telephone/Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022

    Email: smccawley@bsfllp.com

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 08/11/2021

/s/ Lewis A. Kaplan  /BT
United States District Judge