UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Virginia L. Giuffre**,

                Plaintiff,                21-cv- 6702(LAK)

v.

**Prince Andrew**,
*Duke of York, in his personal capacity,
also known as*
Andrew Albert Christian Edward,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER RE SCHEDULING AND
## INITIAL PRETRIAL CONFERENCE

KAPLAN, District Judge.

       This action having been assigned to me for all purposes, it is hereby,

       ORDERED as follows:

       1.     Counsel receiving this order shall promptly mail and email copies hereof to all other counsel of record or, in the case of any party for whom no appearance has been made, to such party and to all counsel, foreign or domestic, known or believed to be acting on behalf of such party.

       2.     Counsel for both parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule and the agreed schedule calls for filing of the pretrial order not more than six (6) months from the date of this order, counsel shall sign and file within twenty-one (21) days from the date hereof a consent order in the form annexed for consideration by the Court.

       3.     Regardless of whether such a consent order is filed within the time provided, a teleconference will be held on September 13, 2021 at 4 p.m., Eastern Daylight Time. The teleconference can be reached by calling 1-888-363-4749 and using access code 7664205#. Unless the defendant has appeared by counsel, plaintiff's counsel should be prepared to discuss, among other things, the intended means and status of service of process.

       4.     Members of the public are permitted to access the telephone conference, provided, however, that all listeners other than counsel for the parties shall be placed in "listen mode" and thus may not speak in or disrupt the proceedings. The recording, broadcasting or rebroadcasting of any part of the proceedings is strictly prohibited

       5.     This case has been designated for Electronic Case Filing (ECF). It is the responsibility of counsel to become familiar with and follow ECF procedures. Information regarding the ECF system can be found on the Court's web site at www.nysd.uscourts.gov.

       SO ORDERED.

Dated:     August 12, 2021

                                                           Lewis A. Kaplan
                                                         United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Virginia L. Giuffre**,

                           Plaintiff(s),                    21-cv- 6702(LAK)

  v.

**Prince Andrew**,
*Duke of York, in his personal capacity*
*also known as*
Andrew Albert Christian Edward
                        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Consent Scheduling Order

      Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after _____.

2. No amendments to the pleadings will be permitted after _____.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before _____;

    (b) rebuttal expert witnesses on or before _____.

4. All discovery, including any depositions of experts, shall be completed on or before _____.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before _____.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:                                                                 _____
                                                                    Lewis A. Kaplan
                                                           United States District Judge

CONSENTED TO: [signatures of all counsel]