UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>          Plaintiff,<br>     v.<br><br>PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity,<br><br>          Defendant. | Case No. 1:21-cv-06702 (LAK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Andrew Villacastin, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Virginia L. Giuffre in the above-captioned proceeding.

Dated:   New York, New York
             September 8, 2021

                                                            BOIES SCHILLER FLEXNER LLP

                                              By:     /s/ Andrew Villacastin
                                                            Andrew Villacastin
                                                            55 Hudson Yards
                                                            Telephone: (212) 446-2300
                                                            Fax: (212) 446-2350
                                                            avillacastin@bsfllp.com

                                                            *Attorney for Plaintiff*
                                                            *Virginia L. Giuffre*