UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>        Plaintiff,<br>  v.<br><br>PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity,<br><br>        Defendant. | Case No. 1:21-cv-06702 (LAK)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned attorney, Sabina Mariella, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Virginia L. Giuffre in the above-captioned proceeding.

Dated: New York, New York
       September 8, 2021

                                BOIES SCHILLER FLEXNER LLP

                    By:   /s/ Sabina Mariella
                            Sabina Mariella
                            55 Hudson Yards
                            Telephone: (212) 446-2300
                            Fax: (212) 446-2350
                            smariella@bsfllp.com

                            *Attorney for Plaintiff*
                            *Virginia L. Giuffre*