# EXHIBIT F

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Sophie Loewenstein |
| **Subject:** | FedEx Shipment 774541907493: Your package has been delivered |
| **Date:** | Wednesday, August 18, 2021 7:15:44 AM |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.



# Hi. Your package was delivered Wed, 08/18/2021 at 12:09pm.



Delivered to GRIFFIN BUILDING, GRAY'S INN, LONDON, LO WC1R5LN
Received by M.NORAH

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 774541907493 |
| **FROM** | SOPHIE LOEWENSTEIN<br>55 HUDSON YARDS<br>NEW YORK, NY, US, 10001 |
| **TO** | MATRIX CHAMBERS<br>CLARE MONTGOMERY QC |

|  |  |
|---|---|
|  | GRIFFIN BUILDING, GRAY'S INN |
|  | DX400 CHANCERY LANE |
|  | LONDON, LO, GB, WC1R5LN |
| **DOOR TAG NUMBER** | DT105797466870 |
| **REFERENCE** | 01559.0001 |
| **SHIPPER REFERENCE** | 01559.0001 |
| **SHIP DATE** | Mon 8/16/2021 08:17 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NEW YORK, NY, US, 10001 |
| **DESTINATION** | LONDON, LO, GB, WC1R5LN |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx International Priority |

## Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX** 

☐   Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 6:15 AM CDT 08/18/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| To: | Sophie Loewenstein |
| Subject: | FedEx Shipment 774541839945: Your package has been delivered |
| Date: | Wednesday, August 18, 2021 5:24:13 AM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.



# Hi. Your package was delivered Wed, 08/18/2021 at 10:22am.



Delivered to 20 FARRINGDON STREET STREET, LONDON, LO EC4A4EN
Received by M.MICHEAL

**OBTAIN PROOF OF DELIVERY**

| | | |
|---|---|---|
| TRACKING NUMBER | | 774541839945 |
| FROM | | SOPHIE LOEWENSTEIN |
| | | 55 HUDSON YARDS |
| | | NEW YORK, NY, US, 10001 |
| TO | | BLACKFORDS LLP |
| | | GARY BLOXSOME |

|  |  |
|---|---|
|  | 20 FARRINGDON STREET LONDON, LO, GB, EC4A4EN |
| **REFERENCE** | 01559.001 |
| **SHIPPER REFERENCE** | 01559.001 |
| **SHIP DATE** | Mon 8/16/2021 02:55 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NEW YORK, NY, US, 10001 |
| **DESTINATION** | LONDON, LO, GB, EC4A4EN |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx International Priority |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**       

☐   Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:24 AM CDT 08/18/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](privacy policy). All rights reserved.

Thank you for your business.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Sophie Loewenstein |
| **Subject:** | FedEx Shipment 774541921133: Your package has been delivered |
| **Date:** | Wednesday, August 18, 2021 6:50:24 AM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

FedEx 

# Hi. Your package was delivered Wed, 08/18/2021 at 11:43am.



Delivered to 2 BEDFORD ROW, LONDON, LO WC1R4BU
Received by M.LETTERBOX

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 774541921133 |
| **FROM** | SOPHIE LOEWENSTEIN<br>55 HUDSON YARDS<br>NEW YORK, NY, US, 10001 |
| **TO** | CHAMBERS OF BRIAN ALTMAN QC<br>MR. STEPHENSON FERGUSON |

|  |  |
|---|---|
|  | 2 BEDFORD ROW |
|  | LONDON, LO, GB, WC1R4BU |
| **REFERENCE** | 01559.0001 |
| **SHIPPER REFERENCE** | 01559.0001 |
| **SHIP DATE** | Mon 8/16/2021 08:17 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NEW YORK, NY, US, 10001 |
| **DESTINATION** | LONDON, LO, GB, WC1R4BU |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx International Priority |

## Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**       

☐   Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 5:50 AM CDT 08/18/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](#). All rights reserved.

Thank you for your business.

# Sophie Loewenstein

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, August 19, 2021 7:02 AM |
| **To:** | Sophie Loewenstein |
| **Subject:** | FedEx Shipment 774541892258: Your package has been delivered |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

**FOLLOW FEDEX**

     

✉Please do not respond
report was generated at a

All weights are estimated.

To track the latest status

Standard transit is the dat
selected service, destinati
the FedEx Service Guide
Guarantee, or contact you

© 2021 Federal Express
trademark laws under U.S

Thank you for your busine