# EXHIBIT H

| | |
|---|---|
| **From:** | Sabina Mariella |
| **To:** | blairberk@me.com |
| **Cc:** | David Boies; Sigrid McCawley; Andrew Villacastin; Alex Boies; David Boies |
| **Bcc:** | Sophie Loewenstein |
| **Subject:** | Virginia Giuffre v. Prince Andrew, No. 21-cv-06702-LAK |
| **Date:** | Wednesday, August 18, 2021 11:46:00 AM |
| **Attachments:** | 2021-08-09 [00001-000] COMPLAINT against Prince Andrew. (Filing Fee $ 402.00,.pdf<br>2021-08-09 [00001-001] Exhibit A.pdf<br>2021-08-10 [00005-000] ELECTRONIC SUMMONS ISSUED as to Prince Andrew. (vf).pdf<br>2021-08-12 [00007-000] ORDER FOR INITIAL PRETRIAL CONFERENCE Initial Conference.pdf |

Counsel,

We represent Virginia Giuffre. I am attaching a summons, complaint, and court order in *Virginia Giuffre v. Prince Andrew* (No. 21-cv-06702-LAK), which was filed in the United States District Court for the Southern District of New York on Monday, August 9, 2021. Please let us know whether you will accept service of these documents by email on Prince Andrew's behalf. If you are not authorized to accept service but know of someone else who is authorized, please let us know that as well.

We are also sending copies of these documents to you via FedEx at the below address:

Tarlow & Berk PC
9119 Sunset Blvd.
Los Angeles, CA 90069

Thank you,

**Sabina Mariella**
Associate

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 754 4541
(m) +1 973 634 7734
smariella@bsfllp.com
www.bsfllp.com