# EXHIBIT J

| | |
|---|---|
| **From:** | Blair Berk |
| **To:** | Sabina Mariella |
| **Cc:** | David Boies; Sigrid McCawley; Andrew Villacastin; Alex Boies; David Boies2 |
| **Subject:** | Re: Virginia Giuffre v. Prince Andrew, No. 21-cv-06702-LAK |
| **Date:** | Wednesday, August 18, 2021 5:59:33 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dear Ms. Mariella,
Please be advised that I am not authorized to accept service of any legal documents on behalf of Prince Andrew. No legal documents should be sent to my attention and I am unaware of who, if anyone, is authorized to accept service on his behalf.

Sincerely,
Blair Berk

***Blair Berk***
***Tarlow & Berk PC***
***9119 Sunset Blvd.***
***Los Angeles, CA 90069***
***Blairberk@tarlowberk.com***

***(310) 278-2111***

*This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*

> On Aug 18, 2021, at 8:48 AM, Sabina Mariella <SMariella@bsfllp.com> wrote:
>
> Counsel,
>
> We represent Virginia Giuffre.  I am attaching a summons, complaint, and court order in *Virginia Giuffre v. Prince Andrew* (No. 21-cv-06702-LAK), which was filed in the United States District Court for the Southern District of New York on Monday, August 9, 2021.  Please let us know whether you will accept service of these documents by email on Prince Andrew's behalf.  If you are not authorized to accept service but know of someone else who is authorized, please let us know that as well.
>
> We are also sending copies of these documents to you via FedEx at the below address:

Tarlow & Berk PC
9119 Sunset Blvd.
Los Angeles, CA 90069

Thank you,

**Sabina Mariella**
Associate

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 754 4541
(m) +1 973 634 7734
smariella@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

<2021-08-09 [00001-000] COMPLAINT against Prince Andrew. (Filing Fee $ 402.00,.pdf>
<2021-08-09 [00001-001] Exhibit A.pdf>
<2021-08-10 [00005-000] ELECTRONIC SUMMONS ISSUED as to Prince Andrew. (vf).pdf>
<2021-08-12 [00007-000] ORDER FOR INITIAL PRETRIAL CONFERENCE Initial Conference.pdf>