# EXHIBIT M

**We deliver**
Every minute, every day

# Tracking status

| Job number: 57404694 | | | |
|---|---|---|---|
| Service description | Service type | Department | Reference |
| PRIORITY BIKE | DB | FIONA | N/A |
| Booked by | Date booked | Ready on | Ready at |
| HANNAH GRAY | 12:11 - 26 Aug 2021 | 26 Aug 2021 | 12:11 |

| Tracking status | | |
|---|---|---|
| Event | Date | Time |
| JOB BOOKED | 26 Aug 2021 | 12:11 |
| COURIER EN ROUTE TO COLLECTION | 26 Aug 2021 | 12:33 |
| COURIER ARRIVED AT BOIES SCHILLER & FLEXNER (UK) LLP, EC4A 3BF | 26 Aug 2021 | 12:47 |
| JOB COLLECTED. COURIER EN ROUTE TO DELIVERY | 26 Aug 2021 | 12:51 |
| IN TRANSIT TO DESTINATION | 26 Aug 2021 | 12:51 |
| COURIER ARRIVED AT P/A, SL4 2HP | 26 Aug 2021 | 15:43 |
| STOP COMPLETED: P/A, SL4 2HP | 26 Aug 2021 | 15:48 |
| JOB DELIVERED AND SIGNED FOR BY sgt carter gate | 26 Aug 2021 | 15:48 |

| Collection address | |
|---|---|
| Company | BOIES SCHILLER & FLEXNER (UK) LLP |
| Address | 5 NEW STREET SQUARE |
| Town | LONDON |
| Country | GBR |
| Postcode | EC4A 3BF |
| Contact | REC/HANNAH 02039080748 |
| Instructions | 1 ENV |

| Collection details | |
|---|---|
| Date | 26 Aug 2021 |
| Time | 12:51 |
| Signed by | pr pr |
| Signature | Signed on behalf of customer by the courier |

| Delivery address | |
|---|---|
| Company | P/A |
| Address | THE ROYAL LODGE/WINDSOR GREAT PARK/WINDSOR_ |
| Town | WINDSOR |
| Country | GBR |
| Postcode | SL4 2HP |
| Contact |  |
| Instructions | N/A |

| Delivery details | |
|---|---|
| Date | 26 Aug 2021 |
| Time | 15:48 |
| Signed by | sgt carter gate |
| Signature | Signed on behalf of customer by the courier |