# EXHIBIT T

Case 1:21-cv-06702-LAK  Document 11-20  Filed 09/10/21  Page 2 of 198

Aug 8, 2021, 05:00am EDT  |  1,735 views

# A Tight Spot: What Prince Andrew Faces If Virginia Roberts Guiffre Files Her Civil Suit Against Him This Week



**Guy Martin** Senior Contributor ⓘ

ForbesLife

Follow

 ▶ **Listen to this article now**

Powered by **Trinity Audio**

-08:05 🌐



**2 of 4** free articles

Get unlimited access to the most trusted source for busines

It's a political and societal irony of great proportion that a child-victims law signed into effect by New York Governor Andrew Cuomo — himself accused by 11 women of unwanted sexual advances, one of whom has just filed a criminal complaint against him — would have any effect on Prince Andrew's legal status in his dispute with his chief accuser Virginia Roberts Giuffre. But on Valentine's Day 2019, the governor signed into law the New York Assembly's far-reaching Child Victims Act, which enhanced the rights of childhood victims of sexual abuse, including a broadening of victims' rights to file civil suits against their abusers in New York state.

In August 2020, as a result of the pandemic, the New York Assembly drafted and Cuomo signed into law an extension of what's called the "Look Back Window" to the Child Victims Act. That 2020 legislation increased the time for victims to file civil suits relating to certain historical cases of childhood sexual abuse until August 14, 2021. Which is upon us.

These two pieces of legislation did not go unnoticed in the offices of legendary trial lawyer David Boies, who represents Virginia Roberts Giuffre, nor did they go unnoticed in England. Bottom line: With the August 14 deadline fast approaching, reporters from London's tabloid *Mail on Sunday*, who have been assiduous in reporting every minute twist and turn of the increasingly ominous matters Andrew faces in relation to his decades-long friendship with Jeffrey Epstein, rang up Mr. Boies to ask what he thought of his client Ms. Giuffre's intention to file a suit against Prince Andrew this week.

Noting that the August 14 deadline meant that his client faced the risk of not being able to sue Prince Andrew at all, Boies said to the reporters: "To use a common phrase here in the United States, 'Time's up.'"

**2 of 4** free articles

Get unlimited access to the most trusted source for busines

Case 1:21-cv-06702-LAK   Document 11-20   Filed 09/10/21   Page 4 of 198

it's in the interests of the prince to gin up some sort of response. Because: the Boies letter offered Andrew's legal team the opportunity to enter what is called a tolling agreement, an agreement by both parties in a prospective lawsuit to set aside any time limitations on the prospective suit so that the parties can have time to negotiate a settlement, rather than proceeding toward trial — in public — with the suit.

---

MORE FOR YOU

### How The Scripted Television Series On Ghislaine Maxwell Will Pressure Prince Andrew And Others In Jeffrey Epstein's Black Book

### The Best Phone Out That I Can't Use To Call Anyone

### Celebrate National Rum Day With Great Steak, A Great Vacation And Great Rums

---



New York Mayor Rudy Giuliani holding an honorary knighthood and standing with his partner Judith ...

**2 of 4** free articles

Get unlimited access to the most trusted source for busines

**Forbes** | Passport

## Get a First-Class Guide to Luxury Travel

Explore the finest destinations and experiences around the world in the Forbes Passport newsletter.

Email address                    Sign Up

You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy

In other words, the suit has been in the works for quite some time. In short, what Boies and Giuffre were offering Andrew in that letter was an opportunity at a far more discreet solution in the civil matter.

But, as the prince's foot-dragging thus far in delivering a response to the Boies letter seems to indicate, Prince Andrew may not see the offer of a tolling agreement in such a positive light. First, Andrew is nothing if not a man with a certain, admittedly high, idea of himself. Indeed, it was that idea of himself that led him to think he was somehow putting to rest the Giuffre accusations by giving his disastrous interview to the BBC. Whether exercised by a once-convicted felon and serial abuser such as Jeffrey Epstein, his accused former girlfriend and gatekeeper, Ghislaine Maxwell, or their mutual friend Prince Andrew, hubris comes in many forms. Nevertheless, Andrew's denials of ever having met, much less known, Virginia Roberts Giuffre, have remained staunch.

Ergo, the many prickly legal disadvantages for the prince can be read thusly: If he, Andrew, enters into the proposed tolling agreement with Roberts Giuffre, he is by default admitting that there is at least something worth

**2 of 4** free articles

Get unlimited access to the most trusted source for busines

Case 1:21-cv-06702-LAK   Document 11-20   Filed 09/10/21   Page 6 of 198

means that he's walking his fierce denials of her accusations back, thus also lending more impetus to the requests from the criminal prosecutors of the Southern District of New York to "come in" and talk about what he knows of his old friend Epstein's procurement operation. In a word, negotiations with Virgina Roberts Giuffre opens a host of ugly doors that Andrew would rather keep shut.



Portrait of, from left, American real estate developer Donald Trump, his girlfriend (and future ... [+]
GETTY IMAGES

Put differently, living up to every scintilla of his reputation as a ferocious litigator, David Boies recognized the significance of the August 14 deadline in the look-back window of the Child Victims Act quite early, and so made the offer to Andrew's legal team on his client's behalf: We can proceed with

2 of 4 free articles

Get unlimited access to the most trusted source for busines

negotiations with the Southern District of New York's federal prosecutors of Ghislaine Maxwell have been more specifically geared to fending off any possible criminal prosecution, while affording the prince the appearance of being willing to cooperate with her prosecutors and at the same time allowing the prince to stage his withdrawal from public life quite comfortably among the horses and dogs in the Royal Lodge at Windsor. Like some of the postures in the Sixties floor-game Twister, Andrew's is quite an ungainly stretch that takes a lot of effort to maintain.

He has known Ghislaine Maxwell throughout many stages of her life, from her very beginnings on the British social stage as a bright young heiress, on down to her last incarnation as Epstein's fixer. And, she has known Andrew. This would be a logical element in the reluctance Andrew has shown toward opening the door to cooperation with Ghislaine Maxwell's prosecutors: It's not just about the possibility of him criminalizing himself across the pond in New York, although it is, also, that. Among any serious group of courtiers and legal advisors to the prince there would also be an innate wariness of the maw of Ms. Maxwell's ferocious defense chewing Andrew, and others, quite publicly to bits at her trial.

Ms. Maxwell is trying to get out of jail. Prince Andrew and others in Epstein's orbit are trying to stay out of jail, or at least out from under the threat of criminal prosecution. Those are two very different projects, and they don't necessarily fit together, which is why Andrew and other registrants and regulars in the Epstein little black book are correct to be concerned that Ghislaine Maxwell may, under the onmarch of her trial, start to talk.

For these reasons the civil suit is coming at a bad moment for Andrew. A civil suit, with its promise of depositions (of Andrew) and its attendant trial

**2 of 4** free articles

Get unlimited access to the most trusted source for busines

case, if it comes to it, arguably in the many millions — is about as ugly a prospect as can be had. The damage to the Crown and the reputation of the British royal family would be almost incalculable, not to mention the sizeable dent in Andrew's pocket. Further, it would mean that that what we can call the bedroom-minutiae of Andrew's social life in the Aughts, when this alleged abuse of the then-underaged Virginia Roberts is to have occurred, would be irretrievably paraded before the public.

Quite a lot of that graphic detail is out there already in statements from Ms. Giuffre, but under oath, at a (civil) trial, it could be cast in a far weightier, and possibly criminal, light. New York's Southern District prosecutors wove Ghislaine Maxwell's current perjury charge out of her deposition in the settled Roberts Guiffre defamation lawsuit. In this way we can say that Andrew's general legal circumstance, both civil and criminal, has stripped him of royal status, and it threatens anew, with every passing day.

In her own depositions in her 2016 civil suit of Andrew's good friend Ghislaine Maxwell for defamation, Virginia Roberts Giuffre has been quite courageous and excruciatingly forthright in excluding no detail of her many years of abuse by Epstein and Maxwell in the Epstein apparatus. That level of directness is what Andrew would theoretically face in court, whether he is physically present or not, should Ms. Giuffre choose to file her lawsuit this week.

According to attorney Boies, the subject matter of the lawsuit is based in Ms. Giuffre's accusations of sexual abuse by Andrew prior to the (American) age of consent. It's fair to say that Andrew should at least be aware of his legal vulnerability in this regard. Should he decide to not respond, the suit can, and likely would, proceed in New York most aggressively without his participation. If he's found guilty, in absentia or not, he would still be liable

2 of 4 free articles

Get unlimited access to the most trusted source for busines

freedom of movement, it's Andrew's move now.

 **Guy Martin**

Follow

Back in the Pleistocene, at military school in the South, some of my dorm-mates and I started a mimeographed—remember mimeographs?—broadside called the Trusty…

**Read More**

Reprints & Permissions

ADVERTISEMENT

**2 of 4** free articles

**Get unlimited access to the most trusted source for busines**

# Alleged Epstein victim sues Prince Andrew for sexual abuse

abc **abcnews.go.com**/US/alleged-epstein-victim-sues-prince-andrew-sexual-abuse/story

ByJames HillAugust 9, 2021, 5:03 PM• 12 min read

The lawsuit comes almost two years to the day that Epstein died in jail.




3:03

On Location: August 9, 2021

Catch up on the developing stories making headlines.

Julian Finney/Getty Images, FILE
An alleged victim of deceased sex offender Jeffrey Epstein filed a lawsuit against Prince Andrew of Britain on Monday, accusing the embattled 61-year-old royal of sexually abusing her at Epstein's Manhattan mansion and elsewhere when she was under the age of 18, according to court records.

The lawsuit, filed by Virginia Roberts Giuffre in federal court in New York, comes almost two years to the day that Epstein died in a New York jail while he was awaiting trial on conspiracy and child sex trafficking charges. The legal action also comes just days before the expiration date of a New York state law that permits alleged victims of childhood sexual abuse to file civil claims that might otherwise be barred by statutes of limitations.

"If she doesn't do it now, she would be allowing him to escape any accountability for his actions," Giuffre's attorney, David Boies, chairman of Boies, Schiller Flexner, told ABC News. "And Virginia is committed to trying to avoid situations where rich and powerful people escape any accountability for their actions."

╋ MORE: Jeffrey Epstein victims program shutting down with $121 million paid to abuse survivors
The lawsuit seeks unspecified compensatory and punitive damages and accuses Andrew of sexual assault and intentional infliction of emotional distress.

"Twenty years ago, Prince Andrew's wealth, power, position, and connections enabled him to abuse a frightened, vulnerable child with no one there to protect her. It is long past the time for him to be held to account," the lawsuit states.

Reached late Monday, a U.K.-based spokesperson for Prince Andrew said there would be no comment on the suit.


📷 Jeenah Moon/Bloomberg via Getty Images
Virginia Roberts Giuffre, an alleged victim of Jeffrey Epstein, center, exits from federal court in Ne...

"I am holding Prince Andrew accountable for what he did to me. The powerful and the rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but one can reclaim her life by speaking out and demanding justice," Giuffre said, via her lawyers, in a statement to ABC News.

"I did not come to this decision lightly. As a mother and a wife, my family comes first. I know that this action will subject me to further attacks by Prince Andrew and his surrogates. But I knew that if I did not pursue this action, I would be letting them and victims everywhere down," the statement said.

Giuffre, now a 38-year-old mother living in Australia, first accused the prince of sexual abuse in public court filings in December of 2014, in a case brought by alleged Epstein victims against the U.S. Department of Justice. That lawsuit challenged Epstein's lenient deal with federal prosecutors in Florida in 2008.

Giuffre alleged in those court submissions that she was directed by Epstein and his longtime associate Ghislaine Maxwell to have sex with Andrew on three occasions in 2001, in London, New York and the U.S. Virgin Islands.

Her claims were met then with vehement denials from Maxwell and from Buckingham Palace on behalf of the prince, the second son of Britain's Queen Elizabeth II.

+ MORE: How Ghislaine Maxwell went from high society to being accused of sex trafficking
"It is emphatically denied that [Prince Andrew] had any form of sexual contact or relationship with [Giuffre]. The allegations made are false and without any foundation," the Palace statement said.

Since that time, Giuffre's lawyers contend they have made multiple attempts to engage with Andrew or his advisers in discussions about her allegations in an effort to avoid litigation. But those efforts, Boies said, have been ignored.

"Since 2015, we've been trying to have a dialog with Prince Andrew or his lawyers," Boies said. "We have given him every opportunity to provide any explanation or context that he might have. We've tried to reach a resolution without the necessity of litigation. Prince Andrew and his lawyers have been totally non-responsive."



Julian Finney/Getty Images, FILE

Prince Andrew, Duke of York, attend an athletic event at the London Stadium, Aug. 4, 2017 in London.

The most recent letter to the prince's presumed legal team was sent last month and warned that a lawsuit would soon be filed unless the prince agreed to enter into discussions for an alternative resolution, according to the court filing Monday.

"If she had simply failed to sue now, it would have validated the stonewalling tactics that Andrew and his advisers have employed," Boies said.

For nearly a decade, the prince has been under scrutiny for his association with Epstein, a multi-millionaire financier and the subject of state and federal investigations since the mid-2000s for allegedly recruiting underage girls for illicit massages and sex.

✚ MORE: Gaetz campaign paying former Epstein lawyer amid sex trafficking investigation
Epstein initially avoided federal charges involving allegations of abuse of nearly three dozen girls by agreeing to plead guilty to two comparatively minor charges in Florida state court in 2008. He served just 13 months of an 18-month term in a county jail.

Prince Andrew, who said he'd first met Epstein in 1999, became embroiled in the controversy in late 2010 when he was photographed walking with the convicted sex offender through New York's Central Park shortly after Epstein's sentence ended in Florida.

Epstein was charged again, in July 2019, in a two-count federal indictment for child sex trafficking and conspiracy for alleged crimes in New York and Florida between 2002 and 2005. He died in prison on Aug. 10 from an apparent suicide.

Following those new charges against Epstein, the prince again found himself under scrutiny from the press and prosecutors for his association with Epstein both before and after the wealthy financier was designated as a sex offender.

In a rare television interview with the BBC in November 2019, Andrew categorically denied Giuffre's allegations that he had sexual contact with her. He claimed to have no memory of ever meeting her and suggested that a widely-circulated photograph of him with his arm around the waist of then 17-year-old Giuffre, allegedly taken by Epstein in the London home of Maxwell in 2001, might have been doctored.

"I don't believe that photograph was taken in the way that has been suggested," he said. "I think it's, from the investigations that we've done, you can't prove whether or not that photograph is faked or not, because it is a photograph of a photograph of a photograph. So it's very difficult to be able to prove it, but I don't remember that photograph ever being taken."

The prince also contended that he had an alibi for the date of the alleged encounter, claiming he was home with his daughter, Beatrice.

"I was at home," the prince said. "I was with the children, and I'd taken Beatrice to a Pizza Express in Woking for a party at, I suppose, sort of 4 or 5 in the afternoon. And then, because the Duchess was away, we have a simple rule in the family that when one is away the other one is there. I was on terminal leave at the time from the Royal Navy, so therefore I was at home."

The prince's interview was harshly criticized in the British press and, within days, he released a new statement conceding that his "former association" with Epstein had become a major distraction for the royal family, and he stepped back from official duties.

He vowed in that statement that he would be willing "to help any appropriate law enforcement agency with their investigations."

 New York State Sex Offender Registry

Jeffrey Epstein is seen in a photo released by the New York State Division of Criminal Justice.

But Geoffrey Berman, then the U.S. Attorney in Manhattan, publicly called out the prince a few months later for failing to live up to his stated promise. At a press conference in front of Epstein's New York mansion early last year, Berman said Prince Andrew has provided "zero cooperation."

Giuffre's court filing Monday contains a copy of the photograph of her standing beside Andrew, along with references to flight records from Epstein's private planes that indicate Giuffre was a frequent passenger to destinations in the United States and abroad while she

was under 18.

Giuffre contends in her lawsuit that the prince engaged in the alleged sexual acts with her "knowing that she was a sex-trafficking victim being forced to engage in sexual acts with him" and that he was aware of her age. She contends she did not consent to engaging in sexual acts with the prince.

$+$ MORE: Judge orders prosecutors to explain frequent flashlight checks on Ghislaine Maxwell

"[Giuffre] was compelled by express or implied threats by Epstein, Maxwell, and/or Prince Andrew to engage in sexual acts with Prince Andrew, and feared death or physical injury to herself or another and other repercussions for disobeying Epstein, Maxwell, and Prince Andrew due to their powerful connections, wealth, and authority," the suit alleges.

Giuffre has previously settled two federal lawsuits she filed in connection with her allegations that she was recruited by Maxwell and Epstein into a life of sexual servitude to Epstein and other powerful men. She settled with Epstein in 2009 and reached an out-of-court settlement in her defamation claim against Maxwell in 2017. There were no admissions of wrongdoing in either case, and the financial terms of the settlements were not disclosed.

Maxwell, in deposition testimony in the defamation case, denied Giuffre's allegations and described her accuser as an "absolute liar."

"She has lied repeatedly, often, and is just an awful fantasist," Maxwell said during a 2016 deposition.

Maxwell, who is currently awaiting trial on charges she aided Epstein's alleged abuse of four underage girls, denied recruiting Giuffre for sexual activities with Epstein and denied instructing Giuffre to have sex with the prince or other men.

"I never saw any inappropriate underage activities with Jeffrey ever," Maxwell said.

Maxwell has pleaded not guilty to all the charges against her. She has not been charged in connection with Giuffre's allegations of sexual abuse, though she is facing two perjury charges for alleged false statements in the 2016 depositions.

Boies told ABC News on Monday that it is his hope that the lawsuit finally leads to Prince Andrew agreeing to answer questions under oath.

"It's one thing to ignore me. It's another thing to ignore the judicial process of the state of New York and the United States," Boies said. "If Prince Andrew does not take seriously the rule of law in this country, he is being very ill-advised. This is a serious lawsuit, and the court will take it seriously. We take it seriously. If he doesn't take it seriously, it is at his peril."

Before You Go

# Prince Andrew: What could happen next in the Virginia Giuffre case?

**BBC** bbc.com/news/uk-58190212

**Published**

🕐 21 hours ago





image sourceVirginia Roberts
image captionVirginia Giuffre, then Roberts, was pictured with Prince Andrew in London in 2001

**Virginia Roberts Giuffre, an alleged victim of super-rich sex offender Jeffrey Epstein, has begun a civil legal action against the Duke of York, Prince Andrew. In court papers she claims the duke abused her three times - at Ghislaine Maxwell's London home, at Epstein's Manhattan home and at the financier's private Caribbean retreat in the US Virgin Islands, claims which he has consistently denied. What does this mean in practice - and what could ultimately happen in the case?**

## Why has she filed this legal claim now and in New York?

In 2019, New York State changed its law to allow alleged survivors of historical abuse to seek redress many years after an incident. Ms Giuffre has filed her claim against the duke before the August deadline for cases such as hers to be lodged.

Speaking to the BBC about Ms Giuffre's allegations in 2019, Prince Andrew said they "never happened".

"It didn't happen. I can absolutely categorically tell you it never happened. I have no recollection of ever meeting this lady, none whatsoever," he told BBC Newsnight.

## Is this a criminal allegation?

No. It is a civil case - which means that Ms Giuffre wants a court in New York to decide whether her allegations are true and whether the duke should pay her damages.

## Can the Duke just ignore the case?

The brutal fact is that wherever they take place, civil court cases are ultimately hard, if not impossible, to ignore, because doing so can be catastrophically bad for the defendant.

David Boies, Ms Giuffre's fearsome and celebrated American lawyer, said that the prince would be "very ill-advised" to ignore the judicial process.

"If he does, it will be a default judgement against him that will be, in effect, enforced not only in the United States, but in virtually every civilised country in the world."

## Ok, but how can the case even begin if he's not in New York?

Good point. The case can only begin if a New York judge is sure the defendant has been "served" with the legal papers - meaning they have personally received a copy of the legal allegations before the court.

In practice, that typically means putting the envelope in the hands of the defendant and, like in Hollywood, saying something like: "I'll see you in court."

Ms Giuffre's team face two obstacles here. First, the duke is not in the US.

But, under an international treaty to help courts work together, they can ask a judge at the High Court in London begin a process of serving the papers.

But getting directly to a prince of the realm is rather difficult.

Ms Giuffre's team could try to hand them to a suitably senior official at his official residence, or with his lawyers, if they know who they are. They could then try to argue that amounts to having met the requirement to serve them on a prince who is otherwise impossible to meet.

## Trial by Christmas then?

Don't hold your breath. A damages case has one of a number of outcomes:

- A New York judge could throw the case out as legally inadmissible;
- The defendant and the plaintiff (the official term for Ms Giuffre) could settle;
- The case could go to trial and a jury would have to decide whether or not Ms Giuffre's allegations are true.

## So what does settlement mean?

Exactly that - the sides reach an agreement, typically (but not always) with the defendant making a payment to the plaintiff.

But... the defendant may not admit liability and there is no court finding of wrongdoing.

## Is a settlement likely?

Nobody knows. Mr Boies says that his client tried to resolve her complaint without resorting to the courts - but the prince had failed to respond.

## But what if there is no quick settlement?

The first stage - assuming Prince Andrew is served - is the gathering of evidence.

Ms Giuffre's team would begin pressing the New York court to order the production of evidence that may be useful to the case. Most of this material would ultimately become public.

As each piece of evidence is submitted, the duke, if he chose to be represented in the case, would have the legal right to dispute its admission, or to bring counter evidence to the case.

## Could the prince be cross-examined in open court?

In theory, yes, but let's take another step back.

An important stage of evidence-gathering in the US is called deposition.

A defendant is basically interviewed at length by the other side's lawyers about their version of events. This usually takes place in the lawyer's offices but it's part of the legal process - so the witnesses have to be truthful.

The deposition is their core evidence - but it can also play a crucial role in helping the sides put down their arms and reach a settlement, once the evidence becomes clear.

## Can the US court force him to come to the US to do that or give evidence in court later?

No - because this is not a criminal trial and he's not even in the country.

## What happens if the duke loses?

Ms Giuffre's side would ask the court to order Prince Andrew to pay Ms Giuffre damages.

But he's not in the US - so how could that be enforced?

If Ms Giuffre won, her team could come to the UK and ask a High Court judge in London to rule, in a follow-on case, that the duke has to pay up.

But here's where it gets legally rather complex (if it wasn't already). If the prince didn't take part in the case in America, a London judge could reject the case as unenforceable. That would protect him from the damages - but it wouldn't affect the New York court's judgment against him.

# Virginia Giuffre: Prince Andrew accuser files civil case in US

**bbc**.com/news/uk-58153711

**By George Bowden & Hazel Shearing**
BBC News

**Published**
🕐 2 hours ago

Related Topics
  Jeffrey Epstein death



image sourceVirginia Roberts
image captionVirginia Giuffre, then Roberts, was pictured with Prince Andrew in London in 2001

**A US woman who alleges she was brought to the UK aged 17 to have sex with the Duke of York has filed a civil case in New York claiming he abused her.**

Virginia Giuffre, who was an accuser of convicted sex offender Jeffrey Epstein, claims she was sexually assaulted by Prince Andrew in London and New York.

A spokeswoman for Prince Andrew, 61, said there was "no comment" on the case, which was filed under New York's Child Victims Act.

He has consistently denied the claims.

The case alleges the prince sexually abused Ms Giuffre - then known as Virginia Roberts - at the London home of Epstein associate Ghislaine Maxwell, and at Epstein's homes in Manhattan and Little St James in the US Virgin Islands.

It claims the prince engaged in sexual acts without her consent, knowing how old she was and "that she was a sex-trafficking victim".

The case also says the "extreme and outrageous conduct" continues to cause Ms Giuffre, now 38, "significant emotional and psychological distress and harm".

"In this country no person, whether president or prince, is above the law, and no person, no matter how powerless or vulnerable, can be deprived of the law's protection," the documents read.

"Twenty years ago Prince Andrew's wealth, power, position, and connections enabled him to abuse a frightened, vulnerable child with no one there to protect her. It is long past the time for him to be held to account."

Speaking about Ms Giuffre's allegations in 2019, Prince Andrew said they "never happened".

"It didn't happen. I can absolutely categorically tell you it never happened. I have no recollection of ever meeting this lady, none whatsoever," he told BBC Newsnight.

media captionPrince Andrew said in 2019 that he could not recall any incident involving Virginia Roberts.

In a later statement, Prince Andrew said: "I continue to unequivocally regret my ill-judged association with Jeffrey Epstein.

"His suicide has left many unanswered questions, particularly for his victims, and I deeply sympathise with everyone who has been affected and wants some form of closure.

"I can only hope that, in time, they will be able to rebuild their lives. Of course, I am willing to help any appropriate law enforcement agency with their investigations, if required."



Analysis
By Jonny Dymond
Royal correspondent

The narratives put forward by Ms Giuffre and Prince Andrew are a hundred miles apart.

Prince Andrew says he has no recollection of meeting Ms Giuffre, that he never had sex with her.

However, there is a photo that clearly shows him with his arm around Ms Giuffre in a location that Ghislaine Maxwell's brother, Ian, has confirmed looks very much like her then London house.

Some "friends" of Prince Andrew have anonymously suggested that the photo is a fake. There is no evidence that this is the case.

One person close to the prince told the BBC recently that there was a simpler explanation - that he met thousands of people and that whilst he may have met Ms Giuffre, he simply couldn't remember her.

Prince Andrew has said he will help law enforcement authorities with their enquiries into Jeffrey Epstein. His team pushed back very hard against the allegation from the US Attorney for the Southern District of New York that he had not offered assistance.

But they will see today's lawsuit as a legal fishing expedition and will do everything they can to see that it goes no further.



image sourceReuters
image captionMs Giuffre implored the British public to "stand beside her" in an interview with Panorama in 2019

The new legal complaint alleges that the prince and his representatives have rejected requests to provide "whatever facts, context or explanation he might have, and to explore alternative dispute resolution approaches".

## What is the Child Victims Act?

New York State's Child Victims Act was signed into law by Governor Andrew Cuomo in 2019.

It allowed survivors of childhood sexual abuse to file a case which had already been time-barred or expired, and gave them a year to do so.

That one-year window was then extended because of disruption to court services during the pandemic and ends this week, on 14 August.

Mr Cuomo called it a "pathway to justice" for people who allege they were abused when under-age and was intended to help "right wrongs that went unacknowledged and unpunished".

Meanwhile, an independent inquiry found this month that Mr Cuomo harassed multiple women. Mr Cuomo denied touching anyone inappropriately and vowed to stay in office.

Ms Giuffre's legal action is a civil case filed by a private party for monetary damages, as opposed to a criminal case filed by the state.

Arick Fudali, a partner at New York legal firm Bloom, which has represented nine of Epstein's victims, told BBC Radio 4's Today programme that "very few" of such cases ended up going to trial but there was a "small chance" this could.

The alternatives are that it is settled beforehand, it is struck out by a judge, or the complainant ceases the action.

Melissa Murray, professor of law at New York University, said Prince Andrew "could be on the hook for significant money damages".

"This is not about whether or not Prince Andrew will go to jail - he has no criminal exposure from this particular case," she told the BBC.

Asked how likely it was that the case would to go to trial, she said Prince Andrew's team would probably be more worried that it comes at a "really unfortunate time", as Ms Maxwell is due to stand trial in November.

She has pleaded not guilty to federal charges that she conspired with Epstein in the abuse of four under-age girls.

Prof Murray said: "With this civil suit pending and her about to go to trial on these criminal charges, there may be even more pressure - and indeed temptation - for her to co-operate with federal prosecutors and perhaps provide more information about all of the individuals who were in the orbit of Jeffrey Epstein and that could, allegedly, include the prince himself."

## More on this story

Prince 'categorically' denies sex claims

**Published**
17 November 2019

# Prince Andrew Sued by Epstein Accuser Claiming Sexual Abuse

**B** **bloomberg.com**/news/articles/2021-08-09/prince-andrew-sued-by-epstein-accuser-claiming-underage-abuse

By

Bob Van Voris

August 9, 2021, 6:23 PM EDT Updated on August 10, 2021, 6:20 AM EDT

- Virginia Giuffre filed suit in federal court in Manhattan

- Her lawyer said in a letter that her claims faced time limits



Prince Andrew
Photographer: Ian Forsyth/Getty Images

Prince Andrew was sued in New York by a woman who claims she was recruited by Jeffrey Epstein as a teenager and "lent out" to powerful men, including the second son of Queen Elizabeth II, for sexual purposes.

Virginia Giuffre claimed in suit filed Monday in Manhattan federal court that the British royal sexually abused her at Epstein's home in New York, on his private island in the U.S. Virgin Islands and in the London home of Ghislaine Maxwell, the British socialite who is in jail awaiting trial on charges she helped Epstein traffic underage girls for sex.

According to Giuffre, Prince Andrew is liable for battery and for intentional infliction of emotional distress. "Prince Andrew committed sexual assault and battery upon plaintiff when she was 17 years old," she claimed in the complaint.

A spokesperson for Prince Andrew declined to comment when contacted by email. Blackfords LLP, a U.K. law firm which has previously represented Prince Andrew, also didn't immediately respond to an email sent and voicemail left after business hours.

## 'Impossible'

Prince Andrew has previously denied having ever had sex with Giuffre, perhaps most notably in a 2019 BBC interview. Challenging Giuffre's claim that he had been "profusely sweating" during one of their alleged sexual encounters, the prince contended that a medical condition dating from his Falklands War service meant it was "impossible" for him to sweat.

In a July 19 letter to Blackfords, Giuffre's lawyer, David Boies, said she was running out of time to bring a suit under a recent New York law that extended the statute of limitations for underage sex abuse claims. In the letter, Boies offered to enter into a tolling agreement to stop the clock on the statute.

"We have previously sought, so far without success, to meet with Prince Andrew or his counsel to receive Prince Andrew's information and views, and to discuss whether a negotiated resolution might be appropriate," Boies wrote. A representative for Boies said the letter was ignored.

Giuffre is one of many women who have said they were sexually abused by Epstein and his friends before they were 18. Giuffre is seeking unspecified damages.

The case is Giuffre v. Prince Andrew, Duke of York, 21-cv-06702, U.S. District Court, Southern District of New York (Manhattan).

— *With assistance by Patricia Hurtado, and Alex Morales*

(Updates with Prince Andrew's spokesperson in the fourth paragraph)

# One Of Jeffrey Epstein's Accusers Is Suing Prince Andrew For Sexual Abuse

**buzzfeednews.com**/article/skbaer/prince-andrew-sex-abuse-lawsuit



Mark Richards / WPA Pool / Getty Images
Prince Andrew in 2017

A woman who said she was forced to have sex with Prince Andrew as a child while under the control of financier Jeffrey Epstein is now suing the Duke of York in federal court.

In a complaint filed Monday in the US District Court for the Southern District of New York, Virginia Giuffre claimed that the prince had sexually abused her on separate occasions in London, New York, and at Epstein's private island in the US Virgin Islands between 2000 and 2002, when she was under the age of 18.

## Advertisement

"I am holding Prince Andrew accountable for what he did to me," Giuffre said in a statement provided to BuzzFeed News.

She added that she expected her decision to sue the British royal "will subject [her] to further attacks." But, she said, "I knew that if I did not pursue this action, I would be letting [my family] and victims everywhere down."

The complaint alleges that Prince Andrew knew she was a victim of sex trafficking and that she was underage. It includes the infamous photograph of a 17-year-old Giuffre and the duke with his arm around her waist.



Courtesy Boies Schiller Flexner LLP
From left: Prince Andrew, Giuffre, and Ghislaine Maxwell in 2001

## Advertisement

Buckingham Palace did not immediately respond to BuzzFeed News' request for comment.

Andrew, Queen Elizabeth's second son, has previously denied ever having sex with Giuffre. He has also said that he had no idea Epstein was trafficking and abusing girls despite flying on his private jet and being one of his highest-profile friends who stayed at his homes and private island.

Epstein killed himself in a Manhattan federal detention center in August 2019 while facing charges of trafficking dozens of underage girls for sex.

Giuffre first publicly accused Andrew of sexually abusing her in 2015 and has sworn to her story in a court deposition. She has also said that before having sex with the prince in a London home, they had dinner and went to a nightclub, where she recalled Andrew sweating on the dance floor.



Bebeto Matthews / AP
Giuffre in 2019

In a November 2019 interview with the BBC, Andrew <u>defended himself</u> by saying that at that time he was not able to sweat because of a "peculiar" medical condition. In a statement that month, he also said he would help law enforcement with their Epstein inquiry. Last year, prosecutors said he had <u>provided "zero" cooperation</u>.

According to the complaint, Giuffre was "compelled by express or implied threats" by Epstein, his ex-girlfriend Ghislaine Maxwell, and/or Prince Andrew to have sex with the duke and "feared death or physical injury" if she disobeyed. In 2002, after Epstein sent her to Thailand, she fled to Australia.

Maxwell is currently <u>awaiting trial</u> on charges that she <u>recruited teenage girls</u> for Epstein.

Giuffre's attorneys have reached out to Andrew and his representatives as recently as last month to find an alternative resolution outside of court, but those inquiries have been rejected, according to the complaint.

"In this country no person, whether President or Prince, is above the law, and no person, no matter how powerless or vulnerable, can be deprived of the law's protection," the complaint states. "Twenty years ago Prince Andrew's wealth, power, position, and connections enabled him to abuse a frightened, vulnerable child with no one there to protect her. It is long past the time for him to be held to account."

# Epstein accuser sues Prince Andrew, says he sexually assaulted her when she was 17

cbc.ca/news/world/epstein-giuffre-prince-andrew-accuesed-sexual-assault-1.6135422

The Associated Press · Posted: Aug 09, 2021 6:46 PM ET | Last Updated: 36 minutes ago                    August 9, 2021

The Associated Press · Posted: Aug 09, 2021 6:46 PM ET | Last Updated: 36 minutes ago



Prince Andrew, seen inside St George's Chapel during his father's funeral on April 17, has denied he sexually assaulted Virginia Giuffre, who sued Andrew in a Manhattan federal court on Monday. (Yui Mok/The Associated Press)

One of Jeffrey Epstein's longtime accusers sued Prince Andrew on Monday, saying he sexually assaulted her when she was 17.

Virginia Giuffre has repeatedly made her allegations against Epstein, his onetime girlfriend Ghislaine Maxwell, and Andrew, but the lawsuit, filed by Giuffre's lawyers in Manhattan federal court, was the first time she has directly confronted Andrew in such a formal setting. It steps up public relations pressure on the prince, even if he remains beyond the reach of U.S. courts.

In a statement, Giuffre said the lawsuit was brought under the Child Victims Act to allege she was trafficked to him and sexually abused by him.

"I am holding Prince Andrew accountable for what he did to me," she said. "The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice.

"I did not come to this decision lightly," she said. "As a mother and a wife, my family comes first — and I know that this action will subject me to further attacks by Prince Andrew and his surrogates — but I knew if I did not pursue this action, I would be letting them and victims everywhere down."



Giuffre gestures during an interview on the BBC Panorama program that aired Dec. 2, 2019. Giuffre says she was a trafficking victim made to have sex with Prince Andrew when she was 17. (BBC Panorama/The Associated Press)

## Allegations not proven in court

None of the allegations against Prince Andrew has been proven in court.

In late 2019, he told BBC Newsnight that he never had sex with Giuffre, saying, "It didn't happen."

He said he has "no recollection" of ever meeting her and told an interviewer there are "a number of things that are wrong" about Giuffre's account, which alleges the encounter occurred in 2001.

"I can absolutely categorically tell you it never happened," Andrew said.

The interview was widely panned by critics who said Andrew seemed insensitive to Epstein's victims. Afterward, the prince quit royal duties.

According to the lawsuit, which seeks unspecified compensatory and punitive damages, the prince abused Giuffre on multiple occasions when she was under the age of 18.

It said that on one occasion, the prince sexually abused her in London at Maxwell's home, when Epstein, Maxwell and Prince Andrew forced her to have sexual intercourse with the prince against her will.

> Ghislaine Maxwell denied arranging girls for Prince Andrew in newly released deposition
>
> Royal Fascinator
>
> Why Ghislaine Maxwell's arrest could turn up the heat on Prince Andrew

On another occasion, Prince Andrew sexually abused Giuffre in Epstein's New York mansion, the lawsuit said. It also alleged that Andrew sexually abused Giuffre on Epstein's private island in the U.S. Virgin Islands.

The lawsuit added that Andrew knew her age at the time based on communications with Epstein and Maxwell. It said he went ahead anyway "for the purpose of gratifying his sexual desires."

Maxwell, 59, has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November.



Jeffrey Epstein and Ghislaine Maxwell are seen in New York in 2005. Giuffre, who had accused Epstein of sex crimes, alleges in her lawsuit that on one occasion at Maxwell's home in London, Epstein, Maxwell and Prince Andrew forced her to have sex with the prince against her will. (Patrick McMullan/Getty Image)

Epstein, 66, was found dead in a federal jail in Manhattan in August 2019, a month after he was arrested on sex trafficking charges. New York City's medical examiner ruled his death a suicide.

As part of its continuing probe into Epstein and his encounters with women and teenage girls, Manhattan federal prosecutors formally requested to speak with Prince Andrew.

The request, similar to issuing a subpoena, was made under the Mutual Legal Assistance Treaty, an agreement between the two countries to share evidence and information in criminal cases.

Brad Edwards, who represents dozens of Epstein victims, has said that the prince has failed to answer questions for civil lawsuits before.

"I've always been given the impression that, whether he has immunity or not, he certainly behaves like he does," Edwards said.

# Virginia Giuffre files lawsuit against Prince Andrew alleging sexual abuse

**CNN** cnn.com/2021/08/09/us/virginia-giuffre-sexual-abuse-lawsuit-prince-andrew/index.html

August 10, 2021

*(CNN)*Virginia Roberts Giuffre has filed a lawsuit against <u>Prince Andrew</u> for alleged sexual abuse, according to federal court documents filed Monday.

Giuffre, an alleged victim of Jeffrey Epstein, <u>has previously said publicly</u> that she was forced to perform sex acts with Britain's Prince Andrew, telling the BBC in 2019 that she was trafficked by Epstein and forced to have sex with his friends, including the Duke of York, when she was underage.

Buckingham Palace <u>denied her allegations</u> in a statement to CNN at the time, saying "It is emphatically denied that The Duke of York had any form of sexual contact or relationship with Virginia Roberts. Any claim to the contrary is false and without foundation."



A photograph appearing to show Prince Andrew with Jeffrey Epstein's accuser Virginia Roberts Giuffre and, in the background, Ghislaine Maxwell.

In a November 2019 BBC interview, <u>Prince Andrew said</u> he had never met Giuffre and suggested that a photo of the two of them may have been doctored.

In her lawsuit, Giuffre alleges that Prince Andrew sexually abused her at both Epstein and Ghislaine Maxwell's invitation when she was a minor and that instances of alleged sexual abuse occurred at Maxwell's home in London and at Epstein's home in Manhattan and on Epstein's private island in the US Virgin Islands.

"Prince Andrew committed sexual assault and battery upon Plaintiff when she was 17 years old. As such, Prince Andrew is responsible for battery and intentional infliction of emotional distress pursuant to New York common law. The damage to Plaintiff has been severe and lasting," the lawsuit states.

CNN has reached out to representatives for Prince Andrew for comment. CNN has also reached out to an attorney for Maxwell for comment on the allegations against her in the lawsuit.

Prince Andrew steps back from public duties 02:11

Giuffre accuses Prince Andrew in the lawsuit of knowing her age and of knowing that she was a sex-trafficking victim being forced to engage in sexual acts with him. Giuffre said she feared disobeying Epstein, Maxwell and Prince Andrew "due to their powerful connections, wealth, and authority," court documents state.

Former US Attorney for the Southern District of New York Geoffrey Berman said in January 2020 that Prince Andrew had not cooperated with attempts to interview him about Epstein. "To date Prince Andrew has provided zero cooperation," Berman said at the time.

Federal prosecutors requested an interview in June 2020 with Prince Andrew as part of its investigation into the alleged sex trafficking ring once operated by Epstein, a source told CNN at the time.

Corrections officers working at jail where Jeffrey Epstein was being held when he died strike deal, will cooperate with IG review



Sigrid McCawley, an attorney for Giuffre, told CNN in a statement that "the filing of this complaint proves that irrespective of power, privilege or even being a prince, no one is above the law in the United States and all perpetrators of abuse should be held accountable."

Giuffre is seeking damages "in an amount to be determined at trial," as well as attorneys' fees and other further relief "as the Court may deem just and proper," according to the lawsuit.

Epstein was indicted for sex trafficking of minors and conspiracy to engage in sex trafficking of minors charges in July 2019, which he pleaded not guilty to. He was found dead in his Manhattan federal detention center cell the next month.

Maxwell was charged in 2020 for her alleged role in recruiting, grooming and sexually abusing underage girls as young as 14, and later, with sex trafficking charges. She has pleaded not guilty to all charges.

CNN's Amir Vera and Lauren Kent contributed to this report.

# Prince Andrew suing 'most heartbreaking' blow for Queen - 'far more serious' than Megxit'

 **express.co.uk**/news/royal/1474979/Prince-Andrew-sued-Virginia-Giuffre-court-case-the-Queen-Megxit-royal-family-vn

August 10, 2021

## Prince Andrew lawsuit 'heartbreaking' for Queen says Bell

Volume 90%

▶

Sign up for FREE now and never miss the top Royal stories again.

We use your sign-up to provide content in ways you've consented to and to improve our understanding of you. This may include adverts from us and 3rd parties based on our understanding. You can unsubscribe at any time. More info

Speaking to TalkRadio on Tuesday, the station's Royal correspondent claimed the suing of Prince Andrew by Virginia Giuffre, who has accused the Duke of York of "sexual abuse" dating back to 2001, is the most "heartbreaking" for the Queen despite an array of blows over recent years for the Royal Family. Ms Giuffre has used courts in New York to sue the Duke of York under the US Child Victims Act as she claims she was trafficked to London aged 17 to have sex with Prince Andrew. Prince Andrew has strongly denied all allegations against him.

Mr Bell claimed: "I think this is far more of a serious one against the royal family.

"The Harry and Meghan one is a showbiz fiasco in a way however damaging it is.

"This is because you have got the man who was perceived to be the Queen's favourite at the heart of a sexual allegation."

Mr Bell suggested that this latest revelation will be "the most heartbreaking of them all".

**JUST IN Prince Andrew warned never to step foot in US again as Duke does NOT have immunity claim**

1/4

The latest suing by Virginia Giuffre will be "heartbreaking" for the Queen (Image: Getty Images)

Ms Giuffre is suing Prince Andrew in a New York court under the US Child Victims Act (Image: Getty Images)

He claimed Prince Andrew was due to be used as the "shoulder" for public outings and royal visits with the Queen following the death of Prince Philip in May.

But Mr Bell added how Andrew has "taken that away from" the Queen with the new episode in the sexual allegations saga.

He went on to claim Andrew had "let her down in a big way" following the death of husband Philip and thrown the royal family into yet another saga.

The royal correspondent added how the latest court action is that events of the past are "now coming for" Prince Andrew and that will tear the Queen apart.

**READ MORE Eugenie may spark 'devastation' for Queen in 'new royal war'**

## Prince Andrew put in a 'gilded cage' by Queen says expert

Volume 90%



Prince Andrew was meant to be a "shoulder to lean on" for the Queen after Prince Philip's death (Image: Getty Images)
Ms Giuffre filed a lawsuit against Prince Andrew in a New York court on Monday.

She alleges that she was "trafficked to him" by the late pedophile financier Jeffrey Epstein and accomplice Ghislaine Maxwell and "sexually abused" aged-17 by Prince Andrew, the Duke of York in a flat in London in 2001.

Ms Giuffre is suing Prince Andrew under the Child Victims Act which was passed in 2018 by the state of New York to help victims of historical sexual abuse to seek redress.

She said: "I am holding Prince Andrew accountable for what he did to me.

Prince Andrew with Melanie Trump (left) Gwendolyn Beck (2nd right) and late Jeffrey Epstein (right) (Image: Getty Images)
"The powerful and rich are not exempt from being held responsible for their actions."

In the latest suit, Ms Giuffre's lawyers also allege that the Duke of York sexually abused her on Epstein's private island in the Caribbean.

The Duke claimed to have "no recollection" of meeting the claimant and could not have been participating in sexual activity on that said day, as he was taking his daughter to Pizza Express in Woking.

Buckingham Palace released a statement to say: "The Duke of York unequivocally regrets his ill-judged association with Jeffrey Epstein.

"Epstein's suicide left many unanswered questions, particularly for his victims. The Duke deeply sympathises with those affected who want some form of closure.

"It is his hope that, in time, they will be able to rebuild their lives. The Duke is willing to help any appropriate law enforcement agency with their investigations, if required.

"The Duke has already stated that he did not see, witness, or suspect any behaviour of the sort that subsequently led to Jeffrey Epstein's arrest and conviction. He deplores the exploitation of any human being and would not condone, participate in, or encourage any such behaviour."

# Prince Andrew Sued In U.S. Court By Jeffrey Epstein Accuser Virginia Giuffre

**F** forbes.com/sites/carlieporterfield/2021/08/09/prince-andrew-sued-in-us-court-by-jeffrey-epstein-accuser-virginia-giuffre

August 9, 2021

<u>Carlie Porterfield</u>
Forbes Staff

## Topline

Prince Andrew, Queen Elizabeth's second son who <u>stepped down</u> from royal duties over his friendship with late disgraced financier Jeffrey Epstein in 2019, is facing a civil lawsuit in a U.S. court from Virginia Giuffre, one of Epstein's most public accusers, over claims she was forced to have sex with the royal when she was 17.



Queen Elizabeth II and Prince Andrew watching a 2013 horse race in England.
Getty Images

## Key Facts

Giuffre's lawsuit, filed in a New York federal court Monday, alleges Andrew sexually abused her at Epstein's New York penthouse in 2001, when Giuffre says she was being sex trafficked by Epstein and his longtime associate Ghislaine Maxwell, a wealthy British socialite and friend of Andrew's.

Giuffre accuses the prince of inflicting emotional distress and battery and is seeking unspecified compensatory and punitive damages, describing the abuse's effect on Giuffre as "severe and lasting" in the suit.

PROMOTED

The lawsuit was filed under New York's Child Victims Act, a state law that allows child sex abuse victims more time to sue in civil court for damages regardless of the crime's statute of limitations.

If Andrew were to ignore the lawsuit, Giuffre's lawyers would use a judgement against him to target his assets as much as international law would allow, a rep said, though the U.S. and U.K. do not have a reciprocal agreement to enforce respective court judgements.

Andrew denied having any sexual contact with Giuffre in a 2019 BBC interview that saw the prince widely slammed by viewers for being insensitive to Epstein's victims and that the British media described as "a car crash."

## Crucial Quote

"In this country no person, whether President or Prince, is above the law, and no person, no matter how powerless or vulnerable, can be deprived of the law's protection," Giuffre's attorney, David Boies, told *Forbes* in a statement. "Twenty years ago Prince Andrew's wealth, power, position and Connor ruins enabled him to abuse a frightened, vulnerable child with no one there to protect her.  It is long past the time for him to be held to account."

## Tangent

New York federal prosecutors said Andrew refused to cooperate and "completely shut the door" on lending a hand to the Epstein investigation last year. Prince Andrew's legal team has denied the accusation, saying the investigators have turned down offers from the prince to assist three separate times. Andrew has stayed largely out of the public eye since stepping down as a senior working member of the royal family, only making exceptions for his daughter Princess Beatrice's wedding last year and the funeral for his father, Prince Philip, in April. Andrew is ninth in line for the throne.

## Key Background

Giuffre has maintained for years that she was abused by Andrew on different occasions in New York, London and on Epstein's private island in the U.S. Virgin Islands. Epstein died by suicide in a New York jail in August 2019 as he awaited trial on sex trafficking of underage girls and conspiracy charges. Epstein was first convicted of soliciting underage girls for sex in

2007, but served just more than a year in prison as part of a much-criticized plea deal. Maxwell was <u>arrested last year</u> in New Hampshire and is in jail <u>awaiting trial</u> later this year on charges related to grooming and sex trafficking underage girls for Epstein.

# Prince Andrew accused of sexual abuse, battery in lawsuit by alleged Epstein victim Virginia Giuffre

foxnews.com/entertainment/prince-andrew-sued-sexual-abuse-battery-alleged-epstein-victim-virginia-giuffre

Prince Andrew is facing a lawsuit for sexual abuse.

The 61-year-old royal has been sued by Virginia Giuffre, who accused Andrew of sexually abusing her when she was under 18.

Giuffre previously made waves when she went public with her accusations, claiming that Andrew abused her at Jeffrey Epstein's Manhattan home.

"Today my attorney filed suit against Prince Andrew for sexual abuse under the Child Victims Act," Giuffre said in a statement after filing the suit on Monday. "As the suit lays out in detail, I was trafficked to him and sexually abused by him."

**PRINCE ANDREW SPENT TIME AT JEFFREY EPSTEIN'S NYC TOWNHOUSE AFTER SARAH FERGUSON DIVORCE, BOOK CLAIMS**

"I am holding Prince Andrew accountable for what he did to me. The powerful and rich are not exempt from being held responsible for their actions," she continued. "I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice."



Prince Andrew has been sued for sexual abuse and battery. (AP)

Giuffre explained that the decision to sue the royal was not made "lightly," as she prioritizes her family and is aware that Andrew and his "surrogates" will lobby "further attacks" at her.

"... But I knew if I did not pursue this action, I would be letting them and victims everywhere down," she concluded.

In the complaint, Guiffre alleges that Andrew "committed sexual assault and battery" upon her when she was just 17.

**SARAH FERGUSON ON EX-HUSBAND PRINCE ANDREW AMID EPSTEIN SCANDAL: 'I BELIEVE THAT HE'S A KIND, GOOD MAN'**

"As such, Prince Andrew is responsible for battery and intentional infliction of emotional distress pursuant to New York common law," says the suit. "The damage to Plaintiff has been severe and lasting."

Fox News has reached out to Buckingham Palace for comment.

The Palace has previously denied the allegations.



Virginia Guiffre holding a photo of herself as a teen. She has accused Prince Andrew of sexually abusing her at Jeffrey Epstein's home in Manhattan. (Emily Michot/Miami Herald/Tribune News Service via Getty Images)

"It is emphatically denied that The Duke of York had any form of sexual contact or relationship with Virginia Roberts," they have told Fox News. "Any claim to the contrary is false and without foundation."

The statement continued: "The Duke of York unequivocally regrets his ill-judged association with Jeffrey Epstein. Epstein's suicide left many unanswered questions, particularly for his victims. The Duke deeply sympathizes with those affected who want some form of closure. It is his hope that, in time, they will be able to rebuild their lives. The Duke is willing to help any appropriate law enforcement agency with their investigations, if required.

"The Duke has already stated that he did not see, witness or suspect any behavior of the sort that subsequently led to Jeffrey Epstein's arrest and conviction. He deplores the exploitation of any human being and would not condone, participate in, or encourage any such behavior."

*Fox News' Stephanie Nolasco contributed to this report*

# Prince Andrew sued, accused of sexual assault by Jeffrey Epstein accuser

**globalnews.ca**/news/8100190/prince-andrew-sued-accused-of-sexual-assault-by-jeffrey-epstein-accuser

World

By Larry Neumeister The Associated Press

Posted August 10, 2021 11:02 am



Prince Andrew during a television interview at the Royal Chapel of All Saints at Royal Lodge, Windsor, on April 11, 2021. *Steve Parsons/Pool Photo via AP*

One of Jeffrey Epstein's longtime accusers sued Prince Andrew on Monday, taking accusations that she has repeatedly publicly lodged against him, including that he sexually assaulted her when she was 17, to a formal venue.

Lawyers for Virginia Giuffre filed the lawsuit in Manhattan federal court, where Epstein was charged criminally with sex trafficking a month before he killed himself at age 66 in August 2019 in an adjacent federal jail where he was ordered to await trial.

Giuffre has repeatedly made her allegations against Epstein, his onetime girlfriend Ghislaine Maxwell, and Andrew, but the lawsuit was the first time she has directly confronted Andrew in such a formal setting. It steps up public relations pressure on the prince, even if he remains beyond the reach of the courts.

In a statement, Giuffre said she was "holding Prince Andrew accountable for what he did to me."

Story continues below advertisement

**Read more:** Ghislaine Maxwell's latest request for bail rejected by U.S. appeals court

"The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice," Giuffre said.

"I did not come to this decision lightly," she added. "As a mother and a wife, my family comes first — and I know that this action will subject me to further attacks by Prince Andrew and his surrogates — but I knew if I did not pursue this action, I would be letting them and victims everywhere down."

In late 2019, Prince Andrew told *BBC Newsnight* that he never had sex with Giuffre, saying, "It didn't happen."

He said he has "no recollection" of ever meeting her and told an interviewer there are "a number of things that are wrong" about Giuffre's account, which alleges the encounter occurred in 2001.

"I can absolutely categorically tell you it never happened," Andrew said.

The interview was widely panned by critics who said Andrew seemed insensitive to Epstein's victims. Afterward, the prince quit royal duties.

**Read more:** Ghislaine Maxwell, Jeffrey Epstein's ex, faces added sex trafficking charges

Story continues below advertisement

Giuffre has long said Maxwell recruited her at age 17 to be sexually abused by Epstein and Maxwell from 1999 to 2002.

According to the lawsuit, which sought unspecified compensatory and punitive damages, the prince abused Giuffre on multiple occasions when she was under the age of 18.

During each of the alleged acts, Giuffre was given "express or implied threats" by Epstein, Maxwell, and/or Andrew to engage in sexual acts with the prince, the lawsuit said.



2:14 Jeffrey Epstein case: Gloria Allred urges Prince Andrew to speak to U.S. prosecutors

Jeffrey Epstein case: Gloria Allred urges Prince Andrew to speak to U.S. prosecutors – Jul 6, 2020

It said that she "feared death or physical injury to herself or another and other repercussions for disobeying" the trio because of their "powerful connections, wealth, and authority."

It said that on one occasion, the prince sexually abused her in Maxwell's London home when Epstein, Maxwell and Prince Andrew forced her to have sexual intercourse with the prince against her will. On another occasion, the prince sexually abused Giuffre in Epstein's New York mansion when Maxwell forced Giuffre and another victim to sit on Andrew's lap as he touched her, the lawsuit said.

Story continues below advertisement

**Read more:** 2 who guarded Jeffrey Epstein on night of suicide won't face jail time after plea deal

The lawsuit also alleged that Andrew sexually abused Giuffre on Epstein's private island in the U.S. Virgin Islands.

Andrew knew her age at the time based on communications with Epstein and Maxwell, the lawsuit added. It said he went ahead anyway "for the purpose of gratifying his sexual desires."

The lawsuit was brought under the Child Victims Act, a 2019 New York state law that allows victims to temporarily make legal claims of abuse that occurred when they were children regardless of when or how long ago the alleged abuse occurred.



1:54 Ghislaine Maxwell loses bid to keep Epstein testimony secret
Ghislaine Maxwell loses bid to keep Epstein testimony secret – Oct 20, 2020
Maxwell, 59, has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November. She is held without bail. Her lawyers did not respond to requests for comment.

Story continues below advertisement

As part of a continuing probe into Epstein and his encounters with women and teenage girls, Manhattan federal prosecutors last year formally requested to speak with Andrew.

**Read more:** Ghislaine Maxwell transcripts revealed in Jeffrey Epstein sex abuse case

The request, similar to issuing a subpoena, was made under the Mutual Legal Assistance Treaty, an agreement between the two countries to share evidence and information in criminal cases. U.S. prosecutors reportedly made a formal request through the British government to interview Andrew.

Brad Edwards, a lawyer who represents dozens of Epstein victims, has said that the prince has failed to answer questions for civil lawsuits before.

"I've always been given the impression that, whether he has immunity or not, he certainly behaves like he does," Edwards said.

——

*Associated Press Writer Michael Balsamo in Washington contributed to this report.*

© 2021 The Canadian Press

# Prince Andrew seen at Balmoral after Virginia Giuffre sues

H heraldscotland.com/news/19505192.prince-andrew-seen-balmoral-virginia-giuffre-sues



Prince Andrew has been seen arriving at Balmoral Castle a day after being sued in New York by Epstein victim Virginia Giuffre.

The lawyer representing the Duke of York's accuser has warned against anyone ignoring the US courts as he claimed the royal's legal team have "stonewalled" appeals for information.

Virginia Giuffre is suing the Queen's son for allegedly sexually assaulting her when she was a teenager, and has said it was "past the time for him to be held to account".

She claims she was trafficked by Andrew's former friend and convicted sex offender Jeffrey Epstein to have sex with the duke, when she was aged 17 and a minor under US law.

David Boies, who represents Ms Giuffre, said his client ultimately wanted "vindication" from her civil suit for damages.

**READ MORE:** Prince Andrew: Legal action launched accusing royal of sexually assaulting Virginia Giuffre

Andrew has vehemently denied the allegations in the past, and a spokesman for the duke said there was "no comment" when she was asked to respond to Ms Giuffre's legal action.

According to the Daily Mail, the duke was seen arriving at the royal Scottish retreat of Balmoral Castle on Tuesday evening and was thought to have been accompanied by his ex-wife Sarah Ferguson.

Mr Boies told Channel 4 news: "This is now a matter for courts to decide and it would be very ill-advised for anyone to sort of thumb their nose at a federal court."

He claimed Andrew's lawyers have not co-operated: "They have just totally stonewalled. They have refused to provide any explanation, they refuse to engage in any discussions.

"They refuse to provide any facts, they've even refused to respond to any of the allegations that have been made in any reasonable way. They have basically simply ignored every letter, every phone call, every outreach that we've made."

Mr Boies said about his client: "I think she expects to get vindication" from the legal process and went on to say, "Her hope is calling the rich and powerful abusers to account will have some effect on reducing the chance that other young girls will suffer what she suffered."

The duke does not have to attend or give evidence in the civil proceedings in New York, but the legal action will be a further blow to his reputation and the standing of the monarchy, according to Joe Little, managing editor of Majesty Magazine.

He said about the Epstein scandal: "It's damaging not only for Andrew but for the institution of the monarchy itself because all sorts of allegations have been thrown at the institution since all this came to light – and the perception is, most likely incorrectly, they are not taking it seriously."

Andrew stepped back from public duties after the backlash from his 2019 Newsnight interview, dubbed a "car crash", which had attempted to draw a line under his relationship with Epstein – but instead saw him heavily criticised for showing little empathy with the sex offender's victims.

"I can't think of any kind of rehabilitation that will bring him back into the royal fold as a working member of the family," added Mr Little.

Lawyers for Ms Giuffre filed the civil suit seeking unspecified damages at a federal court in New York, where the court documents claim she was "lent out for sexual purposes" by Epstein including while she was still a minor under US law.



It is alleged in the documents Ms Giuffre, then known as Virginia Roberts, was sexually abused while aged under 18 by the Queen's second son

Andrew is named as the only defendant in the 15-page suit, brought under New York state's Child Victims Act, although Epstein and his former girlfriend Ghislaine Maxwell are mentioned frequently throughout.

It is alleged in the documents Ms Giuffre, then known as Virginia Roberts, was sexually abused while aged under 18 by the Queen's second son at Maxwell's home in London, at Epstein's New York mansion and at other locations including Epstein's private island in the US Virgin Islands.

British socialite Maxwell has pleaded not guilty to sex-trafficking charges in Manhattan federal court, where she faces trial in November, while Epstein took his own life in a US federal jail in August 2019, a month after he was arrested on the same charges.

The documents claim Ms Giuffre "was compelled by express or implied threats by Epstein, Maxwell, and/or Prince Andrew to engage in sexual acts with Prince Andrew, and feared death or physical injury to herself or another and other repercussions for disobeying Epstein, Maxwell, and Prince Andrew due to their powerful connections, wealth and authority".

The duke allegedly engaged in the sexual acts without Ms Giuffre's consent, while aware of her age and while "knowing that she was a sex-trafficking victim", the documents claim, adding the alleged assaults "have caused, and continue to cause her, significant emotional and psychological distress and harm".

Mr Boies told Channel 4 News: "The evidence in terms of what he (Andrew) knew about Jeffrey Epstein's sex-trafficking operation is something that obviously will be for the jury to decide. I think that everybody who was closely associated with Jeffrey Epstein knew that he had these young girls, these young women who he was trafficking."

Solicitor advocate Nick Goldstone, head of dispute resolution at <u>international</u> law firm Ince, said: "I don't think Prince Andrew will be compelled to attend the New York court and give evidence to defend himself.

"I don't think he will be compelled to put in any defence in writing because he can maintain his right to silence.

"And under the American terminology, 'take the fifth' – the Fifth Amendment, everybody has a right to silence for fear of self-incrimination."

If the duke and his legal team do not engage in the civil proceedings, they are expected to continue without their input – with the court making its judgment in due course.

Andrew does not face the prospect of an extradition hearing as this only applies to criminal charges and not civil cases.

In his Newsnight interview with the BBC's Emily Maitlis, Andrew denied claims that he slept with Ms Giuffre on three separate occasions, saying: "I can absolutely categorically tell you it never happened. I have no recollection of ever meeting this lady, none whatsoever."

The duke also said he has no memory of a well-known photograph of him with his arm around Ms Giuffre's waist at Maxwell's house, and has questioned whether it was his own hand in the image.

# Prince Andrew Lawsuit: Why Virginia Giuffre Is Suing The Duke Of York

huffingtonpost.co.uk/entry/prince-andrew-lawsuit-why-virginia-giuffre-is-suing-the-duke-of-york_uk_61125d52e4b001428557c56f

10 August 2021



Getty

Prince Andrew and Virginia Giuffre

Virginia Giuffre, an alleged victim of convicted sex offender Jeffrey Epstein, has brought a civil case against Prince Andrew and accused the royal of sexual assault.

Here's what we know so far.

## What is Prince Andrew accused of?

Giuffre has accused Andrew of sexually abusing her in London, New York and in the US Virgin Islands, where Epstein had a private island.

She also alleges the Duke of York had sex with her without her consent, even though he knew she was 17 years old at the time and was "a sex-trafficking victim".

Advertisement

Giuffre also adds the "extreme and outrageous conduct" still causes her "significant emotional and psychological distress and harm".

She has appealed for unspecified damages and claims: "It is long past the time for him to be held to account."

Andrew has consistently denied the allegations, and a spokeswoman has not commented on the case.

> "I have no recollection of ever meeting this lady, none whatsoever."Prince Andrew during the 2019 BBC Newsnight interview

The Duke of York last spoke about Giuffre's allegations against him publicly on BBC Newsnight, in November 2019.

During the car crash interview with Emily Maitlis, Andrew said, "it didn't happen", adding: "I have no recollection of ever meeting this lady, none whatsoever."

The backlash to his interview was so severe, Andrew – the Queen's second son – stepped back from his public duties for the foreseeable future.

He later said: "I continue to unequivocally regret my ill-judged association with Jeffrey Epstein."

He also added that he would be "willing to help with any appropriate law enforcement agency with their investigations".

Buckingham Palace supported Andrew when he was a working royal, and said in 2015: "Any suggestion of impropriety with underage minors is categorically untrue."



Miami Herald via Tribune News Service via Getty

Virginia Giuffre holds a photo of herself at age 16

## Who is Virginia Giuffre?

Giuffre, formerly Virginia Roberts, is an alleged victim of convicted sex offender Jeffrey Epstein.

She reportedly met Epstein through his long-time associate, Ghislaine Maxwell, in 2000, when the pair allegedly began grooming her.

Giuffre claims Epstein and Maxwell first trafficked her to Andrew in March 2001, and claims it happened at least twice more after that.

She ran away from them in 2002, when in Thailand, and broke off all contact with the trio.

Giuffre did not get involved with the FBI's case against Epstein until 2007, and went on to file a civil lawsuit against Epstein in 2009.

She spoke to the BBC's Panorama in October 2019 for an episode that was released in December about her allegations against Andrew.

She said: "I implore the people in the UK to stand up beside me, to help me fight this fight, to not accept this as being OK."

## Why is Prince Andrew being sued now?

The Child Victims Act of New York came into law in 2019. It enables survivors of childhood sexual abuse to file a case even if had already been time-barred or had expired.

The one-year window gave victims a year to do so, but delays caused by the pandemic pushed this back to August 14 2021.

Arick Fudali, partner of a legal firm representing some of Epstein's alleged victims, told BBC Radio 4 there was a "small chance" this case could go to trial, although "very few" do.

Jonny Dymond, the BBC's royal correspondent, claimed Andrew's team would see the new lawsuit as "a legal fishing expedition" and would do "everything they can to see that it goes no further".



Davidoff Studios Photography via Getty Images

Melania Trump, Prince Andrew, Gwendolyn Beck and Jeffrey Epstein at a party at the Mar-a-Lago club, Palm Beach, Florida, February 12, 2000

## Who else is mentioned in the case?

## Jeffrey Epstein

The former billionaire financier was arrested in July 2019 by the FBI on charges of sex trafficking and conspiracy to engage in sex trafficking.

He pleaded not guilty to all charges and was found dead by suicide in his jail cell on August 10.

He was also convicted as a sex offender in 2008 and served 13 months in jail.

Epstein was known to socialise with former presidents including Donald Trump and Bill Clinton, alongside Andrew.

## Ghislaine Maxwell

Maxwell, Epstein's one-time girlfriend and closest friend, was also arrested last year – after a year in hiding – on charges she procured teenage girls for Epstein to sexually abuse.

Maxwell has denied all charges, and will stand trial in November.

## What does this mean for Prince Andrew?

New York University law professor Melissa Murray told the BBC this could have a knock-on effect for the case against Andrew.

Murray explained: "With this civil suit pending and her about to go to trial on these criminal charges, there may be even more pressure – and indeed temptation – for her to cooperate with federal prosecutors and perhaps provide more information about all of the individuals who were in the orbit of Jeffrey Epstein, and that could, allegedly, include the prince himself."

The FBI is investigating a potential international sex trafficking ring run by Epstein, although the disgraced financier died before his trial back in 2019.

Andrew has consistently denied any knowledge of Epstein's crimes.



Patrick McMullan via Getty Images

Jeffrey Epstein and Ghislaine Maxwell in 2005

## What happens next?

The civil case is not expected to go to trial, and Andrew is not at risk of imprisonment.

While Andrew does not enjoy the same diplomatic immunity as the Queen and her immediate household, forcing the Queen's son to go to the US could trigger a diplomatic disaster.

He cannot be extradited for a civil case – unless it moves to a criminal case where the charge carries a prison sentence of 12 months or more – and cannot be forced to give evidence if he is not in the US.

Equally, if he travels to the US or US territories, he could be forced to give evidence.

However, it's believed the case could go ahead in his absence, and if Andrew were found liable, he could pay compensation to Giuffre.

The case could also be settled beforehand or the complainant could cease the action or it could be struck out by a judge.

Former US Attorney General, Bill Barr, said in June 2019: "I don't think it's a question of handing him over. I think it's a question of him providing evidence."

His successor, Merrick Garland, has not publicly commented.

# Virginia Giuffre: Epstein accuser planning to sue Prince Andrew, reports say

independent.co.uk/news/world/americas/virginia-giuffre-jeffrey-epstein-prince-andrew-b1899600.html

9 August 2021



The women who claims Prince Andrew had sex with her while she was a 17-year-old trafficking victim of convicted paedophile Jeffrey Epstein may be set to sue the royal, according to reports.

Virginia Giuffre (née Roberts) has claimed that Prince Andrew had sex with her on three separate occasions while she was aged 17, after she was procured by Epstein's former lover Ghislaine Maxwell as a "sex slave".

While Prince Andrew has denied all the claims against him and says he does not even remember meeting his accuser, a photo of the pair together when Ms Giuffre was a teenager has been widely circulated – suggesting the pair did meet on at least one occasion around that time.

The allegations made against the Duke of York were in lawsuits filed in Epstein and Ms Maxwel, who is currently awaiting trial for her alleged involvement in procuring teenage girls for Epstein to abuse, and now it is reported that Ms Giuffre is intending to sue Prince Andrew

in civil court in New York.

According to the Times, Ms Giuffre has until Saturday 14 August to file a claim under the New York Child Victims Act - as she would have been considered a child under New York law at the time the alleged incidents took place.

Such a suit, if filed, would mean the Duke of York would be questioned under oath about the allegations, while a failure to appear before the court could result in a judgement that would compel Prince Andrew to pay damages.



Prince andrew cropped
(Shutterstock)

The reported move comes as Ms Giuffre's lawyers claim Prince Andrew has failed to respond to requests to settle the matter out of court. *The Times* reported that Ms Giuffre's lawyers also told Prince Andrew about the August deadline in a letter sent in July.

The potential lawsuit would 'would be based on her being lent out to Prince Andrew for sex by Jeffrey Epstein and [her] being under 18,' Ms Giuffre's lawyer David Boies, told the *Mail on Sunday*, and would claim 'improper sexual violations, physical and emotional distress', and seek damages.

*The Independent* has reached out to Prince Andrews for comment.



## Join our new commenting forum

Join thought-provoking conversations, follow other Independent readers and see their replies

View 11 comments
Promoted stories

Don't play this game if you are under 40 years oldRaid Shadow Legends|
Sponsored
Protect your child for pennies a day.Gerber Life Insurance|
Sponsored

# Virginia Giuffre: Epstein accuser sues Prince Andrew for alleged sexual abuse

independent.co.uk/news/world/americas/prince-andrew-lawsuit-epstein-giuffre-b1899778.html

9 August 2021



An alleged victim of Jeffrey Epstein has sued Prince Andrew in a US court for alleged sexual abuse.

Virginia Giuffre claims that the Queen's 61-year-old son sexually abused her at Epstein's New York mansion and other places when she was under the age of 18.

Ms Giuffre filed her case in New York federal court just days before the expiration date of a state law that allows alleged victims of childhood sexual abuse to file claims that would otherwise be prevented by statutes of limitations.

Her lawyer said that his client was determined to take action against Prince Andrew.

"If she doesn't do it now, she would be allowing him to escape any accountability for his actions," Ms Giuffre's attorney, David Boies told ABC News.

"And Virginia is committed to trying to avoid situations where rich and powerful people escape any accountability for their actions."

The lawsuit accuses Andrew of sexual assault and intentional infliction of emotional distress, and seeks unspecified compensatory and punitive damages.

"Twenty years ago, Prince Andrew's wealth, power, position, and connections enabled him to abuse a frightened, vulnerable child with no one there to protect her," court papers state.

"It is long past the time for him to be held to account."

Ms Giuffre, 38, now lives in Australia and first made her accusations against Andrew in 2014 court filings in a case brought against Epstein's victims against the Department of Justice.

"I am holding Prince Andrew accountable for what he did to me. The powerful and the rich are not exempt from being held responsible for their actions," Ms Giuffre said in a statement.

"I hope that other victims will see that it is possible not to live in silence and fear, but one can reclaim her life by speaking out and demanding justice.

## Recommended

"I did not come to this decision lightly. As a mother and a wife, my family comes first. I know that this action will subject me to further attacks by Prince Andrew and his surrogates.

"But I knew that if I did not pursue this action, I would be letting them and victims everywhere down."



## Join our new commenting forum

Join thought-provoking conversations, follow other Independent readers and see their replies

<u>View 1 comments</u>
Promoted stories

# Prince Andrew: what happens next as Virginia Guiffre files lawsuit suing royal and accusing him of sex abuse

**i** **inews.co.uk**/news/prince-andrew-virginia-giuffre-lawsuit-jeffrey-epstein-sexual-abuse-what-next-1144431

10 August 2021

## Virginia Giuffre is seeking damages from the Duke of York in a civil lawsuit and accuses him of sexually abusing her when she was underage, which he denies



Andrew, Duke of York, is being sued over underage sex abuse allegations (Photo: Max Mumby/Indigo/Getty)

**i**

By Hugo Daniel

August 10, 2021 4:32 pm(Updated 4:49 pm)

Prince Andrew could face a civil judgement in his absence and be ordered to pay damages if he does not respond to a lawsuit filed in America by his sex abuse accuser Virginia Giuffre, a legal expert has said.

In a civil lawsuit filed on Monday in New York, Virginia Giuffre accused the Duke of York of battery and intentional emotional distress, claiming she was forced to have sex with him three times on the orders of paedophile Jeffrey Epstein when she was 17.

Ms Guiffre's legal action is a civil case seeking unspecified monetary damages as opposed to a criminal case filed by the state.

## The freshest exclusives and sharpest analysis, curated for your inbox

A spokesman for Prince Andrew, 61, said there was "no comment" on the case. He has always denied Ms Giuffre's claims against him.



David Greenwood, a solicitor who specialises in child abuse compensation claims in the UK, told **i** the lawsuit leaves the Duke, 61, in a "very tricky" situation.

If he ignores it he faces being found guilty in the civil suit in absentia and if he chooses to fight it, his evidence could be made public and he risks a public outcry and causing controversy for the royal family.

The lawyer suggested if Andrew wanted to defend himself he would likely have to try and discredit Ms Roberts Guiffre, which could go badly for him if he lost the case.

He said: "It's very tricky for him. The only way that he can quash this and get rid of it in my opinion would be to try to attack the credibility of the person suing him. If it goes the wrong way for him, he risks having attacked a victim of sex trafficking which will make it exponentially bad for him."



Virginia Giuffre filed the civil lawsuit on Monday in New York (Photo: Shannon Stapleton/Reuters)

If the Duke did try to fight the case there would be exchanges of documentation and evidence before a trial. A judge could also decide to strike out the claim if they did not think it could possibly succeed or there could be an out of court settlement.

Unlike in a criminal case in which guilt has to be proved beyond reasonable doubt, in a civil case the standard of proof is based on the "balance of probability".

Mr Greenwood said: "It's up to the claimant to put her case and if she proves it on balance of probability than he will have to pay her some damages.

"If he ignores it there will definitely be a judgement in his absence and then they'll move on to a judge deciding how much he should pay and the lawyers will be all over trying to enforce that against any assets that he has in that jurisdiction (in the US) or in ours (the UK)."

If Andrew were to give a statement in the civil case, it would be studied closely by criminal prosecutors of the Southern District of New York and the FBI who have previously requested to speak to the Duke about what he knew about Epstein's trafficking.

There is no chance of an extradition request because it is a civil rather than criminal case.

But it is highly unlikely Andrew would risk travelling to the US again as he could be called in for questioning by the FBI or prosecutors could decide to request a subpoena for a judge if there is suspicion of criminal behaviour.

Ben Keith, a specialist extradition barrister at the London chambers Five St Andrew's Hill, told **i** if Andrew cannot be extradited as part of a civil case but if he did decide to give evidence in it he would have to decide whether to travel to the US to do so.

He said: "He can't be extradited on civil proceedings. They've got no power to make him go to the US. If there was a trial he could choose whether to attend or not attend but they can't force him to go to the US."

Mr Keith added that any trial "would be months if not years away."

# Who is Virginia Giuffre? Jeffrey Epstein survivor who alleges Prince Andrew sexually abused her in lawsuit

**i** inews.co.uk/news/world/virginia-giuffre-who-jeffrey-epstein-prince-andrew-lawsuit-sexual-abuse-1146138

11 August 2021

**Virginia Giuffre, who lives in Australia with her husband and three children, has credited the birth of her eldest daughter as the motivating factor that prompted her to speak about her experiences of sex trafficking**



Virginia Roberts holds a photo of herself at age 16, when she says Palm Beach multimillionaire Jeffrey Epstein began abusing her sexually (Photo: Getty/Emily Michot/Miami Herald/Tribune News Service)

By [Nick Duffy](#)
Weekend Breaking News Editor



August 11, 2021 5:27 pm(Updated 7:01 pm)

Virginia Giuffre, the woman bringing action against Prince Andrew, is a survivor of the sex trafficking ring run by the wealthy paedophile [Jeffrey Epstein](#).

Born <u>Virginia Roberts</u>, she was raised in Florida but had a troubled upbringing, explaining: "I went from an abusive situation, to being a runaway, to living in foster homes."

She was working as a spa assistant aged 17 at Donald Trump's Mar-a-Lago resort in 2000 when she first met Epstein associate <u>Ghislaine Maxwell</u>, who recruited her to become his personal travelling masseuse.

## The freshest exclusives and sharpest analysis, curated for your inbox

It was in Epstein's employ that Ms Giuffre was groomed as part of the paedophile's sex abuse ring, travelling between Epstein's homes in Florida, New York and his private island over two years and forced to have sex with a number of men.





A photograph that appears to show Virginia Giuffre with Prince Andrew and Ghislaine Maxwell (Credit unknown)

At the age of 19, Epstein sent Ms Giuffre to attend a massage school in Thailand, from which she did not return after meeting her current husband, Robert Giuffre.

She subsequently brought a series of legal actions against Epstein and his associates, with court documents in 2014 first revealing her allegations that Prince Andrew was among men she was forced to have sex with.

Ms Giuffre now lives in Australia with her husband and three children. She has credited the birth of her eldest daughter as the motivating factor that prompted her to come forward publicly and speak about her experiences of sex trafficking.

In a 2019 interview with *Panorama*, she detailed alleged encounters with Prince Andrew, who has vehemently denied all wrongdoing and says he does not recall ever meeting Ms Giuffre.

She said: "He knows what happened, I know what happened, and there's only one of us telling the truth."

In court filings this week, Ms Giuffre alleged that she had at least three non-consensual encounters with the Duke of York.

The documents allege she was "forced to have sexual intercourse with Prince Andrew against her will" at his London home, after first being introduced to him at a nightclub.

On another occasion, at Epstein's New York mansion in this District, Ms Giuffre alleges she and another girl were "forced to sit on Prince Andrew's lap as Prince Andrew touched her" and "forced to engage in sex acts against her will."

Ms Giuffre has also alleged that she was sexually abused in an orgy on Epstein's private island involving Prince Andrew, several underage girls and Epstein himself.

The Duke has not responded to the lawsuit, though he has previously denied all the allegations.

# The woman accusing Prince Andrew of sexually abusing her when she was 17 sued him just days before a deadline to make decades-old child abuse claims

insider.com/virginia-giuffre-sued-prince-andrew-just-days-before-ny-deadline-2021-8

Michelle Mark 3 hours ago

Virginia Roberts Giuffre at a press conference in 2019.
Associated Press

- Prince Andrew's accuser filed her lawsuit just days before a deadline for child sexual abuse victims to file their claims.
- Virginia Giuffre alleges that Prince Andrew sexually abused her in New York City when she was underage.
- New York's Child Victims Act gave victims of decades-old child sexual abuse a new window to file lawsuits.

Business Insider: A daily selection of curated stories

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

Virginia Giuffre, the woman who sued Prince Andrew on Monday, filed her lawsuit just four days ahead of a rapidly closing window for victims of child sexual abuse in New York.

Giuffre alleged that Prince Andrew sexually abused her on three different occasions when she was underage, including once in New York City in Jeffrey Epstein's mansion. She alleged that the incidents occurred between 2000 and 2002.

Giuffre filed her claims under New York's Child Victims Act, which Gov. Andrew Cuomo signed in 2019. The law initially granted a one-year window for victims to file lawsuits in cases that were time-barred or had expired past the statute of limitations.

Last summer, Cuomo announced an additional one-year extension, giving victims until August 14, 2021, to file their claims.

Representatives for Prince Andrew didn't respond to Insider's request for comment on Giuffre's lawsuit, but his spokesperson declined to comment to The Mirror.

The prince has denied ever knowing Giuffre, and in a July 2020 statement to Insider, his representatives "categorically" denied "any suggestion of impropriety with underage minors."

One legal expert told Insider that Giuffre was one of many people rushing this week to file decades-old claims against their alleged abusers in New York.

Michelle Simpson Tuegel, a women's rights attorney known for representing gymnasts abused by disgraced former Olympic team doctor Larry Nassar, said it's common for accusers like Giuffre to file a civil lawsuit as a last resort after criminal investigations fail.

"I see that in a large number of my cases that they call me because the police either weren't able to, or didn't do anything, and they didn't see justice in that process," Tuegel said.

She added that a civil case can be empowering for abuse victims, who may have faced a loss of control both at the hands of their abusers and within a criminal justice system that failed them.

In Giuffre's case, for instance, Prince Andrew does not face criminal charges over her allegations, and has refused even to grant interviews to the FBI and federal prosecutors who are investigating Epstein and his sex trafficking operation.

"The more comforting thing to my clients has been in the civil lawsuit, we drive the ship. They're the plaintiff, we filed the lawsuit, we're litigating the case," Tuegel said. "With a criminal case, it's the US government or the state who drives it, and you're just a witness in your own case. You have no control over it."

## Virginia Giuffre's lawyer says Prince Andrew can no longer 'hide behind wealth and palace walls' now that he's been sued

**insider.com**/prince-andrew-stonewalled-virginia-giuffre-cant-hide-anymore-lawyer-says-2021-8

Mia Jankowicz 11 hours ago



Prince Andrew.
Chris Jackson/Pool via Reuters

- Giuffre's lawyer says Prince Andrew "stonewalled" her for years, leaving her no choice but to sue.
- Andrew can't hide behind his royal status now that he's being sued in the US, David Boies said.
- Giuffre has accused the prince of sexual assault when she was 17, a charge he denies.

10 Things in Politics: The latest in politics & the economy

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

Virginia Giuffre's lawyer has said that Prince Andrew can no longer "hide behind wealth and palace walls" now that he has been sued.

1/3

In an interview with Sky News Tuesday, David Boies described Giuffre's decision to sue the Duke of York in a US court as a last resort, following years of attempts to get him to engage with her — each of which was "stonewalled," Boies said.

Giuffre has accused Andrew of having sex with her when she was 17 at the mansion owned by the convicted sex offender Jeffrey Epstein, a charge that the prince has repeatedly denied. Giuffre said she was a victim of sex trafficking by Epstein at the time.

She filed a civil suit against Andrew on Monday in New York, after what Boies describes as years of trying to get Andrew to respond any other way.

"We've reached out to Prince Andrew's legal team, a number of times over the last five years, we've made an attempt to engage with him to give him an opportunity to tell his side of the story, to provide any explanation or context, that he might have for his actions to try to resolve this without the necessity of litigation," Boies told Sky News.

"Every such effort has been rebuffed."



Virginia Giuffre holds a photo of herself at age 16, when she says Jeffrey Epstein began abusing her sexually.
Emily Michot/Miami Herald/Tribune News Service via Getty Images

In a November 2019 interview with the BBC's "Newsnight," Andrew repeated his denials and said that he stood ready to help law-enforcement officials to look at the case.

But US prosecutors have expressed similar frustration to Boies in their investigations of Epstein, with whom Andrew was friends. Attorneys for the Southern District of New York said in January and July 2020 that they had heard nothing from the prince.

Boies suggested to "Newsnight" on Tuesday that Andrew had been using his wealth and royal status to hide from accountability.

"You cannot hide behind wealth and power and palace walls," he told the show.

The case papers, as reported by the BBC, expressed a similar sentiment: "In this country [the US], no person, whether president or prince, is above the law, and no person, no matter how powerless or vulnerable, can be deprived of the law's protection," they said.

Boies told the BBC that if Andrew totally ignores the lawsuit, he would be subject to a "default judgement" that "will be, in effect, enforced not only in the United States, but in virtually every civilized country in the world."

A spokesperson for Andrew did not immediately respond to Insider's request for comment, but told both the BBC and Sky that it would not comment on the case.

# 'Prince Andrew lawsuit is not going away', Virginia Giuffre's lawyer tells ITV News

**itv**.com/news/2021-08-10/prince-andrew-will-end-up-in-court-virginia-giuffres-lawyer-tells-itv-news

10 August 2021



**ITV News Correspondent Rachel Younger talks to Virginia Giuffre's lawyer about the Prince Andrew lawsuit**

Virginia Giuffre's lawyer has told ITV News he believes the Duke of York will end up in court, after she filed a lawsuit on Monday suing Prince Andrew.

It is not the first time Ms Giuffre has made these claims but this time she is suing him directly for damages.

In the lawsuit, brought under the Child Victims Act, Ms Giuffre claims the prince abused her on multiple occasions.

David Boies, who is the lawyer for Ms Giuffre and many other victims of Jeffrey Epstein's sex trafficking ring, said he has no doubt this case will come before a jury.

He said: "This case will come before jury, the jurisdiction of the federal courts in New York I think is unquestioned, the conduct took place in New York."

Mr Boies, who's also the chairman and managing partner of Boies Schiller Flexner, said: "This case is not going away. Virginia Giuffre is not going to go away, and I'm not going to go away.

"This case is going to go forward, whatever obstacles that they try to put in front of us, we will overcome, once this case goes to court."

A spokeswoman for Prince Andrew said "no comment" when asked about the claims which he has long denied.

---

### 'This case is not going away', says Virginia Giuffre's lawyer

---

Speaking to ITV News Correspondent Rachel Younger, Mr Boies said: "Their ability to stonewall has ended. They can still delay, but they can't escape the inevitable. And the inevitable is a jury trial as to who's telling the truth here, what the facts are - and that is something that I have a lot of confidence is going to go forward."

He added: "A civil case is really the only avenue that she has to seek vindication, obviously there are criminal authorities who can do their own investigation but she can't control what they do or don't do. The only thing she can control is what she does.

"This lawsuit is an attempt to vindicate not only her interests but the interests of many young women who are sexually trafficked every day across the United States and across the world.

"The hope is that by bringing to account allegations of sexual abuse against rich and powerful people, it will send a message that kind of conduct is not to be tolerated and when charges like this are made, ultimately a judge or a jury will decide what the truth is."

Ms Giuffre's lawyer told ITV News he has no doubt this case will come before a jury.

He said: "This case will come before jury, the jurisdiction of the federal courts in New York I think is unquestioned, the conduct took place in New York."

Virginia Giuffre is said to want "vindication" to be the result of her legal action Credit: Crime+Investigation/PA

When asked whether Ms Giuffre would keep the money from the lawsuit if she was awarded any damages, Mr Boies said: "Historically, when she recovered damages from, Jeffrey Epstein and from his estate, when she recovered damages from Ghislaine Maxwell - in each case she has donated a significant portion of those damages to a charitable foundation that she has established to try to help victims of sex trafficking.

"I would suspect that she would certainly consider doing that here as well."

Mr Boies also explains how the Duke of York cannot be extradited to the US because it is not a criminal case.

"It is true he cannot be extradited to the US, however he can be served with process in either one of two ways - one is by the Haig convention where he would be processed in the United Kingdom - and second by what is called the federal court system in the United States, substituted service by which if the court concludes that the defendant is trying to avoid service, the court can order any kind of service to process.

"I think it's fair to say Prince Andrew already has notice of this litigation."

The court will ultimately decide whether Prince Andrew has to show up for the civil case proceedings.

Virginia Giuffre pictured with Prince Andrew in London in 2001.

Ms Giuffre alleges she was trafficked to the duke and sexually abused by him.

On one occasion, she said the prince sexually abused her at Ghislaine Maxwell's home in London when Epstein, Maxwell and Prince Andrew forced her to have sex with the prince.

On another occasion, Prince Andrew allegedly sexually abused Ms Giuffre in Epstein's New York mansion.

Ms Giuffre said in an interview with BBC Panorama that she was left "horrified and ashamed" after an alleged sexual encounter with Andrew in London in 2001.

She claimed she danced with Andrew in Tramp nightclub, adding he was "the most hideous dancer I've ever seen in my life" and "his sweat was... raining basically everywhere".

During Prince Andrew's car crash interview in November 2019, he told BBC Newsnight he never had sex with Ms Giuffre, saying he can **"absolutely and categorically" say "it never happened".**

He said he had "no recollection" of ever meeting her and that there were "a number of things that are wrong" about Ms Giuffre's account, which alleges the encounter occurred in 2001.

Maxwell, 59, has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November.

Epstein, 66, took his own life in a federal jail in Manhattan in August 2019, a month after he was arrested on sex trafficking charges.

---

❯ Prince Andrew sued by Virginia Giuffre over alleged sexual abuse when she was 17
❯ Woman claims to have seen Prince Andrew at club with Virginia Giuffre

# Related News

## British man appears in Germany court accused of spying for Russia

 2

Explainer

## Taliban's advance in Afghanistan - how has it happened so fast?

 3

## Afghanistan: Taliban seize three more provincial capitals and key military base

 3

## Strict travel changes in Australia mean people need permission to leave country

 6

Insight

## Family hid in a corner praying for their lives as wildfire hit village in Greece

 6

## Algeria wildfires: At least 65 people killed in devastating blaze

 10

**Prince Andrew sued by Virginia Giuffre over alleged sexual abuse when she was 17**

 Yesterday

**Queen welcomed to Balmoral at official ceremony to mark summer holiday**

 2 days ago

**Meghan Markle's half brother criticises duchess as he enters Big Brother house**

 2 days ago

**Cambridges share Princess Charlotte snap to encourage butterfly counting**

 4 days ago

**Meghan launches project to mentor women with video featuring a juggling Harry**

 4 Aug

**Senior royals wish Meghan a happy 40th birthday**

 4 Aug

**First look at Imelda Staunton as the Queen in The Crown**

 31 Jul

## Two trespass suspects arrested at Queen's Windsor estate

 2 May

## Woman arrested after trespassing into Prince Andrew's home

 21 Apr

## Queen describes death of husband as leaving a 'huge void', Prince Andrew says

 12 Apr

## Ghislaine Maxwell facing sex trafficking charges

 29 Mar

## Ghislaine Maxwell: Epstein's former girlfriend denied bail

 28 Dec 2020

## Ghislaine Maxwell denies trafficking Prince Andrew accuser to London for sex

 22 Oct 2020

## Woman claims to have seen Prince Andrew at club with Virginia Giuffre

 4 Aug 2020

## Prince Andrew 'lobbied US government' on behalf of paedophile Epstein

31 Jul 2020

**Donald Trump wishes Ghislaine Maxwell 'well' ahead of trial**

22 Jul 2020

**Ghislaine Maxwell denied bail after pleading not guilty to sex abuse charges**

14 Jul 2020

**Ghislaine Maxwell's journey from socialite to accused procuress in Epstein case**

8 Jul 2020

# Prince Andrew sued by Virginia Giuffre, accusing him of sexually abusing her when she was 17

itv.com/news/2021-08-09/prince-andrew-sued-by-virginia-giuffre-over-alleged-sexual-abuse-when-she-was-17

10 August 2021



Virginia Giuffre is suing Prince Andrew, saying he sexually abused her when she was 17 years old.

Ms Giuffre, who is also one of Jeffrey Epstein's long-time accusers, filed the lawsuit on Monday in a New York federal court.

In the lawsuit, brought under the Child Victims Act, she claims the prince abused her on multiple occasions.

In a statement, Ms Giuffre said: "I am holding Prince Andrew accountable for what he did to me.

"The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice.

"I did not come to this decision lightly. As a mother and a wife, my family comes first — and I know that this action will subject me to further attacks by Prince Andrew and his surrogates — but I knew if I did not pursue this action, I would be letting them and victims everywhere down."

Prince Andrew's representatives said they had no comment on the latest developments.

> Epstein victim says Prince Andrew 'knows what he's done'
> Andrew: I don't recall meeting accuser and I deny any sexual contact whatsoever



Ms Giuffre is also one of Jeffrey Epstein's long-time accusers. Credit: AP

Ms Giuffre alleges she was trafficked to the duke and sexually abused by him.

On one occasion, she said the prince sexually abused her at Ghislaine Maxwell's home in London when Epstein, Maxwell and Prince Andrew forced her to have sex with the prince.

On another occasion, Prince Andrew allegedly sexually abused Ms Giuffre in Epstein's New York mansion.

In November 2019, Prince Andrew told BBC Newsnight that he never had sex with Ms Giuffre, saying "it didn't happen."

He said he had "no recollection" of ever meeting her and that there were "a number of things that are wrong" about Giuffre's account, which alleges the encounter occurred in 2001.

Maxwell, 59, has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November.

Epstein, 66, took his own life in a federal jail in Manhattan in August 2019, a month after he was arrested on sex trafficking charges.

# Le prince Andrew rattrapé par la justice américaine dans l'affaire Epstein

lemonde.fr/international/article/2021/08/10/le-prince-andrew-rattrape-par-la-justice-americaine-dans-l-affaire-epstein_6091090_3210.html

- International
- Affaire Jeffrey Epstein

Virginia Giuffre, qui accuse depuis plusieurs années le deuxième fils de la reine d'Angleterre de l'avoir agressée sexuellement au début des années 2000, alors qu'elle était mineure, a officiellement porté plainte lundi 9 août.

Par Eric Albert(Londres, correspondance)

Publié aujourd'hui à 17h20, mis à jour à 18h00
Lecture 2 min.

> Partage

Article réservé aux abonnés



Le prince Andrew assiste à une cérémonie commémorant le 75e anniversaire de la libération de Bruges, à Bruges, le 7 septembre 2019. JOHN THYS / AFP

*« Virginia L. Giuffre, plaignante, versus Prince Andrew, duc d'York, également connu sous le nom d'Andrew Albert Christian Edward, accusé. »* La plainte déposée officiellement lundi 9 août devant la cour du district sud de New York va faire date. M^me Giuffre accuse officiellement le troisième enfant de la reine d'Angleterre de l'avoir agressée sexuellement à plusieurs reprises quand elle était mineure, au début des années 2000.

L'accusation est connue de longue date – le prince Andrew dément les faits catégoriquement –, mais elle est désormais devant la justice. Il ne s'agit que d'un procès au civil et il est donc exclu de voir un jour le prince dans une geôle américaine. L'affaire va cependant embarrasser un peu plus la famille royale, qui a écarté le duc d'York de toute fonction officielle depuis que le scandale a éclaté en 2019.

Lire aussi Affaire Jeffrey Epstein : pour la justice américaine, le prince Andrew fait semblant de vouloir coopérer

Les accusations portent sur les années 2000 à 2002. M^me Giuffre, connue alors sous le nom de Virginia Roberts, fait partie des nombreuses jeunes filles mineures que le milliardaire américain Jeffrey Epstein *« recrute »* pour prodiguer massages et faveurs sexuelles. Le pédocriminel, qui s'est suicidé en prison en août 2019, est régulièrement *« fourni »* en mineures par une certaine Ghislaine Maxwell, une Britannique, fille d'un ancien milliardaire

tombé en disgrâce, qui fréquente les milieux de la jet-set, et dont le procès pour proxénétisme doit se dérouler cet automne. C'est elle qui présente le prince Andrew à Jeffrey Epstein en 1999.

## « Cadeau » du milliardaire

Après cette rencontre, le deuxième fils de la reine fréquente régulièrement l'Américain, voyageant dans son avion privé et utilisant sa résidence à New York, ce qu'il reconnaît. La rencontre avec M<sup>me</sup> Giuffre, qui n'a alors que 17 ans, est organisée à Londres en 2001 par M. Epstein et se déroule chez M<sup>me</sup> Maxwell.

A écouter le récit de la jeune femme, qu'elle a déroulé publiquement pour la première fois en 2015 lors d'une interview au _Daily Mail_, elle était une sorte de *« cadeau »* du milliardaire au prince. Après un dîner, le petit groupe est sorti dans une boîte de nuit londonienne avant de retourner chez M<sup>me</sup> Maxwell, où le prince a violé la jeune fille. Une photo prouve la rencontre : on y voit le prince entourant d'un bras la taille de la jeune fille, tandis que M<sup>me</sup> Maxwell se trouve au second plan.

Lire aussi Le prince Andrew dans la tourmente de l'affaire Epstein
Dans sa plainte, M<sup>me</sup> Giuffre identifie aussi des agressions sexuelles par le prince Andrew dans la résidence de M. Epstein à New York et sur son île privée dans les îles Vierges. *« La plaignante a été obligée par des menaces exprimées ou sous-entendues par Epstein, Maxwell et/ou le prince Andrew à réaliser des actes sexuels avec le prince Andrew, et elle craignait la mort ou des coups si elle désobéissait »,* affirme la plainte. M<sup>me</sup> Giuffre finira par échapper à l'emprise du milliardaire américain en 2002 à l'occasion d'un voyage en Thaïlande.

**Il vous reste 23.59% de cet article à lire. La suite est réservée aux abonnés.**

# Epstein accuser sues Prince Andrew, citing sex assault at 17 | Miami Herald

miamiherald.com/entertainment/celebrities/article253379273.html

By LARRY NEUMEISTER Associated Press

FILE - This March 28, 2017, file photo, provided by the New York State Sex Offender Registry, shows Jeffrey Epstein. A fund set up to provide money to victims of financier Jeffrey Epstein announced Monday, Aug. 9, 2021 that it has largely completed its work after agreeing to deliver nearly $125 million to over 135 individuals. (New York State Sex Offender Registry via AP, File) AP

NEW YORK

One of Jeffrey Epstein's longtime accusers sued Prince Andrew on Monday, taking accusations that she has repeatedly publicly lodged against him, including that he sexually assaulted her when she was 17, to a formal venue.

Lawyers for Virginia Giuffre filed the lawsuit in Manhattan federal court, where Epstein was charged criminally with sex trafficking a month before he killed himself at age 66 in August 2019 in an adjacent federal jail where he was ordered to await trial.

Giuffre has repeatedly made her allegations against Epstein, his onetime girlfriend Ghislaine Maxwell, and Andrew, but the lawsuit was the first time she has directly confronted Andrew in such a formal setting. It steps up public relations pressure on the prince, even if he remains beyond the reach of the courts.

TOP ARTICLES

 

In a statement, Giuffre said she was "holding Prince Andrew accountable for what he did to me."

"The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice," Giuffre said.

Today's top headlines

Sign up for the Afternoon Update and get the day's biggest stories in your inbox.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

"I did not come to this decision lightly," she added. "As a mother and a wife, my family comes first — and I know that this action will subject me to further attacks by Prince Andrew and his surrogates — but I knew if I did not pursue this action, I would be letting them and victims everywhere down."

In late 2019, Prince Andrew told BBC Newsnight that he never had sex with Giuffre, saying, "It didn't happen."

He said he has "no recollection" of ever meeting her and told an interviewer there are "a number of things that are wrong" about Giuffre's account, which alleges the encounter occurred in 2001.

"I can absolutely categorically tell you it never happened," Andrew said.

The interview was widely panned by critics who said Andrew seemed insensitive to Epstein's victims. Afterward, the prince quit royal duties.

$2 for 2 months

Subscribe for unlimited access to our website, app, eEdition and more

<u>CLAIM OFFER</u>

Giuffre has long said Maxwell recruited her at age 17 to be sexually abused by Epstein and Maxwell from 1999 to 2002.

According to the lawsuit, which sought unspecified compensatory and punitive damages, the prince abused Giuffre on multiple occasions when she was under the age of 18.

During each of the alleged acts, Giuffre was given "express or implied threats" by Epstein, Maxwell, and/or Andrew to engage in sexual acts with the prince, the lawsuit said.

It said that she "feared death or physical injury to herself or another and other repercussions for disobeying" the trio because of their "powerful connections, wealth, and authority."

It said that on one occasion, the prince sexually abused her in Maxwell's London home when Epstein, Maxwell and Prince Andrew forced her to have sexual intercourse with the prince against her will.

On another occasion, the prince sexually abused Giuffre in Epstein's New York mansion when Maxwell forced Giuffre and another victim to sit on Andrew's lap as he touched her, the lawsuit said.

The lawsuit also alleged that Andrew sexually abused Giuffre on Epstein's private island in the U.S. Virgin Islands.

Andrew knew her age at the time based on communications with Epstein and Maxwell, the lawsuit added. It said he went ahead anyway "for the purpose of gratifying his sexual desires."

The lawsuit was brought under the Child Victims Act, a 2019 New York state law that allows victims to temporarily make legal claims of abuse that occurred when they were children regardless of when or how long ago the alleged abuse occurred.

Maxwell, 59, has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November. She is held without bail. Her lawyers did not respond to requests for comment.

As part of a continuing probe into Epstein and his encounters with women and teenage girls, Manhattan federal prosecutors last year formally requested to speak with Andrew.

The request, similar to issuing a subpoena, was made under the Mutual Legal Assistance Treaty, an agreement between the two countries to share evidence and information in criminal cases. U.S. prosecutors reportedly made a formal request through the British government to interview Andrew.

Brad Edwards, a lawyer who represents dozens of Epstein victims, has said that the prince has failed to answer questions for civil lawsuits before.

"I've always been given the impression that, whether he has immunity or not, he certainly behaves like he does," Edwards said.







1 of 4

FILE - In this Tuesday, Aug. 27, 2019 file photo, Virginia Giuffre, who says she was trafficked by sex offender Jeffrey Epstein, holds a news conference outside a Manhattan court in New York. On Monday, Aug. 9, 2021, Giuffre sued Prince Andrew saying he sexually assaulted her when she was 17. Lawyers for Giuffre filed the lawsuit in Manhattan federal court. (AP Photo/Bebeto Matthews, File) Bebeto Matthews AP

# 'Prince Andrew's sordid sex scandal could sink monarchy if Queen fails to do right thing'

mirror.co.uk/news/uk-news/prince-andrews-sordid-sex-scandal-24728039

August 10, 2021

<u>Privacy</u>

Sheltering Prince Andrew while he refuses to answer questions over Virginia Giuffre's legal claim could just mean Queen Elizabeth becomes the last of her name



"If the Queen upheld high moral standards and defended probity in public life, she'd order her son to meet the FBI in London to answer questions or catch a flight to New York" ( Image: PA/Getty)

Mafia godfathers hide family members in trouble, but as godmother of Britain's royal family, the Queen's foolish if she thinks vanishing from public life sex scandal son Andrew will make this sordid crisis disappear.

The international controversy engulfing the reviled Duke of York is becoming far worse not better, tarnishing an entire hereditary monarchy sheltering a haunted figure who'd risk immediate arrest if this paedophile's friend jumped on a plane to visit nephew Harry and his wife Meghan in the US.

<u>Sickening civil charges filed in New York by Virginia Giuffre</u>, including explosive allegations she was sex trafficked aged 17 to be sexually abused in London by the ninth in line to the throne, demand detailed answers.

What happens if Giuffre's lawyers open a new front by asking the Metropolitan Police to investigate an alleged crime committed in London?



Prince Andrew has been accused of sexual abuse in a lawsuit filed in the US - which he's previously denied (
Image:

POOL/AFP via Getty Images)
The cops hammering on the door of Buckingham Palace or Windsor Castle would rocket fuel what may escalate into a constitutional nightmare for an elderly widow who recently lost her husband.

A royal family surviving courtesy of public goodwill and consent is severely damaged by his new "no comment" responses from the Palace and the Prince, even after his earlier vehement denials, when decent people are entitled to read what they like into the deafening sound of silence over stomach-churning accusations.

The royal who invited convicted paedophile (now conveniently dead) Jeffrey Epstein to Windsor and Sandringham, staying with him in the US even after his conviction, might lie awake sleepless at night wondering what his friend and Epstein's former girlfriend - and alleged former madam - Ghislaine Maxwell could say as she languishes in jail ahead of a court case.



A then 17-year-old Virginia Roberts photographed with Prince Andrew in early 2001 - which the Prince's camp claims is 'doctored' (
Image:

Collect Unknown)
That picture of Andrew with a young Giuffre in Maxwell's London mews house - which the Prince's camp claims is doctored - speaks louder than the royal's contested claims he never sweats, was at a Pizza Express in Woking with daughter Beatrice so couldn't have had sex with the underage woman, or was just an honourable chap when enjoying Epstein's hospitality.

It's a pity the UK government can't do a deal and swap an Andrew the FBI would like to interview for fugitive Anne Sacoolas, teenage motorcyclist Harry Dunn's alleged killer.

Virginia Giuffre's statement in full as she accuses Prince Andrew of sexual abuse
If the Queen upheld high moral standards and defended probity in public life, she'd order her son to meet the FBI in London to answer questions or catch a flight to New York.







Prince Andrew and Jeffrey Epstein with Melania Trump at a party at the Mar-a-Lago club, in Florida, February 12, 2000 (
Image:

Getty)
Keeping the Duke of York off the balcony at royal events is mistakenly hoping the crisis will disappear if he keeps his head down.

Out of sight isn't out of mind when Andrew can run but he can't hide from serious, disturbing charges.

- • • 138301386042

And the entire Ruritanian institution's damaged by protecting one of its own.

Failing to do the right thing jeopardises a monarchy which is destroying itself.

She might yet prove to be Elizabeth the Last.

Follow @DailyMirror



## Get email updates with the day's biggest stories

---

We use your sign-up to provide content in ways you've consented to and to improve our understanding of you. This may include adverts from us and 3rd parties based on our understanding. You can unsubscribe at any time.More info

Most ReadRecommended

Since Mirror is a Reach news title, you have been logged in with the Reach account you use to access our other sites.

×

Since Mirror is a Reach news title, you have been logged in with the Reach account you use to access our other sites.

×

Since Mirror is a Reach news title, you have been logged in with the Reach account you use to access our other sites.

×

# Epstein accuser sues Prince Andrew for alleged sex abuse

nbcnews.com/news/us-news/epstein-accuser-sues-prince-andrew-alleged-sex-abuse-n1276369

August 9, 2021



Aug. 9, 2021, 5:56 PM EDT

By Sarah Fitzpatrick and Rich Schapiro

One of Jeffrey Epstein's most prominent accusers has filed a federal lawsuit against the U.K.'s Prince Andrew alleging that he sexually abused her when she was 17 years old.

The lawsuit by Virginia Giuffre accuses Andrew of sexually abusing her on separate occasions – in London, New York and on Epstein's private island in the U.S. Virgin Islands – about 20 years ago when she was under the age of 18.

The suit says Epstein and his longtime associate Ghislaine Maxwell compelled Giuffre to engage in sexual acts with Andrew, and that he knew she was a sex-trafficking victim.

"Twenty years ago Prince Andrew's wealth, power, position, and connections enabled him to abuse a frightened, vulnerable child with no one there to protect her. It is long past the time for him to be held to account," says the lawsuit filed in New York, which seeks damages for battery and intentional infliction of emotional distress.

Giuffre has made the allegations in court papers and in TV interviews before, including on NBC's "Dateline." But the lawsuit filed in the U.S. District Court for the Southern District of New York amounts to a new front in her bid to hold Andrew, now 61, accountable for allegedly sexually abusing her when she was a teenager.

"The powerful and rich are not exempt from being held responsible for their actions," Giuffre said in a statement. "I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice."

The suit was filed under the Child Victims Act, a New York law that gives people a one-year window to sue for sex abuse damages, regardless of when the alleged acts happened. The law went into effect in August 2019 and included a deadline for victims to file their claims by next Saturday.

Representatives for Andrew declined to comment when reached late Monday night London time.

The prince has previously denied denied allegations that he had sex with Giuffre.



Virginia Giuffre with Prince Andrew and Ghislaine Maxwell at Prince Andrew's London home in a photo released with court documents.

In a widely criticized interview with the BBC in 2019, Andrew said he had no recollection of ever meeting her — despite a widely circulated photograph showing otherwise — and that he was at a pizza restaurant with his daughter on the day in 2001 that Giuffre alleges they had a sexual encounter in London.

## Recommended

Epstein, 66, died by suicide in a New York jail in August 2019 while awaiting sex trafficking charges.

The investigation into his alleged circle of enablers remains ongoing. In January 2020, Geoffrey Berman, the U.S. Attorney for the Southern District of New York, said investigators from his office and the FBI had reached out to Prince Andrew and his attorneys but had yet to receive any assistance from him.

Giuffre previously detailed her alleged sexual encounters with Andrew – in London and on Epstein's private island – in a "Dateline" interview that aired in 2019.

In the interview, Giuffre also recounted an incident at Epstein's New York City mansion where she says she and another young girl were instructed to sit on Andrew's lap. He proceeded to grope one of their breasts, Giuffre said.

A person who was there previously told NBC News that she remembers the incident.

Giuffre said the encounters with Andrew stood out because of his title.

"He was a prince. He was famous. He's royalty. And it just stuck out in my mind," she said. "I grew up watching Disney just like most little girls grow up watching Disney, and princesses and princes were the good people in the world, and he wasn't."

Breaking news emails

Be the first to know about breaking news and other NBC News reports.

Sarah Fitzpatrick
Sarah Fitzpatrick is an investigative producer for NBC News. She previously worked for CBS News and "60 Minutes."

Rich Schapiro
Rich Schapiro is a reporter for the NBC News Investigative Unit.

# Le prince Andrew a poursuivi en justice le dernier – Le procès pour abus sexuel de Virginia Giuffre laisse le roi en disgrâce sans protection juridique '

**news-24.fr**/le-prince-andrew-a-poursuivi-en-justice-le-dernier-le-proces-pour-abus-sexuel-de-virginia-giuffre-laisse-le-roi-en-disgrace-sans-protection-juridique

Delmary delmar                                                                                10 août 2021



LE PRINCE ANDREW POURSUITE PAR LA VICTIME D'EPSTEIN VIRGINIA ROBERTS
EN PROCÉDURE L'ACCUSANT DE L'ABUSER SEXUELLEMENT EN TANT
QU'ADOLESCENT

VIRGINIA Roberts Giuffre a lancé une bataille juridique contre le prince Andrew l'accusant
de l'avoir agressée sexuellement dans le manoir de Jeffrey Epstein.

L'homme de 38 ans poursuit le duc d'York pour des allégations selon lesquelles il l'aurait
agressée une fois dans la maison en disgrâce des financiers de Manhattan et dans un autre
endroit alors qu'elle avait moins de 18 ans, selon les dossiers du tribunal.

Son procès intervient près de deux ans jour pour jour où Epstein, 66 ans, a été retrouvée
morte dans une prison de New York en attendant son procès pour complot et trafic sexuel
d'enfants.

Le prince Andrew, 61 ans, a toujours nié toute allégation selon laquelle il aurait eu des contacts sexuels avec Mme Giuffre ou qu'il aurait eu connaissance des actes répréhensibles d'Epstein.

Son procès intervient également quelques jours avant la date d'expiration d'une loi de l'État de New York qui permet aux victimes présumées d'abus sexuels dans leur enfance de déposer des plaintes civiles qui pourraient être bloquées par la prescription.

Les avocats de Giuffre, Davide Boies, ont déclaré à ABC News : « Si elle ne le fait pas maintenant, elle lui permettrait d'échapper à toute responsabilité pour ses actes. « Et Virginia s'est engagée à essayer d'éviter les situations où des personnes riches et puissantes échappent à toute responsabilité pour leurs actions. »

# Prince Andrew Lawsuit Over Jeffrey Epstein Is 'Game Over' for Queen's Son, Lawyer Says

N newsweek.com/prince-andrew-virginia-giuffre-lawsuit-jeffrey-epstein-game-over-queen-son-1617738

August 10, 2021

News
By Jack Royston On 8/10/21 at 7:10 AM EDT

Prince Andrew could "lose his reputation utterly" through a lawsuit brought by a Jeffrey Epstein accuser in New York, a leading privacy lawyer has told *Newsweek*.

Virginia Giuffre is suing Andrew, the Duke of York, for sexual assault and battery through a court filing that says she was forced to have sex with him when she was 17 years old.

Queen Elizabeth II's second-eldest son must now decide whether to engage in the court process or try to avoid being dragged into the civil lawsuit. He has previously denied any wrongdoing.



He is not facing criminal charges and would not be extradited to America, but the court could rule against him in his absence and award damages to Giuffre.

Newsweek Newsletter sign-up >
Amber Melville-Brown, a partner and global head of media and reputation of international law firm Withers, told *Newsweek*: "Reputationally it may already be effectively 'game over' for Prince Andrew despite the lack of any court decision, and notwithstanding his vehement denials."

Prince Andrew Accuser 'Feared Death' If She Defied Him and Epstein—Filing
Read more

Prince Andrew Accuser 'Feared Death' If She Defied Him and Epstein—Filing
She added: "From a reputational perspective, Prince Andrew may be damned if he does respond to the allegations and defend the complaint, and damned if he doesn't.

"Silence in the face of accusations is not necessarily golden—while it may be a proper part of any legal defense strategy, to the public it may evidence improper disrespect for the court system; and while being vocal outside court may seem obvious to defend a reputation from serious accusations, it can be catastrophic if contrary to the strategy employed in court to defend the claim."

Newsweek subscription offers >
Giuffre's lawsuit says she feared for her life if she did not have sex with Prince Andrew in London, New York and on Epstein's private island, Little St James.

She is seeking damages for psychological harm inflicted during the three alleged incidents and the lawsuit alleges that Andrew knew her age after being told by Epstein and his former lover, Ghislaine Maxwell.



In Focus

## **Prince Andrew Hit by Epstein Lawsuit**

Prince Andrew and Queen Elizabeth II watch the racing as they attend Derby Day of the Investec Derby Festival at Epsom Racecourse on June 1, 2013 in Epsom, England. Prince Andrew is being sued in New York by Virginia Giuffre, who says she was forced to have sex with him.

Launch Slideshow 3 PHOTOS

Georges Lederman, who specializes in criminal litigation for Withers, told *Newsweek* that if Andrew does not answer the complaint, the court could rule against him and award damages to Giuffre.

He said: "It is often the case that an alleged crime can also serve as the basis for civil lawsuits, which is what Virginia Giuffre appears to be doing here.

"If Prince Andrew fails to appear to answer a civil complaint, a default judgment will be entered against him, and Giuffre presumably would receive a monetary award that she would seek to satisfy by attaching Andrew's assets to the extent of the award."

## Serving Prince Andrew

The first challenge for Giuffre's team may be serving Andrew with papers while he is in Britain, living at Royal Lodge, in the private grounds of Windsor Great Park.

However, if Andrew does engage with the lawsuit he still has the option to try to negotiate an out of court resolution.

Arick Fudali, of New York-based The Bloom Firm, which represents nine alleged Epstein victims, told BBC Radio 4: "Very few cases actually end up in trial especially these very high profile ones.

"Even once a case is filed, assuming it even gets to litigation, there's always a very strong possibility cases could be resolved or settled in the middle before litigation.

"But what this certainly does is it preserves the claim and puts pressure on the defendant."

He added that "there's absolutely a chance" the case could make it to a full court hearing and said: "I would be confident if I was the plaintiff [Giuffre] going in front of a jury."

One source of the pressure on Prince Andrew may be his existing finances after he was forced to sell his $23 million Alpine home Chalet Helora, in May last year.

He was sued over an $8 million unpaid bill to the previous owner left over from his purchase of the property.

For Giuffre, the plaintiff in the case, time was running out; alleged Epstein victims had been given a deadline for filing civil cases which was due this Saturday.

Melville-Brown told *Newsweek*: "Let's not forget that a plaintiff in any litigation also risks his or her own reputation when taking the stand, or speaking out in public, where they may be accused of falsifying, being fantasists or unfairly seeking compensation.

"Both parties have a lot to lose, but they also have their reputation to gain and defend.

"If Prince Andrew doesn't pick up the glove thrown down and engage in the fight, the perception may be that he is cowardly or has something to hide; if he strides into the dual to clear his name and face his accuser head on, he may ultimately lose the legal action, and lose his reputation utterly."

A court filing by Giuffre's lawyers states: "This suit arises out of Defendant's sexual abuse of [Giuffre] when she was under the age of 18 years old."

In November 2019, Prince Andrew told the BBC: "It didn't happen. I can absolutely categorically tell you it never happened. I have no recollection of ever meeting this lady, none whatsoever."

Prince Andrew's representatives declined to comment on the lawsuit.

Request Reprint & Licensing, Submit Correction or view Editorial Guidelines

# Virginia Giuffre Sues Prince Andrew for Sexual Abuse to Not 'Let Victims Everywhere Down'

**N** newsweek.com/virginia-giuffre-sues-prince-andrew-sexual-abuse-not-let-victims-everywhere-down-1617698

August 9, 2021

World

By Daniel Villarreal On 8/9/21 at 5:30 PM EDT

Virginia Roberts Giuffre, an alleged victim of deceased sex offender Jeffrey Epstein, filed a lawsuit against Prince Andrew of Britain on Monday.

Giuffre alleges that the now-61-year-old Prince Andrew sexually abused her when she was 18 years old. She said the abuse occurred at Epstein's Manhattan mansion and other locations.

"I did not come to this decision lightly," Giuffre said in a statement. "As a mother and a wife, my family comes first. I know that this action will subject me to further attacks by Prince Andrew and his surrogates. But I knew that if I did not pursue this action, I would be letting them and victims everywhere down."



Newsweek

Newsweek Newsletter sign-up >

*This is a breaking news story and will be updated as more information becomes available.*

Request Reprint & Licensing, Submit Correction or view Editorial Guidelines

# Affaire Epstein : Virginia Giuffre a porté plainte contre le prince Andrew à New York

**nouvelobs.com**/etats-unis/20210810.OBS47361/affaire-epstein-virginia-giuffre-a-porte-plainte-contre-le-prince-andrew-a-new-york.html



L'Américaine Virginia Giuffre qui accuse le prince Andrew d'agressions sexuelles sous l'emprise du financier Jeffrey Epstein quand elle était mineure a déposé plainte lundi 9 août à New York contre ce membre de la famille royale britannique, a-t-elle indiqué avec son avocat.

La plainte, consultée par l'AFP, affirme que le duc d'York, deuxième fils de la reine d'Angleterre, est *« l'un des hommes puissants »* à qui Virginia Giuffre a été *« remise dans un but sexuel »* quand elle a été la victime entre 2000 et 2002, à partir de l'âge de 16 ans, du vaste trafic sexuel pour lequel le financier Jeffrey Epstein a été inculpé et incarcéré, avant de se donner la mort dans une prison de Manhattan, à l'été 2019.

Affaire Epstein : une ex-mannequin appelle la justice à accélérer le volet français de l'enquête Le prince Andrew, qui avait déjà rejeté ces allégations, est accusé dans la plainte d'avoir *« agressé sexuellement »* Virginia Giuffre, alors mineure, à trois reprises : à Londres chez une très proche d'Epstein, Ghislaine Maxwell, et dans les propriétés de l'homme d'affaires à New York et dans les îles Vierges.

*« Je tiens le prince Andrew responsable de ce qu'il m'a fait. Les puissants et les riches ne sont pas exempts de rendre des comptes. J'espère que d'autres victimes verront qu'il est possible de ne pas vivre dans le silence et la peur »*, a indiqué Virgnia Giuffre dans une déclaration transmise aux médias.

## Retirer de la vie publique

Aujourd'hui âgé de 61 ans, le prince Andrew avait « *catégoriquement* » démenti de telles accusations dans une interview jugée calamiteuse à la BBC en novembre 2019. Il avait notamment émis des doutes sur l'authenticité d'une photo très médiatisée le montrant avec Virginia Giuffre et, à l'arrière-plan, Ghislaine Maxwell, qui reste incarcérée dans l'affaire Epstein. Malgré ses dénégations, sa fréquentation de l'homme d'affaires américain l'avait plongé dans la tourmente et contraint à se retirer de la vie publique.

Ghislaine Maxwell, de fille à papa à amie complice de Jeffrey Epstein

Je teste sans engagement
La plainte a été déposée lundi au tribunal fédéral de Manhattan, en vertu d'une loi de l'Etat de New York sur les victimes mineures, qui donne un délai d'un an pour intenter une action pour agressions sexuelles, sans règle de prescription. Cette loi, entrée en vigueur en août 2019, laisse encore quelques jours aux victimes potentielles pour agir.

# Prince Andrew Is Sued By A Woman Who Says He Sexually Assaulted Her When She Was 17

📻 **npr.org**/2021/08/09/1026258721/prince-andrew-sued-virginia-giuffre-sexually-assaulted-17-epstein-maxwell

## World

August 9, 2021 6:40 PM ET

The Associated Press



Virginia Giuffre, who says she was trafficked by sex offender Jeffrey Epstein, has filed a lawsuit against Britain's Prince Andrew, saying he assaulted her when she was 17.

Bebeto Matthews/AP

NEW YORK — One of Jeffrey Epstein's longtime accusers sued <u>Prince Andrew</u> on Monday, saying he sexually assaulted her when she was 17.

Lawyers for Virginia Giuffre filed the lawsuit in Manhattan federal court.

In a statement, Giuffre said the lawsuit was brought under the Child Victims Act to allege she was trafficked to him and sexually abused by him.



## Europe

### Prince Andrew Admits Visiting With Sex Offender Epstein Was 'The Wrong Thing To Do'



## Media

### A Dead Cat, A Lawyer's Call And A 5-Figure Donation: How Media Fell Short On Epstein

"I am holding Prince Andrew accountable for what he did to me," she said. "The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice.

"I did not come to this decision lightly," she added. "As a mother and a wife, my family comes first — and I know that this action will subject me to further attacks by Prince Andrew and his surrogates — but I knew if I did not pursue this action, I would be letting them and victims everywhere down."

In late 2019, Prince Andrew told BBC Newsnight that he never had sex with Giuffre, saying, "It didn't happen."

He said he has "no recollection" of ever meeting her and told an interviewer there are "a number of things that are wrong" about Giuffre's account, which alleges the encounter occurred in 2001.

"I can absolutely categorically tell you it never happened," Andrew said.

According to the lawsuit, which sought unspecified compensatory and punitive damages, the prince abused Giuffre on multiple occasions when she was under the age of 18.

It said that on one occasion, the prince sexually abused her in London at the home of Ghislaine Maxwell when Epstein, Maxwell and Prince Andrew forced her to have sexual intercourse with the prince against her will.

On another occasion, Prince Andrew sexually abused Plaintiff in Epstein's New York mansion when Maxwell forced Giuffre and another victim to sit on Andrew's lap as he touched her, the lawsuit said.

The lawsuit also alleged that Andrew sexually abused Giuffre on Epstein's private island in the U.S. Virgin Islands.

During each of the alleged acts, Giuffre was given "express or implied threats" by Epstein, Maxwell, and/or Andrew to engage in sexual acts with the prince, the lawsuit said.

It said that she "feared death or physical injury to herself or another and other repercussions for disobeying" the trio because of their "powerful connections, wealth, and authority," the lawsuit said.

The lawsuit added that Andrew knew her age at the time based on communications with Epstein and Maxwell. It said he went ahead anyway "for the purpose of gratifying his sexual desires."

Maxwell, 59, has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November.

Epstein, 66, took his own life in a federal jail in Manhattan in August 2019, a month after he was arrested on sex trafficking charges.

As part of its continuing probe into Epstein and his encounters with women and teenage girls, Manhattan federal prosecutors formally requested to speak with Andrew.

The request, similar to issuing a subpoena, was made under the Mutual Legal Assistance Treaty, an agreement between the two countries to share evidence and information in criminal cases.

A message from our sponsor

## Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

# First court hearing set in Virginia Giuffre suit against Prince Andrew

nypost.com/2021/08/12/first-hearing-set-in-virginia-giuffre-suit-against-prince-andrew

By Ben Feuerherd                                                          August 12, 2021

The first court hearing in the civil lawsuit filed in New York against Prince Andrew by Jeffrey Epstein accuser Virginia Roberts Giuffre has been scheduled for mid-September.

Manhattan federal court Judge Lewis Kaplan set the telephone conference for Sept. 13 at 4 p.m.

In the order, Kaplan wrote that Giuffre's attorneys should be prepared to discuss the status of serving Prince Andrew with the suit — unless he has retained a lawyer and responded to the complaint by that point.

It's unclear if Andrew and Giuffre and will be required to be on the call.

Giuffre sued the Duke of York earlier this week, claiming she was abused by the prince at least three times when she was 17 years old.

The abuse took place at Epstein's palatial Upper East Side mansion, his private Caribbean island and in a London apartment owned by accused madame Ghislaine Maxwell, the suit claims.



Prince Andrew is being sued by Jeffrey Epstein accuser Virginia Roberts Giuffre.
LILLIAN SUWANRUMPHA/AFP via Getty Images

In each instance, Giuffre claims she was ordered by Maxwell and Epstein to engage in sex acts with the prince, a longtime associate of the pair. She also "feared death" if she disobeyed their orders, according to the suit.

During the abuse in New York, another victim was also assaulted by Andrew, according to the suit.

"During this encounter, Maxwell forced Plaintiff, a child, and another victim to sit on Prince Andrew's lap as Prince Andrew touched her. During his visit to New York, Prince Andrew forced Plaintiff to engage in sex acts against her will," the suit states.



A court hearing in the lawsuit against Prince Andrew has been scheduled for mid-September.
BACKGRID

Andrew has not commented on the suit but has long denied any wrongdoing.

Maxwell is awaiting trial in the Southern District of New York on a host of sex crime charges for allegedly procuring underage girls for Epstein to abuse in the early 2000s and in the 1990s.

She's pleaded not guilty and her trial is set for fall.



Virginia Giuffre claimed she was abused by Prince Andrew.
REUTERS/Shannon Stapleton

# Sexual Assault Suit Against Prince Andrew Renews Questions About His Royal Role

nytimes.com/2021/08/10/world/europe/prince-andrew-lawsuit.html

August 10, 2021



LONDON — Ten months ago, Prince Andrew was said to be thinking about a return to public duties within the royal family, no matter the revelations about his friendship with Jeffrey Epstein or the disastrous television interview he had given about the financier's sexual assault victims.

But those plans appeared to grow more improbable this week when Virginia Giuffre, one of the most prominent of dozens of women and girls who have accused Mr. Epstein of sexually exploiting them, sued Prince Andrew in New York, saying that he had raped and sexually abused her when she was 17.

The lawsuit raises the prospect of Prince Andrew, the second son of Queen Elizabeth II, being found liable for damages to be determined by federal court in Manhattan.

It also crystallized what analysts described as the most serious threat facing the royal family's image, even as it grapples with accounts of racism and mistreatment from Prince Harry and his wife, Meghan, the Duchess of Sussex.

Advertisement

Continue reading the main story

Critics of the royal family said that Buckingham Palace's silence in response to the lawsuit against Prince Andrew — it has not commented publicly on the filing — was evidence of its reluctance to expose him to public scrutiny.

"This is about as serious as it's ever been for them," said Graham Smith, the chief executive of Republic, a grass-roots organization pushing for the abolition of the monarchy. "And it's not just Andrew. He is part of an institution that has done everything it can to protect him and, not that long ago, to keep him in his post."

Mr. Smith noted that it has been a decade since Prince Andrew was forced to give up his role as a British trade envoy, in part over his relationship with Mr. Epstein, and that the prince stepped back from public life in 2019 only after a scandal erupted around his fumbling interview with the BBC. In contrast, Mr. Smith said, Buckingham Palace moved quickly this year to begin an independent inquiry into claims that Ms. Markle had bullied royal staff.

Buckingham Palace referred questions on Tuesday to Prince Andrew's legal team. A spokeswoman for the prince's lawyers said on Tuesday that they had no comment.

Advertisement

Continue reading the main story

Ms. Giuffre, 38, had said in earlier legal filings that Mr. Epstein offered her to Prince Andrew for sex multiple times when she was a teenager. She repeated those accusations in the lawsuit and said that the prince had committed acts of sexual assault and battery that caused her severe and lasting harm.

Image



Jeffrey Epstein in court in West Palm Beach, Fla., in 2008.Credit...Uma Sanghvi/The Palm Beach Post, via Associated Press

Prince Andrew, 61, has denied Ms. Giuffre's accusations and said he has "no recollection" of meeting her. Mr. Epstein hanged himself in a federal jail in Manhattan two years ago while awaiting trial on sex-trafficking and conspiracy charges.

American law enforcement officials have vowed to bring criminal charges against anyone who helped Mr. Epstein. Prince Andrew had pledged to aid the investigation into allegations of sex trafficking by Mr. Epstein and his associates. But in March 2020, Geoffrey S. Berman, then the top federal prosecutor in Manhattan, said that Prince Andrew had "completely shut the door on voluntary cooperation."

At the time, Prince Andrew's lawyers responded by saying that he had offered his assistance "on at least three occasions."

On Tuesday, an American diplomat who is closely monitoring Prince Andrew's case described it as an awkward situation for American and British officials, but one that did not have much impact, if any, on diplomacy or other coordination between the two governments.

Ms. Giuffre's lawsuit accuses the prince of committing sex abuse in New York City, and of raping her at the London home of Ghislaine Maxwell, a British socialite and friend of Prince Andrew's who has been accused of recruiting girls and women for Mr. Epstein to abuse.

Ms. Maxwell is scheduled to face trial in federal court in Manhattan starting in November.

Any testimony mentioning Prince Andrew in that trial could put additional pressure on the royal family to respond more forcefully to the demands for his cooperation in American investigations, said Nigel Cawthorne, the author of "Prince Andrew: Epstein, Maxwell and the Palace."

Advertisement

Continue reading the main story
And it could fuel additional questions about how the queen and Prince Charles, the heir to the throne, have handled the matter.

"I can't believe he can come back from this," Mr. Cawthorne said of Prince Andrew. "It can't be very nice for the queen in her remaining years to see her favored son being pilloried in this way."

British news reports have said that Prince Andrew has been living at Royal Lodge, his large home on the queen's estate at Windsor. His retreat from public life lost him his private office at Buckingham Palace, but he has kept his honorary military appointments.

Mr. Smith, of Republic, said that the case raised fundamental questions about the royal family's intermingling of public and private responsibilities.

"You'd imagine the queen would still have some loyalty to him," Mr. Smith said. "But as head of state, there is a higher loyalty, to make sure the highest standards of behavior are upheld and justice is seen to be done."

He added, "I think this is looking pretty shabby for them."

*Lara Jakes contributed reporting.*

# Jeffrey Epstein Accuser Virginia Giuffre Is 'Holding Prince Andrew Accountable' with Lawsuit

**Y!** nz.news.yahoo.com/jeffrey-epstein-accuser-virginia-giuffre-205657399.html

Stephanie Petit

Stephanie Petit

9 August 2021, 3:56 pm·5-min read



Prince Andrew, Virginia Roberts

*Alexander Koerner/Getty; Emily Michot/Miami Herald/Tribune News Service via Getty* Prince Andrew; Virginia Roberts

Virginia Giuffre (née Roberts) has sued Prince Andrew in New York, PEOPLE can confirm.

In a statement shared with PEOPLE, Giuffre says, "Today my attorney filed suit against Prince Andrew for sexual abuse under the Child Victims Act. As the suit lays out in detail, I was trafficked to him and sexually abused by him."

Giuffre has accused the royal of forcing her to have sex with him three times between 1999 and 2002 — accusations the royal has said could not be true.

Giuffre's statement continues, "I am holding Prince Andrew accountable for what he did to me. The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice."

Giuffre's statement concludes, "I did not come to this decision lightly. As a mother and a wife, my family comes first — and I know that this action will subject me to further attacks by Prince Andrew and his surrogates — but I knew if I did not pursue this action, I would be letting them and victims everywhere down."

Sigrid McCawley, managing partner at Boies Schiller Flexner who is representing Giuffre, tells PEOPLE that his client's case proves no one is above the law.

"The filing of this complaint proves that irrespective of power, privilege or even being a prince, no one is above the law in the United States and all perpetrators of abuse should be held accountable," McCawley tells PEOPLE.

In response to earlier reports of the impending lawsuit, Giuffre's lawyer David Boies told the U.K.'s _Mail on Sunday_ that Queen Elizabeth's son failed to respond to offers to settle her claims out of court. (Under the New York Child Victims Act, Giuffre would have had until next Saturday to file the civil action lawsuit.)

The lawsuit "would be based on her being lent out to Prince Andrew for sex by Jeffrey Epstein and [her] being under 18," Boies told the newspaper. It would include claims of "improper sexual violations, physical and emotional distress."

He added, "To use a common phrase here in the United States, 'Time's up.'"

Now that a civil action has been filed, Prince Andrew may be forced to be questioned under oath and turn over texts, emails and private letters related to the case.



Prince Andrew

*STEVE PARSONS/POOL/AFP via Getty* Prince Andrew

Prince Andrew, 61, said in a 2019 BBC interview addressing his relationship with Epstein and Giuffre's allegations, "I have no recollection of ever meeting this lady, none whatsoever. It just never happened."

Giuffre alleges she was forced to have sex with the royal three times between 1999 and 2002 in London, New York and on a private Caribbean island owned by the disgraced financier, who died in August 2019 in prison.

Speaking specifically about Giuffre's claim that he danced with her at London's exclusive Tramp nightclub before allegedly having sex in a mansion in the upmarket Belgravia neighborhood, Queen Elizabeth's second son said, "No, that couldn't have happened because the date that's being suggested I was at home with the children."

Andrew — who is father to Princess Beatrice and Princess Eugenie — added, "I'd taken Beatrice to a Pizza Express in Woking for a party at I suppose sort of four or five in the afternoon. And then because the Duchess (Sarah Ferguson) was away, we have a simple rule in the family that when one is away the other one is there. I was on terminal leave at the time from the Royal Navy so, therefore, I was at home."



Jeffrey Epstein

*Rick Friedman Photography/Corbis via Getty* Jeffrey Epstein

When BBC Newsnight anchor Emily Maitlis raised the issue of a photograph showing the royal with his arm around Giuffre's waist — thought to have been taken inside the London home of Ghislaine Maxwell on March 10, 2001, when Giuffre was 17 years old — the royal claimed he had no recollection of the encounter.

"I have absolutely no memory of that photograph ever being taken," Andrew told Maitlis, before questioning the authenticity of the picture itself because he's wearing his "traveling clothes" as opposed to his regular suit and tie. He even suggested that his left hand has been photoshopped onto Giuffre's side in the image.

"I don't remember that photograph ever being taken," he said. "I don't remember going upstairs in the house because that photograph was taken upstairs and I am not entirely convinced that…I mean that is…that is what I would describe as me in that…in that picture but I can't…we can't be certain as to whether or not that's my hand on her whatever it is, left… left side."

Following the interview's backlash, Prince Andrew announced that he would be "stepping back" from public duties.



The Funeral Of Prince Philip, Duke Of Edinburgh Is Held In Windsor

*Alastair Grant/WPA Pool/Getty Images* Prince Andrew

"Prince Andrew's recent interview and his subsequent action to withdraw from public life is welcomed news. It is a positive first step towards taking responsibility for his actions," McCawley told PEOPLE in a statement following the interview's broadcast.

"However, basing his decision to step away from his duties due to his relationship with Jeffrey Epstein is only a half truth. He clearly had a long-term association with Ghislaine Maxwell who we maintain was Epstein's co-conspirator and played a central role in devastating the lives of countless women."

Prince Andrew was most recently seen at the funeral of his father, Prince Philip, in April.

# Prince Andrew: Epstein Accuser Virginia Roberts Giuffre Files Lawsuit

P **people.com**/royals/prince-andrew-sued-by-jeffrey-epstein-accuser-virginia-roberts-giuffre

## Jeffrey Epstein Accuser Virginia Giuffre Is 'Holding Prince Andrew Accountable' with Lawsuit

"If I did not pursue this action, I would be letting [my family] and victims everywhere down," Virginia Giuffre says of why she's suing Prince Andrew over alleged non-consensual sexual encounters

By <u>Stephanie Petit</u>

August 09, 2021 04:56 PM

Advertisement



Prince Andrew; Virginia Roberts

| Credit: Alexander Koerner/Getty; Emily Michot/Miami Herald/Tribune News Service via Getty

Virginia Giuffre (née Roberts) has sued Prince Andrew in New York, PEOPLE can confirm.

In a statement shared with PEOPLE, Giuffre says, "Today my attorney filed suit against Prince Andrew for sexual abuse under the Child Victims Act. As the suit lays out in detail, I was trafficked to him and sexually abused by him."

Giuffre has accused the royal of forcing her to have sex with him three times between 1999 and 2002 — accusations the royal has said could not be true.

Giuffre's statement continues, "I am holding Prince Andrew accountable for what he did to me. The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice."

Giuffre's statement concludes, "I did not come to this decision lightly. As a mother and a wife, my family comes first — and I know that this action will subject me to further attacks by Prince Andrew and his surrogates — but I knew if I did not pursue this action, I would be letting them and victims everywhere down."

Sigrid McCawley, managing partner at Boies Schiller Flexner who is representing Giuffre, tells PEOPLE that his client's case proves no one is above the law.

"The filing of this complaint proves that irrespective of power, privilege or even being a prince, no one is above the law in the United States and all perpetrators of abuse should be held accountable," McCawley tells PEOPLE.

In response to earlier reports of the impending lawsuit, Giuffre's lawyer David Boies told the U.K.'s _Mail on Sunday_ that Queen Elizabeth's son failed to respond to offers to settle her claims out of court. (Under the New York Child Victims Act, Giuffre would have had until next Saturday to file the civil action lawsuit.)

The lawsuit "would be based on her being lent out to Prince Andrew for sex by Jeffrey Epstein and [her] being under 18," Boies told the newspaper. It would include claims of "improper sexual violations, physical and emotional distress."

He added, "To use a common phrase here in the United States, 'Time's up.'"

Now that a civil action has been filed, Prince Andrew may be forced to be questioned under oath and turn over texts, emails and private letters related to the case.





Prince Andrew

| Credit: STEVE PARSONS/POOL/AFP via Getty

Prince Andrew, 61, said in a 2019 BBC interview addressing his relationship with Epstein and Giuffre's allegations, "I have no recollection of ever meeting this lady, none whatsoever. It just never happened."

Giuffre alleges she was forced to have sex with the royal three times between 1999 and 2002 in London, New York and on a private Caribbean island owned by the disgraced financier, who died in August 2019 in prison.

Speaking specifically about Giuffre's claim that he danced with her at London's exclusive Tramp nightclub before allegedly having sex in a mansion in the upmarket Belgravia neighborhood, Queen Elizabeth's second son said, "No, that couldn't have happened because the date that's being suggested I was at home with the children."

Andrew — who is father to Princess Beatrice and Princess Eugenie — added, "I'd taken Beatrice to a Pizza Express in Woking for a party at I suppose sort of four or five in the afternoon. And then because the Duchess (Sarah Ferguson) was away, we have a simple rule in the family that when one is away the other one is there. I was on terminal leave at the time from the Royal Navy so, therefore, I was at home."



Jeffrey Epstein

| Credit: Rick Friedman Photography/Corbis via Getty

When BBC Newsnight anchor Emily Maitlis raised the issue of a photograph showing the royal with his arm around Giuffre's waist — thought to have been taken inside the London home of Ghislaine Maxwell on March 10, 2001, when Giuffre was 17 years old — the royal claimed he had no recollection of the encounter.

"I have absolutely no memory of that photograph ever being taken," Andrew told Maitlis, before questioning the authenticity of the picture itself because he's wearing his "traveling clothes" as opposed to his regular suit and tie. He even suggested that his left hand has been photoshopped onto Giuffre's side in the image.

"I don't remember that photograph ever being taken," he said. "I don't remember going upstairs in the house because that photograph was taken upstairs and I am not entirely convinced that...I mean that is...that is what I would describe as me in that...in that picture but I can't...we can't be certain as to whether or not that's my hand on her whatever it is, left... left side."

Following the interview's backlash, Prince Andrew announced that he would be "stepping back" from public duties.





Prince Andrew

| Credit: Alastair Grant/WPA Pool/Getty Images

"Prince Andrew's recent interview and his subsequent action to withdraw from public life is welcomed news. It is a positive first step towards taking responsibility for his actions," McCawley told PEOPLE in a statement following the interview's broadcast.

"However, basing his decision to step away from his duties due to his relationship with Jeffrey Epstein is only a half truth. He clearly had a long-term association with Ghislaine Maxwell who we maintain was Epstein's co-conspirator and played a central role in devastating the lives of countless women."

Prince Andrew was most recently seen at the funeral of his father, Prince Philip, in April.

# Virginia Giuffre files lawsuit against Prince Andrew, alleges abuse

P **politico.eu**/article/virginia-giuffre-files-lawsuit-against-prince-andrew-alleges-abuse

August 10, 2021



Prince Andrew allegedly sexually abused Virginia Giuffre when she was just 17 in New York and London | Dan Kitwood/Getty Images

By Liv Klingert

August 10, 2021 10:07 am

Virginia Giuffre has filed a civil lawsuit against Britain's Prince Andrew, claiming he sexually abused her in London and New York.

Giuffre filed the lawsuit in a Manhattan federal court on Monday, stating it was brought under the Child Victims Act. She alleges she was trafficked and sexually abused by Andrew when she was 17.

Giuffre asked for "punitive damages" against the royal, calling for a "trial by jury."

"I am holding Prince Andrew accountable for what he did to me," she said in a statement. "The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice."

Andrew's representatives had no comment on Giuffre's lawsuit. He denies the alleged abuse.

"It didn't happen. I can absolutely categorically tell you it never happened. I have no recollection of ever meeting this lady, none whatsoever," he told BBC Newsnight in 2019.

Giuffre is a long-time accuser of convicted sex offender Jeffrey Epstein, and told the BBC in 2019 she was forced to perform sex acts with Andrew. She said she was trafficked by Epstein when she was underage and coerced into having sex with his friends, including the prince. Epstein was found dead in a federal jail in Manhattan in 2019.

Manhattan federal prosecutors have previously requested a meeting with Andrew as part of the investigation into Epstein's abuse of women and teenage girls. Braw Edwards, a lawyer representing several of Epstein's victims, said the prince has failed to come forward despite offering his assistance in an interview on Sky News.

More from ... Liv Klingert

# Prince Andrew may be sued in New York by Virginia Roberts: lawyer

nypost.com/2021/08/09/prince-andrew-may-be-sued-in-new-york-by-virginia-roberts

By Lee Brown and Priscilla DeGregory                                    August 9, 2021

August 9, 2021 | 1:43pm | Updated

Enlarge Image



Virginia Roberts Giuffre alleges she was forced to have sex with Prince Andrew in Ghislaine Maxwell's then-London home in 2001, when she was 17. Virginia Roberts

Jeffrey Epstein accuser Virginia Roberts Giuffre may file a lawsuit against Prince Andrew this week in New York court — accusing the royal of "improper sexual violations," her lawyer said in a new interview.

The potential suit would be filed under the sex-crimes extension granted by the New York Child Victims Act — which ends Saturday, Giuffre's attorney, David Boies, told the Mail on Sunday newspaper.

The court action "would be based on [Giuffre] being lent out to Prince Andrew for sex by Jeffrey Epstein and [her] being under 18" at the time, Boies said.

It would also include claims of "improper sexual violations" and "physical and emotional distress" suffered by Giuffre, who has repeatedly claimed she was forced to sleep with the UK royal three times.

"To use a common phrase here in the United States, 'Time's up,'" Boies told the UK paper of the potential legal action.

Andrew's legal team has ignored two formal legal letters offering to sign a "tolling agreement" that would extend the statute of limitations and allow negotiations to continue, Boies said.



Virginia Roberts Giuffre is able to file under the Child Victims Act because she was under 18 at the time of the alleged crimes in New York.
Tribune News Service via Getty Images

The royal's lawyers were warned that Giuffre needed to file a claim "now" or she risks not being able to file one at all once the New York extension to such cases runs out, Boies told the Mail.

Giuffre will make the final decision, her lawyer said.

"This could be devastating for Andrew," a source told the UK paper.

"If he chooses to fight it and is deposed [forced to give evidence], then those depositions could end up being made public," the source said, referring to what happened to Andrew's socialite pal Ghislaine Epstein and <u>embarrassing documents released</u> in her settled lawsuit with Giuffre.

"If he ignores it, he could be found guilty in absentia which would be a public relations disaster," the source added.



Prince Andrew's legal team has ignored two formal legal letters offering to sign a "tolling agreement" that would extend the statute of limitations and allow negotiations to continue.
WPA Pool/Getty Images

Giuffre has repeatedly alleged in court documents and explosive TV interviews that she was made to have sex with Andrew three times.

The first was in Maxwell's then-London home in March 2001, when she was 17, then a month later in Epstein's Upper East Side mansion, as well as an orgy on the late pedophile's private Caribbean island, she has alleged.

She is able to file under the Child Victims Act — the landmark law passed in 2019 that allowed victims of any age to seek civil action against their abusers, regardless of how long ago the abuse happened — because she was under 18 at the time of the alleged crimes in New York.

The law was again extended last year and is set to run out Saturday.

The Duke of York has always denied having sex with Giuffre — even denying knowing her and questioning the authenticity of a now-notorious photo of them hugging.



Virginia Roberts Giuffre also alleges she was forced to have sex with Prince Andrew at Jeffrey Epstein's Manhattan home, and take part in an orgy on Epstein's private Caribbean island.
REUTERS

Buckingham Palace has also "emphatically denied that the Duke of York had any form of sexual contact or relationship with Virginia Roberts."

"Any claim to the contrary is false and without foundation," the royals have said.

A spokesperson for Andrew declined to comment, the Mail on Sunday said.

Epstein hanged himself in his Manhattan lockup in August 2019 while awaiting trial on serious sex charges.

Maxwell is in custody in Brooklyn awaiting trial for allegedly recruiting underage girls for Epstein. She has pleaded not guilty.

Filed under Child Victims Act ,  ghislaine maxwell ,  jeffrey epstein ,  lawsuits ,  prince andrew ,  virginia roberts ,  8/9/21

Read Next

Elise Stefanik blasts 'outrageously sexist' TV segment

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
https://www.djreprints.com.

https://www.wsj.com/articles/jeffrey-epstein-accuser-virginia-giuffre-sues-prince-andrew-citing-alleged-sexual-assault-at-17-11628588749

U.S.

# Prince Andrew Sued by Epstein Accuser Virginia Giuffre Over Alleged Sexual Assault

Lawyers are seeking unspecified compensatory and punitive damages from the British royal



Lawyers for Virginia Giuffre, center, filed the lawsuit in Manhattan federal court.
PHOTO: ALBA VIGARAY/SHUTTERSTOCK

Associated Press
Aug. 10, 2021 5:45 am ET

NEW YORK—One of Jeffrey Epstein's longtime accusers filed a lawsuit against Prince
Andrew Monday, taking accusations that he sexually assaulted her when she was 17 to a
formal venue.

Lawyers for Virginia Giuffre filed the lawsuit in Manhattan federal court, where Epstein was
charged criminally with sex trafficking a month before he killed himself in August 2019 at
an adjacent federal jail.

Ms. Giuffre has repeatedly made her allegations against Epstein, his onetime girlfriend
Ghislaine Maxwell and Prince Andrew, but the lawsuit is the first time she has directly
confronted the prince in such a formal setting.

In late 2019, Prince Andrew told the British Broadcast Corp. that <u>he had never had sex</u> with Ms. Giuffre. He said he has "no recollection" of ever meeting her and told an interviewer there are "a number of things that are wrong" about Ms. Giuffre's account, which alleges the encounter occurred in 2001.

In a statement, Ms. Giuffre said she was "holding Prince Andrew accountable for what he did to me."

"The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice," she said.

Ms. Giuffre has alleged that Ms. Maxwell recruited her at age 17 to be sexually abused by Epstein and Ms. Maxwell from 1999 to 2002.



Prince Andrew told the BBC in 2019 that he had never had sex with Ms. Giuffre.
PHOTO: LIAM MCBURNEY/ZUMA PRESS

The lawsuit, which is seeking unspecified compensatory and punitive damages, alleges that Prince Andrew abused Ms. Giuffre on multiple occasions when she was under the age of 18. It said that she "feared death or physical injury to herself or another and other repercussions for disobeying" the trio because of their "powerful connections, wealth, and authority."

The lawsuit was brought under the Child Victims Act, a 2019 New York state law that allows victims to temporarily make legal claims of abuse that occurred when they were children regardless of when or how long ago the alleged abuse occurred.

Ms. Maxwell, 59, has <u>pleaded not guilty</u> to sex trafficking charges in Manhattan federal court, where she faces trial in November. Her lawyers didn't respond to requests for comment.

As part of a continuing probe into Epstein and his encounters with women and teenage girls, Manhattan federal prosecutors last year <u>formally requested</u> to speak with Prince Andrew.

The request, similar to issuing a subpoena, was made under the Mutual Legal Assistance Treaty, an agreement between the U.S. and U.K. to share evidence and information in criminal cases. U.S. prosecutors reportedly made a formal request through the British government to interview the prince.

*—Copyright the Associated Press*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Jeffrey Epstein accuser sues Britain's Prince Andrew, claiming he sexually assaulted her at the age of 17

scmp.com/news/world/united-states-canada/article/3144447/jeffrey-epstein-accuser-sues-britains-prince-andrew

August 10, 2021



One of Jeffrey Epstein's long-time accusers sued Prince Andrew on Monday, saying he sexually assaulted her when she was 17.

Lawyers for Virginia Giuffre filed the lawsuit in Manhattan federal court.

In a statement, Giuffre said the lawsuit was brought under the Child Victims Act to allege she was trafficked to him and sexually abused by him.



Jeffrey Epstein. Photo: New York State Sex Offender Registry / TNS

"I am holding Prince Andrew accountable for what he did to me," she said. "The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice.

"I did not come to this decision lightly," she added. "As a mother and a wife, my family comes first – and I know that this action will subject me to further attacks by Prince Andrew and his surrogates – but I knew if I did not pursue this action, I would be letting them and victims everywhere down."

In late 2019, Prince Andrew told BBC *Newsnight* that he never had sex with Giuffre, saying, "It didn't happen."

Every Saturday

SCMP Global Impact Newsletter

By submitting, you consent to receiving marketing emails from SCMP. If you don't want these, tick here



By registering, you agree to our T&C and Privacy Policy

He said he has "no recollection" of ever meeting her and told an interviewer there are "a number of things that are wrong" about Giuffre's account, which alleges the encounter occurred in 2001.

"I can absolutely categorically tell you it never happened," Andrew said.

Jeffrey Epstein victims' fund awards US$125 million to 150 claimants as claims process ends

10 Aug 2021

According to the lawsuit, which sought unspecified compensatory and punitive damages, the prince abused Giuffre on multiple occasions when she was under the age of 18.



It said that on one occasion, the prince sexually abused her in London at the home of Ghislaine Maxwell when Epstein, Maxwell and Prince Andrew forced her to have sexual intercourse with the prince against her will.

On another occasion, Prince Andrew sexually abused the plaintiff in Epstein's New York mansion when Maxwell forced Giuffre and another victim to sit on Andrew's lap as he touched her, the lawsuit said.

The lawsuit also alleged that Andrew sexually abused Giuffre on Epstein's private island in the US Virgin Islands.

During each of the alleged acts, Giuffre was given "express or implied threats" by Epstein, Maxwell, and/or Andrew to engage in sexual acts with the prince, the lawsuit said.

Photo of Ghislaine Maxwell with 'black eye' prompts questions from judge

30 Apr 2021

It said that she "feared death or physical injury to herself or another and other repercussions for disobeying" the trio because of their "powerful connections, wealth, and authority," the lawsuit said.

The lawsuit added that Andrew knew her age at the time based on communications with Epstein and Maxwell. It said he went ahead anyway "for the purpose of gratifying his sexual desires."



Maxwell, 59, has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November.

Epstein, 66, took his own life in a federal jail in Manhattan in August 2019, a month after he was arrested on sex trafficking charges.

As part of its continuing investigation into Epstein and his encounters with women and teenage girls, Manhattan federal prosecutors formally requested to speak to Prince Andrew.

The request, similar to issuing a subpoena, was made under the Mutual Legal Assistance Treaty, an agreement between the two countries to share evidence and information in criminal cases.

This article appeared in the South China Morning Post print edition as: Epstein accuser sues prince andrew



# Epstein Accuser Virginia Giuffre Sues Prince Andrew Alleging Sexual Abuse

**slate.com**/news-and-politics/2021/08/epstein-virginia-giuffre-sues-prince-andrew-sexual-abuse.html

August 10, 2021

The Slatest

By Daniel Politi

Aug 10, 2021 10:11 AM



Britain's Prince Andrew, Duke of York, attends the ceremonial funeral procession of Britain's Prince Philip, Duke of Edinburgh to St George's Chapel in Windsor Castle in Windsor, west of London, on April 17, 2021. CHRIS JACKSON/Getty Images

Virginia Giuffre, one of the most prominent accusers against Jeffrey Epstein, filed a lawsuit against Prince Andrew, claiming he sexually assaulted her when she was 17. Giuffre's lawsuit repeats her longtime claims that Prince Andrew raped and sexually abused her when she was underage. Giuffre, 38, had detailed in legal filings against Epstein that the financier had repeatedly offered her to the second son of Queen Elizabeth II for sex when she was a teenager. In the lawsuit, which was filed in Manhattan federal court, Giuffre accuses the

British royal of sexually abusing her at Epstein's mansion in Manhattan as well as other places in 2001. "If she doesn't do it now, she would be allowing him to escape any accountability for his actions," Giuffre's attorney, David Boies, told ABC News.

Advertisement

Giuffre issued a statement saying her lawsuit was about "holding Prince Andrew accountable" and encouraging other victims to speak up. "The powerful and rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but to reclaim one's life by speaking out and demanding justice," Giuffre said.

## Popular in **News & Politics**

Giuffre's lawsuit, which seeks unspecified damages, was filed almost two years to the day since Epstein was found dead in his prison cell from an apparent suicide on Aug. 10, 2019. And it was filed mere days before the expiration date of a New York state law that allows alleged victims of sexual abuse while they were children to file lawsuits that might not otherwise be possible due to statute of limitations.

Although Giuffre has detailed the allegations against the royal before, the lawsuit marks the first time she confronts him directly in a formal setting. And it increases the public relations pressure on the prince. Andrew vehemently denied Giuffre's allegations in a November 2019 interview with the BBC that was widely criticized for his seeming insensitivity to Epstein's victims. Andrew denied he ever had sexual relations with Giuffre and says he can't remember meeting her even though there is a photograph showing the prince with his arm around her waist when she was 17. The prince suggested that image may have been doctored. Andrew quit his royal duties after the interview.

# The royals won't save Prince Andrew from his fate

**S** smh.com.au/world/europe/no-options-look-great-for-prince-andrew-amid-epstein-linked-lawsuit-20210811-p58ho2.html

August 10, 2021

By Bevan Shields

Updated August 11, 2021 — 9.45am

Advertisement

**London:** Faced with a potentially explosive lawsuit in a New York courtroom, Prince Andrew has opted for the tried and tested crisis strategy of pretending nothing has happened.

The Duke of York and Buckingham Palace were silent on Tuesday following news Virginia Giuffre, a victim of notorious billionaire paedophile Jeffrey Epstein, has lodged a civil suit claiming the prince sexually abused her when she was underage.

The silence will have to end at some point, though, for a royal who only has himself to blame for much of this mess. He must now choose from a series of high-risk options to handle the legal threat, with continued support from the royal family far from guaranteed.



Prince Andrew speaks outside a memorial service for Prince Philip earlier this year, in a rare public appearance.*Credit:PA*

Giuffre, who now lives in Australia, alleges three assaults: one where Epstein and his ex-girlfriend Ghislaine Maxwell forced the-then 17-year-old to have sexual intercourse with Andrew at a London home, another where Andrew forced Giuffre to engage in sex acts against her will at Epstein's New York mansion, and a third encounter in which the prince sexually abused the teen in the Virgin Islands.

The lawsuit was lodged under special laws introduced in 2019 to give alleged underage sexual assault victims the chance to bring forward a case which was previously not possible due to statute of limitations. The window for filing a claim ends on August 14, so this week's

development is to some extent not unexpected. The allegations against the Queen's son also aren't new: Giuffre first made them public several years ago.

## Related Article

Guiffre's claims - and <u>Andrew's trainwreck attempt to counter them during a now infamous 2019 interview with the BBC</u> - had already destroyed his career. He was forced to step back from public duties amid the fallout and his plans for a comeback tied to Prince Philip's funeral earlier this year fell apart. He has been living quietly on the Windsor Estate in a mansion he shares with ex-wife Sarah Ferguson, who has just authored a Mills & Boon romance novel titled *Her Heart for a Compass*.



The 61-year-old prince was already a pariah but this lawsuit threatens to make him radioactive to the monarchy.

Of the many legal options available, Andrew has so far decided to ignore the New York legal drama. He may choose to keep doing this even if court papers are personally served on him and would potentially be within his legal rights to do so.

Advertisement

However, this is a highly risky strategy which could backfire. Ignoring the case or refusing to challenge its validity could see the matter proceed to a jury trial, which might uncover a treasure trove of damaging evidence. The court would have far-reaching powers to order the production of phone records and other communications.

The danger for Andrew is that even the slightest contradiction to the denials he offered during the BBC interview could be disastrous. Don't forget the prince insisted to journalist Emily Maitlis that he can't even remember meeting Giuffre, let alone having sex with her.

"I can absolutely categorically tell you it never happened," he said of the alleged sexual assaults. "I have no recollection of ever meeting this lady, none whatsoever." If the case digs up any evidence deviating from this version of events, the implications for the prince will be grave.



Prince Andrew pictured with Virginia Giuffre at the home of Ghislaine Maxwell (right) in London. *Credit:*

He might also lose the case in absentia and be forced to pay extensive damages - a disaster not just for Andrew but also the wider royal family. Another option - to settle the case outside court - will also be unattractive to Andrew because the public would almost certainly regard it as a de facto admission of guilt.

Andrew originally promised full co-operation with authorities investigating Epstein's heinous crimes but the US attorney in Manhattan, Geoffrey Berman has claimed the prince has refused repeated requests for interview.

He could choose to participate in this new civil case brought by Giuffre but this seems highly unlikely because the BBC experience shows he melts under pressure. He also would not be compelled to take the stand because the chances of being extradited for a civil matter are basically nil (a key member of his legal team is Clare Montgomery QC, an extradition law expert).

Ghislaine Maxwell might also be called to give evidence, possibly by both sides. Maxwell will face a criminal trial in November for allegedly recruiting girls for Epstein and sometimes joining in the abuse of them.



Virginia Giuffre speaking with members of the media in 2019. *Credit: Bloomberg*

There's also no guarantee Giuffre's lawsuit proceeds to a trial. Arick Fudali, a partner at a New York legal firm which has acted for some of Epstein's victims, told the BBC on Tuesday there was only a "small chance" it goes to trial but said the case should be taken seriously because the lawsuit had been filed, was within the statute of limitations, and in the proper jurisdiction because one of the alleged assaults took place in New York.

"Juries are not giving Epstein the benefit of the doubt," Fudali said. "Looking at the circumstances of this case and the imbalance of power, I would be confident if I was the plaintiff going in front of a jury."

But for now there is silence. Marlene Koenig, an expert royal commentator, said on Tuesday it would be prudent for Buckingham Palace to issue a statement on the matter. She said even an out-of-court settlement "will mean guilt" for Andrew and suggested the prince could cease to use his titles, lose all remaining roles within the royal family, live privately and appear in public only at funerals. That summary was endorsed by Dickie Arbiter, the Queen's former press secretary.



1:42

## Prince Andrew gives bizarre interview

Media outlets around the world have been left puzzled by a bizarre interview with Prince Andrew following allegations of sexual misconduct.

The Queen and Prince Charles in particular have worked hard to slim down the monarchy and make it fit for purpose. Charles was reportedly horrified by Andrew's 2019 BBC *Newsnight* interview and apparently had a hand in the decision for his controversial brother to step back from public life.

The monarchy is much bigger than Andrew and it won't hesitate to drive a stake through him should events in a New York courtroom spiral out of control.

***Get a note direct from our foreign correspondents on what's making headlines around the world. Sign up for the weekly What in the World newsletter here.***

License this article

Read more for free. Register or log in now to unlock more articles.

## From our partners

Advertisement

## Virginia Giuffre brings legal action against Prince Andrew over alleged abuse

standard.co.uk/news/uk/prince-andrew-virginia-giuffre-legal-action-b949918.html

10 August 2021

J

effrey Epstein-accuser Virginia Giuffre has started legal action against the Duke of York and said it was "past the time for him to be held to account" for allegedly sexually assaulting her when she was a teenager.

Lawyers for Ms Giuffre filed the civil suit seeking unspecified damages at a federal court in New York where the court documents claim she was "lent out for sexual purposes" by convicted sex offender Epstein including while she was still a minor under US law.

Andrew is named as the only defendant in the 15-page suit, brought under New York state's Child Victims Act, though Epstein and his former girlfriend Ghislaine Maxwell are mentioned frequently throughout.

"In this country no person, whether president or prince, is above the law, and no person, no matter how powerless or vulnerable, can be deprived of the law's protection," Ms Giuffre's lawsuit stated.

"Twenty years ago Prince Andrew's wealth, power, position, and connections enabled him to abuse a frightened, vulnerable child with no one there to protect her. It is long past the time for him to be held to account.

It is alleged in the documents Ms Giuffre, then known as Virginia Roberts, was sexually abused while aged under 18 by the Queen's second son at Ghislaine Maxwell's home in London, at Epstein's New York mansion and at other locations including Epstein's private island in the US Virgin Islands.

Maxwell has pleaded not guilty to sex trafficking charges in Manhattan federal court, where she faces trial in November, while Epstein took his own life in a federal jail in the borough in August 2019, a month after he was arrested on sex trafficking charges.

The documents claim Ms Giuffre "was compelled by express or implied threats by Epstein, Maxwell, and/or Prince Andrew to engage in sexual acts with Prince Andrew, and feared death or physical injury to herself or another and other repercussions for disobeying Epstein, Maxwell, and Prince Andrew due to their powerful connections, wealth and authority".

The Duke engaged in the sexual acts without Ms Giuffre's consent, while aware of her age and while "knowing that she was a sex-trafficking victim", the documents claim, adding the alleged assaults "have caused, and continue to cause her, significant emotional and

psychological distress and harm".

"Prince Andrew's actions, described above, constitute extreme and outrageous conduct that shocks the conscience," the lawsuit stated as it described the emotional distress suffered by Ms Giuffre.

"Prince Andrew's sexual abuse of a child who he knew was a sex-trafficking victim, and when he was approximately 40 years old, goes beyond all possible bounds of decency and is intolerable in a civilised community," it added.

In a Newsnight interview with the BBC's Emily Maitlis in November 2019, Andrew denied claims that he slept with Ms Giuffre on three separate occasions, saying: "I can absolutely categorically tell you it never happened. I have no recollection of ever meeting this lady, none whatsoever."

The duke also said he has no memory of a well-known photograph of him with his arm around Ms Giuffre's waist at Maxwell's house, and has questioned whether it was his own hand in the image.



Ghislaine Maxwell is awaiting trial in the US (Chris Ison/PA) / PA Archive

The fallout from the interview saw the royal criticised for showing a lack of empathy towards Epstein's victims and a lack of remorse over his friendship with disgraced financier.

Andrew quit his royal duties and publicly promised to co-operate with US authorities investigating Epstein's crimes, though has since faced a war of words between his camp and American authorities over his availability to answer questions.

Ms Giuffre's legal action requesting a trial by jury was brought after the duke "stonewalled" requests to co-operate, court documents said.



Virginia Giuffre says she has taken the legal action after being 'stonewalled' by the duke's representatives (Crime+Investigation/PA) / PA Media

The PA news agency has seen a copy of the tolling agreement sent to lawyers for Andrew on July 19 which would allow any relevant statute of limitations to be temporarily suspended.

"Again Prince Andrew stonewalled—ignoring (the) Plaintiff's letter and emails without any reply or response, thereby making this action necessary now," Ms Giuffre's court documents state.

It is unclear what powers the court has to compel Andrew to appear, with then US attorney general William Barr saying in June 2020 there were no plans extradite the royal.

Representatives for the duke have been contacted for comment.

MORE ABOUTVirginia GiuffreJeffrey EpsteinNew YorkGhislaine MaxwellDuke of YorkPrince Andrew

# Date set for Virginia Giuffre's first court hearing in lawsuit against Prince Andrew

tatler.com/article/virginia-giuffre-first-court-hearing-date-for-suit-against-prince-andrew-set-for-september

Hope Coke

<u>Royals</u>
The hearing will be conducted via a phone conference in New York on 13 September

By <u>Hope Coke</u>
3 hours ago



Virginia Giuffre (centre) with lawyer David Boies

Mark Kauzlarich / Bloomberg via Getty Images

Following on from the news that Virginia Giuffre (née Roberts) filed a lawsuit against Prince Andrew in New York on Monday, the first court hearing date for the legal action has been set.

According to the _New York Post_, the civil suit will be heard via a telephone conference on 13 September at 4pm New York time, as scheduled by Manhattan federal court Judge Lewis Kaplan. Kaplan states in his order that Giuffre's lawyers should prepare themselves to potentially discuss the status of serving Andrew with the suit, should he fail to retain a lawyer and respond to the complaint launched by Giuffre by the hearing date. It is not yet known if the royal and Giuffre will be required to be on the call themselves.



Prince Andrew

LILLIAN SUWANRUMPHA / AFP via Getty Images

<u>Prince Charles joins royals in Scotland in the wake of Virginia Giuffre's lawsuit filing</u>
Royals

## Prince Charles joins royals in Scotland in the wake of Virginia Giuffre's lawsuit filing

Guiffre is among the alleged victims of the prince's former friend, the late disgraced financier Jeffrey Epstein. She claims to have been sexually abused by the royal while she was being trafficked by Epstein, a convicted paedophile, and his one-time girlfriend, Ghislaine Maxwell, as a teenager. Giuffre alleges that these incidents took place at Maxwell's London home, at Epstein's Manhattan townhouse, and on his Caribbean holiday island, when Giuffre was 17 (which is below the age of consent under New York law).

Although Andrew has yet to publicly comment on the suit, he has previously 'categorically' denied all wrongdoing, stressing that he has 'no recollection' of ever having met Giuffre. He also stated in November 2019 that he regrets his 'ill-judged association' with Epstein and is 'willing to help any appropriate law enforcement agency with their investigations, if required.'

Prince Andrew reportedly debating whether to denounce Ghislaine Maxwell
Royals



## Prince Andrew reportedly debating whether to denounce Ghislaine Maxwell

After launching the legal action on Monday 9 August, Giuffre said in a statement: 'Today my attorney filed suit against Prince Andrew for sexual abuse under the Child Victims Act. As the suit lays out in detail, I was trafficked to him and sexually abused by him.'

Giuffre has alleged that she was ordered by Maxwell and Epstein to engage in sexual acts with the royal, stating that she 'feared death' if she did not obey their instructions. She has also claimed in the suit that another victim was assaulted by the duke during the incident in New York.

Meanwhile Ghisaline Maxwell is currently being held in a Brooklyn jail, awaiting trial this autumn on charges to do with her alleged complicity in Epstein's crimes. She has pleaded not guilty to all the charges against her. Jeffrey Epstein died in jail in August 2019, while awaiting trial on further sex trafficking charges.

Prince Andrew's website taken down amid mounting pressure over Epstein investigations
Royals

## Prince Andrew's website taken down amid mounting pressure over Epstein investigations

# New Lawsuit Accuses Prince Andrew of Rape

thecut.com/2021/08/new-lawsuit-accuses-prince-andrew-of-rape.html

Mia Mercado                                                                                      August 10, 2021



Prince Andrew, Duke of York, has been accused of raping and sexually assaulting a minor.
Photo: Steve Parsons - WPA Pool/Getty Images

On Monday, Virginia Giuffre filed a lawsuit against Prince Andrew alleging that the Duke of
York had raped and sexually abused her when she was 17, as reported by the New York
Times. Giuffre, 38, has been one of Jeffrey Epstein's most prominent accusers, having said in
previous court documents that he had forced her to have sex with Prince Andrew multiple
times when she was a teenager. Prince Andrew, the second-born son of Queen Elizabeth II,
has previously denied Giuffre's allegations, saying he has "no recollection" of meeting her.

are u coming?
Late-night dispatches from a city ready to party.

In her lawsuit, Giuffre alleges that Prince Andrew sexually abused her in New York City,
where the suit was filed. She also says he raped her at the London home of Ghislaine
Maxwell, an alleged accomplice of Epstein, after Maxwell and Epstein had forced her to have
sex with the prince. The suit claims Prince Andrew knew that Giuffre was underage and that
she was a victim of sex trafficking at the hands of Epstein and Maxwell. "Prince Andrew

committed sexual assault and battery upon Plaintiff when she was 17 years old," the lawsuit states, per CNN. "As such, Prince Andrew is responsible for battery and intentional infliction of emotional distress pursuant to New York common law. The damage to Plaintiff has been severe and lasting."

The lawsuit also includes a photograph of Prince Andrew with his arm around Giuffre's waist. She says the photo was taken at Maxwell's London home in 2001; Maxwell is also pictured. Prince Andrew has previously alleged that the photo was doctored. The prince has also refuted Giuffre's previous accounts of their interactions, including one in which she says the prince was "profusely sweating" when the two were dancing in a London nightclub. Prince Andrew claims he didn't sweat because of an unconfirmed medical condition.

Prince Andrew is one of the many high-profile men who had a relationship with Epstein. Former presidents Bill Clinton and Donald Trump as well as billionaire Bill Gates were also among Epstein's social circle. Although Prince Andrew previously pledged to help with the investigation into Epstein and Maxwell, prosecutors say he has yet to offer any aid. "To date, Prince Andrew has provided zero cooperation," Geoffrey S. Berman, a Manhattan federal prosecutor, previously told the *Times*. In March 2020, Berman said Prince Andrew had "completely shut the door on voluntary cooperation." Prince Andrew's lawyers claim he has offered to aid in the investigation "on at least three occasions."

Even though in 2019, following Prince Andrew's widely criticized BBC interview, Buckingham Palace announced the prince would be stepping down from his public duties, the palace has continued to protect him, having previously told CNN, "It is emphatically denied that the Duke of York had any form of sexual contact or relationship with Virginia Roberts. Any claim to the contrary is false and without foundation." Neither the palace nor a lawyer for Prince Andrew has responded to Giuffre's new lawsuit.

## Stay in touch.

Get the Cut newsletter delivered daily

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# Epstein accuser Virginia Giuffre sues Prince Andrew

theguardian.com/uk-news/2021/aug/09/virginia-giuffre-sues-prince-andrew-jeffrey-epstein

Joanna Walters                                                                 August 9, 2021



Virginia Roberts Giuffre, an alleged victim of the sex offender Jeffrey Epstein, on Monday filed a lawsuit against Prince Andrew in federal court in New York.

She accused the British royal of sexually abusing her at Epstein's mansion in Manhattan and at other locations in 2001 when she was under the age of 18, according to court records. Prince Andrew has denied having sex with her.

"If she doesn't do it now, she would be allowing him to escape any accountability for his actions," Giuffre's attorney, David Boies, told ABC News, the US news network reported.

He added: "And Virginia is committed to trying to avoid situations where rich and powerful people escape any accountability for their actions."

The lawsuit seeks unspecified damages. Giuffre accuses Andrew of sexual assault and intentional infliction of emotional distress.

"Twenty years ago, Prince Andrew's wealth, power, position, and connections enabled him to abuse a frightened, vulnerable child with no one there to protect her. It is long past the time for him to be held to account," according to the lawsuit.

In late 2019, Prince Andrew told BBC Newsnight that he never had sex with Giuffre, saying: "It didn't happen."



Meet Julie K Brown, the woman who brought down Jeffrey Epstein


Read more

He said he has "no recollection" of ever meeting her and told an interviewer there are "a number of things that are wrong" about Giuffre's account, which alleges the encounter occurred in 2001.

"I can absolutely categorically tell you it never happened," Andrew said. According to the lawsuit, the prince abused Giuffre on multiple occasions when she was under the age of 18.

It said that on one occasion, the prince sexually abused her in London at the home of Ghislaine Maxwell, when Epstein, Maxwell and Prince Andrew forced her to have sexual intercourse with the prince against her will.

On another occasion, Prince Andrew sexually abused the plaintiff in Epstein's New York mansion, the lawsuit said.

ABC reported that a spokesperson in Britain for Prince Andrew told the company there would be no comment on the lawsuit.

Monday's lawsuit was filed shortly before a New York state law expires that allows people alleging they were sexually abused as children to sue despite the potential block that might be imposed by statutes of limitations otherwise, ABC noted.

Giuffre has previously alleged that the late Epstein, who died in August 2019 awaiting trial in New York on federal child sex trafficking offenses, flew her to New York when she was 17 to have sex with Prince Andrew – something that the prince has repeatedly and vehemently denied.

Epstein's one-time girlfriend and business companion, the British socialite Ghislaine Maxwell, is in jail in New York awaiting trial accused of procuring underage girls for Epstein. He had previously been convicted of child sex offenses in Florida and was arrested in New Jersey in July 2019 and brought to New York to face fresh charges. Maxwell has pleaded not guilty.

Giuffre gave the following statement to ABC News: "I am holding Prince Andrew accountable for what he did to me. The powerful and the rich are not exempt from being held responsible for their actions. I hope that other victims will see that it is possible not to live in silence and fear, but one can reclaim her life by speaking out and demanding justice."

The statement continued: "I did not come to this decision lightly. As a mother and a wife, my family comes first. I know that this action will subject me to further attacks by Prince Andrew and his surrogates. But I knew that if I did not pursue this action, I would be letting them and victims everywhere down."

Prince Andrew was named in a 2015 court filing by an alleged victim of Epstein, who was not then named but has since come forward to identify herself as Giuffre, in a civil case brought by women who say they were exploited by Epstein, a multimillionaire who was convicted in Florida of soliciting sex with an underage girl after a controversial plea deal with prosecutors.

She claimed she was forced to have sex with Andrew in London, New York and on Epstein's private Caribbean island.

The allegations have prompted a series of denials on behalf of and by the prince of any impropriety with underage girls, including that he had sex with an underage Giuffre.

Giuffre is now 38 and lives in Australia. Her court filing on Monday was brought under the Child Victims Act, she said, to allege she was trafficked to Prince Andrew and sexually abused by him.

Giuffre said she "feared death or physical injury to herself or another and other repercussions for disobeying" Epstein, Maxwell and the prince because of their "powerful connections, wealth, and authority," the lawsuit stated, while also adding that Andrew had known her age at the time.

# Prince Andrew sued in NY court for alleged sex abuse

**JP** **thejakartapost.com**/life/2021/08/10/prince-andrew-sued-in-ny-court-for-alleged-sex-abuse.html



In this file photo taken on November 03, 2019, Britain's Prince Andrew, Duke of York leaves after speaking at the ASEAN Business and Investment Summit in Bangkok, on the sidelines of the 35th Association of Southeast Asian Nations (ASEAN) Summit. (AFP/Lillian Suwanrumpha)

Queen Elizabeth II's second son, Prince Andrew, was sued in a New York court on Monday for alleged sexual abuse of a woman who says she was "lent out" for underage sex by late US financier Jeffrey Epstein.

The filing at the US district court in Manhattan said Virginia Giuffre was the plaintiff in the case against the defendant, named as "Prince Andrew, Duke of York."

Giuffre alleged in the filing that she "was regularly abused by Epstein and was lent out by Epstein to other powerful men for sexual purposes.

"One such powerful man... was the Defendant, Prince Andrew."

According to the complaint, Giuffre said Andrew sexually abused her at the London home of socialite Ghislaine Maxwell more than 20 years ago, when she was under 18.

"Epstein, Maxwell, and Prince Andrew forced (the) Plaintiff, a child, to have sexual intercourse with Prince Andrew against her will," it said.

Andrew, 61, has vehemently denied claims he had sex with Giuffre, and said he has no recollection of meeting her, but the allegations threaten to damage the British royal family.

A spokesman for Buckingham Palace declined to comment on the lawsuit and a public relations company representing Andrew e-mailed a "no comment" response to AFP on Tuesday.

The allegations have dogged the British monarchy for years.

The centuries-old institution was also rocked in March by a US television interview in March involving the 95-year-old Queen's grandson, Prince Harry, and his wife, Meghan.

The couple, who moved to California last year, raised allegations of racism and bullying in Britain's most famous family, prompting denials from the palace and promises of an inquiry.

## Dropped from royal duties

Andrew, a divorced father of two and former Royal Navy helicopter pilot who flew in the 1982 Falklands War against Argentina, was forced to step back from frontline royal duties in late 2019.

That followed a furore at a rare television interview he gave to the BBC, in which he defended his friendship with Epstein, a multi-million-dollar hedge fund manager.

Andrew -- who as a young man was considered one of Britain's most eligible bachelors and was dubbed "Randy Andy" in the tabloid press -- later issued a statement in which he said he "unequivocally" regretted his "ill-judged association" with Epstein.

But he has made few public appearances since, although joined other senior royals for the funeral of his father, Prince Philip, Duke of Edinburgh, at Windsor Castle in April.

Epstein, who befriended celebrities including former president Bill Clinton and Bill Gates, killed himself in jail in 2019 while awaiting trial on charges of sex trafficking minors.

Giuffre, now 38, also claims Andrew abused her at Epstein's New York mansion and on Little St. James, Epstein's private island in the US Virgin Islands.

She is suing Andrew under the Child Victims Act as she was 17 at the time.

The court papers included a photograph alleged to show Andrew and Giuffre at Maxwell's London home before one incident of sexual abuse.

Maxwell in April pleaded not guilty in court to charges of recruiting underage girls for Epstein.

She allegedly befriended girls with shopping and movie theater outings, and later coaxed them into giving Epstein nude massages during which he would engage in sex acts.

Giuffre, who has previously made her claims in television interviews, is suing Andrew for "exemplary, and punitive damages."

"I am holding Prince Andrew accountable for what he did to me. The powerful and the rich are not exempt from being held responsible for their actions," she said in a media statement.

"I did not come to this decision lightly. As a mother and a wife, my family comes first. I know that this action will subject me to further attacks by Prince Andrew and his surrogates."

# Jeffrey Epstein Accuser Virginia Giuffre Files Lawsuit Against Prince Andrew for Rape

uk.news.yahoo.com/jeffrey-epstein-accuser-virginia-giuffre-013941347.html

Elizabeth Wagmeister

Elizabeth Wagmeister

9 August 2021, 8:39 pm·4-min read



Nearly two years from the date of Jeffrey Epstein's death in prison, one of the most outspoken accusers against the mysterious billionaire has filed a lawsuit against Epstein's friend, Prince Andrew, The Duke of York, for rape.

Virginia Roberts Giuffre filed a suit in federal court in Manhattan on Monday, claiming that Andrew, the second son of Queen Elizabeth II, sexually abused her when she was 17 years old.

**More from Variety**

- 'Epstein's Shadow: Ghislaine Maxwell' Doc to Premiere on Peacock in June

- All3Media International Scores Channel 4 Ghislaine Maxwell Documentary

1/3

- Ghislaine Maxwell Offers to Surrender U.K., French Citizenship in Exchange For Bail

Previously, Giuffre has repeatedly made allegations against Prince Andrew, along with Epstein and his former girlfriend Ghislaine Maxwell, but the new lawsuit marks the first time she has taken her accusations against the royal to a formalized legal setting.

Giuffre is one of the most prominent Epstein accusers, having appeared in the Netflix docuseries, "Jeffrey Epstein: Filthy Rich," which was released on the streaming service in May 2020. She is the woman featured in the now-infamous photo of Prince Andrew with his arm around the waist of a minor, as Maxwell stands behind smiling. (Giuffre, who is now 38, was a teenager in the photo.)

In a disastrous "BBC Newsnight" interview that aired in November 2019, Prince Andrew, who is now 61, was asked about the picture where he is allegedly photographed with Giuffre. During the interview, the British royal denied all allegations regarding Giuffre, claiming he has "no recollection" of ever meeting her, and insisted he never had sex with her, saying, "It didn't happen."

"I can absolutely categorically tell you it never happened," Prince Andrew said, amid swirling allegations that he had sex with a teenage Giuffre at one of Epstein's parties in 2001.

*Variety* has reached out to legal representatives for The Duke of York regarding Monday's sexual assault lawsuit.

At the time, the trainwreck BBC interview made matters worse for the Prince Andrew, who showed little concern for Epstein's sex abuse and sex trafficking victims during the TV sit-down, saying that he did not regret his friendship with the late financier. Following the interview, the British royal announced he'd be withdrawing from public duties.

In today's lawsuit, obtained by *Variety*, Giuffre says Prince Andrew sexually abused her on multiple occasions when she was a minor, and claims she was threatened by either Prince Andrew, Epstein or Maxwell to engage in sexual acts with the royal. She is seeking unspecified compensatory and punitive damages.

The lawsuit says that Giuffre "feared death or physical injury to herself or another and other repercussions for disobeying" Prince Andrew, Epstein or Maxwell, due to their "powerful connections, wealth, and authority." The suit also claims that the royal knew Giuffre's age, based on his communications with Epstein and Maxwell, but abused her anyway "for the purpose of gratifying his sexual desires."

The suit states that on one occasion, Prince Andrew sexually abused her in Maxwell's home in London when the trio forced her to have sexual intercourse against her will. On another occasion, the suit claims that Giuffre and another victim were sexually abused by the prince

in Epstein's New York City mansion when they were forced by Maxwell to sit on the royal's lap. And another time, the suit alleges that the prince sexually abused Giuffre on Epstein's private island in the U.S. Virgin Islands.

*Variety* has reached out to Giuffre's lawyer for additional comment.

Prince Andrew is currently embroiled in a battle with U.S. authorities over his willingness to cooperate and help with the sex trafficking investigation into Epstein.

After he had said he would cooperate with an investigation in late 2019, FBI agents and federal prosecutors in New York asked to interview Prince Andrew, but the royal failed to cooperate, according to the United States attorney, who publicly called out the prince last year. "To date, Prince Andrew has provided zero cooperation," prosecutor Geoffrey S. Berman said at a news conference outside Epstein's Upper East Side townhouse in January 2020.

In 2020, Blackfords LLP said the firm was brought on to represent the royal in "his desire to provide cooperation to the U.S. authorities regarding the victims of the late Jeffrey Epstein, should those authorities request his assistance."

Epstein died in a New York jail on Aug. 10, 2019, while he was awaiting trial on conspiracy and child sex trafficking charges.

Maxwell, meanwhile, was charged this past March with sex trafficking of a minor.

**Best of Variety**

- The 15 Best Gifts for 'Lord of the Rings' Fans

- The Best 'Suicide Squad' Merch: From Harley Quinn Action Figures to Joker Playing Cards

- This Hollywood Makeup Artist-Recommended Sunscreen is Only $8 Right Now

Sign up for Variety's Newsletter. For the latest news, follow us on Facebook, Twitter, and Instagram.

**The New York Times** | https://www.nytimes.com/2021/08/09/nyregion/virginia-giuffre-prince-andrew.html

## Virginia Giuffre Files Lawsuit Accusing Prince Andrew of Rape

Ms. Giuffre, one of the most outspoken of Jeffrey Epstein's accusers, said in a lawsuit that Andrew, the Duke of York, had sexually abused her when she was 17.

By Jonah E. Bromwich and Ed Shanahan

Aug. 9, 2021

Virginia Giuffre, one of Jeffrey Epstein's most prominent accusers, sued Prince Andrew in New York on Monday, saying that the scion of Britain's royal family had raped and sexually abused her when she was 17.

Ms. Giuffre, 38, had said previously in legal filings that Mr. Epstein, a financier who was accused of sexually exploiting dozens of women and girls, offered her to Prince Andrew, the second son of Queen Elizabeth II, for sex multiple times when she was a teenager.

In her lawsuit, filed in federal court in Manhattan, she repeated those accusations, saying the prince had committed acts of sexual assault and battery that caused her severe and lasting damage. She is asking for damages to be determined by the court.

Prince Andrew, 61, the Duke of York, has denied Ms. Giuffre's accusations, and he has said he has "no recollection" of meeting her. After giving what was widely considered a disastrous television interview about his relationship with Mr. Epstein, the prince announced in 2019 that he was withdrawing from public life.

Lawyers for the prince did not immediately respond to a request for comment. Press representatives at Buckingham Palace could not immediately be reached for comment, and the press office at the British Embassy in Washington did not immediately respond to an email seeking comment.

David Boies, a lawyer for Ms. Giuffre, said that the lawsuit would likely rely on a method for suing people outside of normal jurisdiction, which would require that papers be served within the United Kingdom. If Prince Andrew were difficult to locate, he said, the court could order that the papers be sent to a representative of the prince. But Mr. Boies said he expected a response.

"I don't think he's going to try to stonewall the court," he said.

Asked why Ms. Giuffre had filed the suit now, Mr. Boies cited a New York statute, expiring in the coming days, that extended the window during which people could file lawsuits alleging they had been sexually abused as children.

"We didn't want to wait for the last minute," he said.

Ms. Giuffre filed her suit almost exactly two years after Mr. Epstein hanged himself in a federal jail in Manhattan while awaiting trial on sex-trafficking and conspiracy charges. Prosecutors had accused him of sexually exploiting dozens of women and girls in New York and Florida.

Shortly after Mr. Epstein's death, Geoffrey S. Berman, then the top federal prosecutor in Manhattan, said that his office had not completed its inquiry into the alleged sex-trafficking conspiracy and that the government was committed to standing up for the "brave young women" Mr. Epstein had abused. William P. Barr, the attorney general at the time, also vowed to bring criminal charges against anyone who helped Mr. Epstein.

The investigation into Mr. Epstein also renewed attention on his relationships with prominent figures in the political, academic and business spheres. His social orbit included two American presidents, Bill Clinton and Donald J. Trump; billionaires like Bill Gates and the retail magnate Leslie Wexner; and Prince Andrew.

The prince had pledged to aid the investigation into allegations of sex trafficking by Mr. Epstein and his associates, including Ghislaine Maxwell, a British socialite and friend of Prince Andrew's who has been accused of recruiting girls and women for Mr. Epstein to abuse. But Mr. Berman said last January that the prince had not cooperated.

"To date, Prince Andrew has provided zero cooperation," Mr. Berman said then. At a news conference in March 2020, he said the prince had "completely shut the door on voluntary cooperation."

At the time, Prince Andrew's lawyers responded by saying that he had offered his assistance "on at least three occasions."

Asked on Monday whether there had been any change in the prince's posture with regard to cooperating with the federal investigation into Mr. Epstein and his associates, Nicholas Biase, a spokesman for the United States attorney in Manhattan, declined to comment.

Ms. Giuffre's lawsuit accuses the prince of committing sex abuse in New York City, and of raping her at Ms. Maxwell's home in London, saying that he, Mr. Epstein and Ms. Maxwell had forced her to have intercourse with the prince against her will.

The filing includes a picture of the prince with his arm around Ms. Giuffre's waist and Ms. Maxwell smiling in the background, and says that the picture was taken at Ms. Maxwell's home.

Ms. Maxwell was charged in March with the sex trafficking of a 14-year-old girl who federal prosecutors said she had groomed, and later paid, to engage in sexual acts with Mr. Epstein. She has denied any wrongdoing and is being held without bail while awaiting trial.

The indictment, filed in Manhattan federal court, said that on multiple occasions from 2001 to 2004, the teen had provided nude massages to Mr. Epstein at his Palm Beach, Fla., estate, during which he engaged in sex acts with her.

The charges filed against Ms. Maxwell this year went further than those in an earlier indictment that accused her of helping Mr. Epstein recruit, groom and sexually abuse girls, but did not include sex-trafficking allegations.

Ms. Maxwell, who has faced similar allegations in civil suits, was one of four women named as possible co-conspirators and granted immunity from prosecution in a widely criticized plea bargain that Mr. Epstein struck with federal prosecutors in Florida more than a decade ago.

Jonah E. Bromwich is a courts reporter for the Metro desk.  @jonesieman

Ed Shanahan is a rewrite reporter and editor covering breaking news and general assignments on the Metro desk.  @edkshanahan

A version of this article appears in print on , Section A, Page 15 of the New York edition with the headline: Epstein Accuser Files a Lawsuit Accusing Prince Andrew of Rape



Log in ▼

HOME  >  BIZ  >  NEWS                                    Aug 9, 2021 6:39pm PT

# Jeffrey Epstein Accuser Virginia Giuffre Files Lawsuit Against Prince Andrew for Rape

**By Elizabeth Wagmeister** ∨

    



AP

Nearly two years from the date of Jeffrey Epstein's death in prison, one of the most outspoken accusers against the mysterious billionaire has filed a lawsuit against Epstein's friend, Prince Andrew, The Duke of York, for rape.

Virginia Roberts Giuffre filed a suit in federal court in Manhattan on Monday, claiming that Andrew, the second son of Queen Elizabeth II, sexually abused her when she was 17 years old.

Previously, Giuffre has repeatedly made allegations against Prince Andrew, along with Epstein and his former girlfriend Ghislaine Maxwell, but the new lawsuit marks the first time she has taken her accusations against the royal to a formalized legal setting.

ADVERTISEMENT

Giuffre is one of the most prominent Epstein accusers, having appeared in the Netflix docuseries, "Jeffrey Epstein: Filthy Rich," which was released on the streaming service in May 2020. She is the woman featured in the now-infamous photo of Prince Andrew with his arm around the waist of a minor, as Maxwell stands behind smiling. (Giuffre, who is now 38, was a teenager in the photo.)

In a disastrous "BBC Newsnight" interview that aired in November 2019, Prince Andrew, who is now 61, was asked about the picture where he is allegedly photographed with Giuffre. During the interview, the British royal denied all allegations regarding Giuffre, claiming he has "no recollection" of ever meeting her, and insisted he never had sex with her, saying, "It didn't happen."

"I can absolutely categorically tell you it never happened," Prince Andrew said, amid swirling allegations that he had sex with a teenage Giuffre at one of Epstein's parties in 2001.

*Variety* has reached out to legal representatives for The Duke of York regarding Monday's sexual assault lawsuit.

At the time, the trainwreck BBC interview made matters worse for the Prince Andrew, who showed little concern for Epstein's sex abuse and sex trafficking victims during the TV sit-down, saying that he did not regret his friendship with the late financier. Following the interview, the British royal announced he'd be withdrawing from public duties.

In today's lawsuit, obtained by *Variety*, Giuffre says Prince Andrew sexually abused her on multiple occasions when she was a minor, and claims she was threatened by either Prince Andrew, Epstein or

Maxwell to engage in sexual acts with the royal. She is seeking unspecified compensatory and punitive damages.

The lawsuit says that Giuffre "feared death or physical injury to herself or another and other repercussions for disobeying" Prince Andrew, Epstein or Maxwell, due to their "powerful connections, wealth, and authority." The suit also claims that the royal knew Giuffre's age, based on his communications with Epstein and Maxwell, but abused her anyway "for the purpose of gratifying his sexual desires."

The suit states that on one occasion, Prince Andrew sexually abused her in Maxwell's home in London when the trio forced her to have sexual intercourse against her will. On another occasion, the suit claims that Giuffre and another victim were sexually abused by the prince in Epstein's New York City mansion when they were forced by Maxwell to sit on the royal's lap. And another time, the suit alleges that the prince sexually abused Giuffre on Epstein's private island in the U.S. Virgin Islands.

ADVERTISEMENT

*Variety* has reached out to Giuffre's lawyer for additional comment.

Prince Andrew is currently embroiled in a battle with U.S. authorities over his willingness to cooperate and help with the sex trafficking investigation into Epstein.

After he had said he would cooperate with an investigation in late 2019, FBI agents and federal prosecutors in New York asked to interview Prince Andrew, but the royal failed to cooperate, according to the United States attorney, who publicly called out the prince last year. "To date, Prince Andrew has provided zero cooperation," prosecutor Geoffrey S. Berman said at a news conference outside Epstein's Upper East Side townhouse in January 2020.

In 2020, Blackfords LLP said the firm was brought on to represent the royal in "his desire to provide cooperation to the U.S. authorities regarding the victims of the late Jeffrey Epstein, should those authorities request his assistance."

Epstein died in a New York jail on Aug. 10, 2019, while he was awaiting trial on conspiracy and child sex trafficking charges.

Case 1:21-cv-06702-LAK   Document 11-20   Filed 09/10/21   Page 186 of 198

Privacy Policy | Feedback    Follow 20.9M

Sunday, Aug 8th 2021 10AM 70°F    1PM 71°F    **5-Day Forecast**

# Daily **Mail**
.com

| Home | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV |

Latest Headlines    Covid-19    Princess Diana    Royal Family    Prince Harry    Meghan Markle    World News    Headlines    Most read                    Login

ADVERTISEMENT

# Now Virginia Roberts is set to sue Prince Andrew in a New York court over her claims that Jeffrey Epstein forced her to have sex with the Duke aged 17

- Ms Roberts could file a multi-million-pound civil action in New York next week
- Lawyer said bombshell lawsuit 'based on her being lent out to Prince Andrew'
- Suit would include claims of 'improper sexual violations' and claims for damages

By DANIEL BATES and CAROLINE GRAHAM FOR THE MAIL ON SUNDAY
**PUBLISHED:** 17:00 EDT, 7 August 2021 | **UPDATED:** 02:21 EDT, 8 August 2021

**1.8k**
shares

**277**
View comments

**Prince Andrew** could be sued in an American court by his accuser **Virginia** Roberts, The Mail on Sunday can reveal.

Ms Roberts, who claims she was forced to have sex with the Prince by convicted paedophile **Jeffrey Epstein** when she was just 17, could file a multi-million-pound civil action in New York as early as this week.

Speaking to The Mail on Sunday, her lawyer David Boies said the bombshell lawsuit 'would be based on her being lent out to Prince Andrew for sex by Jeffrey Epstein and [her] being under 18'.

**Site** ○ Web   Enter your search

Follow
DailyMail

Follow
@dailymail

Follow
MailOnline

Follow
DailyMail

Follow
DailyMail

**Follow**
Daily Mail



**FEMAIL TODAY**

▶ Maskless Obama hits the dancefloor at celeb-filled 'scaled back' Martha's Vineyard 60th birthday bash attended by hundreds that has been labeled 'hypocrisy at its finest' amid nation's Delta surge

▶ Dua Lipa sets pulses racing in a ruffle-sleeved blue bikini as she showcases her toned body on a sunlounger in Ibiza

▶ Kate Moss' daughter Lila Grace, 18, channels her supermodel mother as she struts along in a nude satin mini-dress in Ibiza

▶ 'Special night in NYC': David Beckham, 46, and Victoria, 47, order 'the best' grub in the city with kids Harper, 10, Cruz, 16, and Brooklyn, 22

▶ Nina Dobrev puts taut bikini body on display for Instagram at the

**The Duke of York has always vehemently denied all charges made by Virginia Roberts**

He added the suit would include claims of 'improper sexual violations, physical and emotional distress' and would include a claim for damages.

► beach... after showing off endless pins in Daisy Dukes on Los Angeles stroll

► From encroaching nose hairs and sweaty 'man parts' to that out-of-control rug on your chest, how to tackle the body woes that guys suffer in summer
SPONSORED

► Guests including Chrissy Teigen and her husband John Legend leave Barack Obama's 60th birthday EARLY because of 's*** show' traffic in Martha's Vineyard

► Night Court actress Markie Post passes away at age 70 after nearly four-year battle with cancer

► 'I went through horrible stuff': Game of Thrones' Kit Harington reveals how he contemplated suicide amid 'traumatic' battle with alcoholism and depression

► 'I love you with all my heart': Princess Beatrice's husband Edoardo Mapelli Mozzi gushes over the pregnant royal as he wishes her a happy birthday as she turns 33

► David Hasselhoff's daughter Hayley, 28, sets pulses racing as she flaunts her enviable curves in a plunging black bikini in Mallorca

Mr Boies said: 'To use a common phrase here in the United States, 'Time's up.' '

The Duke of York has always vehemently denied all charges made by Ms Roberts.

Buckingham Palace previously issued a statement saying: 'It is emphatically denied that The Duke of York had any form of sexual contact or relationship with Virginia Roberts. Any claim to the contrary is false and without foundation.'

The filing of a civil action against the Duke in America is certain to cause huge embarrassment for the Royal family as lawyers will seek to question him under oath about his sex life. He could also be forced to hand over texts, emails and private letters.

**The filing of a civil action against the Duke in America is certain to cause huge embarrassment for the Royal family**

0:00

A defamation suit, filed by Ms Roberts in 2015 against Ghislaine Maxwell, ended in a settlement – but deeply embarrassing depositions in which Ms Maxwell discussed her sex life were made public last year.

A source said: 'This could be devastating for Andrew. If he chooses to fight it and is deposed [forced to give evidence], then those depositions could end up being made public.

'If he ignores it, he could be found guilty in absentia which would be a public relations disaster.'

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 **'I'm famous on the internet!' Transgender YouTuber charged...**

 **Virginia elementary school tells students to listen to 'Woke...**

Under the New York Child Victims Act, Ms Roberts has until next Saturday to file the civil action which will include her claims that she and Prince Andrew had sex three times in 2001.

Although Ms Roberts was then above the UK legal age of consent, in New York a child is considered to be anyone under 18.

She alleges the first encounter took place at the London home of Epstein's alleged 'madam' Ms Maxwell, the second at Epstein's £77 million New York mansion and the third during an 'orgy' on his private island in the Caribbean. Saturday's deadline was created by the New York Child Victims Act which came into law in 2019.

## Fergie: He's telling the truth, 100%

Sarah Ferguson has said she is convinced that her former husband Prince Andrew is telling the truth about his part in the scandal surrounding convicted paedophile Jeffrey Epstein.

Case 1:21-cv-06702-LAK Document 11-20 Filed 09/10/21 Page 190 of 198

Previously, victims had up to five years after turning 18 to file a claim against an alleged abuser.

But the new law gave victims a one-off window to make a legal claim, regardless of how old their claim is. The timeline to file those claims expires next Saturday.

The final decision about whether to proceed rests with Ms Roberts, now a 37-year-old mother-of-three who lives in Australia.

Should the Duke ignore the lawsuit, Mr Boies warned it could go to trial without him and the court could enter a default judgment.

The amount of damages would then be set and 'that judgment could be enforced any place in the world', Mr Boies said.

The Duchess of York said she was '100 per cent' certain that her ex-husband was being honest when he denied seeing anything untoward during the time he spent with the financier.

She told the Financial Times: 'I want him [Andrew] to come through this. I want him to win.'

When asked why she was sure of his probity, she replied: 'No question. I know everything about him. I think he is an extraordinary person.' The Duchess said she and Andrew, who split in 1997, were 'the happiest divorced couple in the world', living under the same roof at Royal Lodge, Windsor, but with their own rooms.

'We support each other like pillars of strengths,' she added.

Weeks ago Mr Boies sent a second formal letter to the Duke's lawyers offering to sign an agreement, known as a tolling agreement, that extended the statute of limitations so that both sides could negotiate.

The letter said that Ms Robets needed to file a claim 'now' or she risks not being able to file a lawsuit.

So far it has been ignored, according to Mr Boies.

Epstein hanged himself in prison in 2019 while awaiting trial on sex-trafficking charges.

Ms Maxwell, 59, was arrested last July and is due to go on trial in November for allegedly recruiting underage girls for Epstein.

She has pleaded not guilty to all the charges.

Last night Ms Roberts declined to comment.

A spokesman for Prince Andrew declined to comment.

0:00

ADVERTISEMENT

**Share or comment on this article: Virginia Roberts could sue Prince Andrew in a New York court**

**1.8k**
shares

Add comment

⬤ **Comments 277**
Share what you think

**Add your comment**

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have been moderated in advance.

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

## Add your comment

Enter your comment

By posting your comment you agree to our house rules.

Clear     **Submit Comment**



# Virginia Roberts Giuffre Set To Sue Prince Andrew In A New York Court Epstein Scandal

BY : HANNAH SMITH ON : 08 AUG 2021 15:22



PA Images

**Lawyers for Virginia Roberts Giuffre, the woman who says she was forced to have sex with Prince Andrew by Jeffrey Epstein, say she may file a lawsuit against the prince as early as next week.**

Giuffre alleges that she was trafficked by Epstein and Ghislaine Maxwell to meet with Prince Andrew on three separate occasions when she was just 17. Prince Andrew has denied the accusations and refused to cooperate with investigations into Epstein and Maxwell's crimes by US prosecutors.

ADVERT

Virginia Roberts Giuffre set to sue Prince Andrew in a new New York court Epstein scandal



Virginia Roberts Giuffre

Now, one of Giuffre's attorneys says that the prince's hand could be forced. According to David Boies, she could be set to sue in a multi-million pound New York civil suit that may require

Prince Andrew to either agree to be questioned under oath by prosecutors or risk being found guilty in absentia.

The lawsuit 'would be based on her being lent out to Prince Andrew for sex by Jeffrey Epstein and [her] being under 18,' Boies told the *Mail on Sunday*. 'To use a common phrase here in the United States: time's up.'

Boies suggested that claims made by Giuffre would include 'improper sexual violations' as well as 'physical and emotional distress.'

ADVERT



The news comes ahead of a looming deadline for Giuffre to file a claim against Prince Andrew for the alleged abuse she suffered in 2001. Under the New York Child Victims Act, Giuffre and other victims of child sex abuse were offered a window outside of the existing statute of limitations to make a legal claim, with the deadline for such claims falling in a week's time on Saturday, August 14.

Representatives for Prince Andrew have not commented on the potential lawsuit. In a statement issued in 2019 following the initial allegations against the prince – who is the Queen's third child – Buckingham Palace said 'it is emphatically denied that The Duke of York had any form of sexual contact or relationship with Virginia Giuffre. Any claim to the contrary is false and without foundation.'

*If you have a story you want to tell, send it to UNILAD via* [story@unilad.com](mailto:story@unilad.com)

## Most Read



**SPORT**

**Gold Medal Favourite Rides Around In Tears After Horse Refuses To Cooperate**



**NEWS**

**Anti-Vaxxer Dies Of Covid Days After Saying 'There's Nothing To Be Afraid Of'**

**The Washington Post** *Democracy Dies in Darkness*

# Woman who says she was groomed and abused by Jeffrey Epstein sues Britain's Prince Andrew

By Shayna Jacobs

Yesterday at 10:34 p.m. EDT

   302

NEW YORK — Britain's Prince Andrew has been sued in New York by a woman who said she was forced to have sexual encounters with the prominent royal while she was trafficked beginning at age 16 by his friend Jeffrey Epstein, including at the late sex offender's sprawling mansion in Manhattan.

Virginia Giuffre's lawsuit was filed in federal court in Manhattan on Monday, citing the state's Child Victims Act, legislation passed several years ago that extended the statute of limitations for adults who were allegedly abused as children to sue. The lawsuit was filed just as Giuffre's Aug. 14 deadline to do so was nearing.

Attorneys for Andrew, the Duke of York, who are located in Britain, did not respond to an email request seeking comment Monday night. Andrew has repeatedly denied having had any sexual encounter with Giuffre, although questions over his ties to Epstein led to him stepping down from public duties in November 2019.

The filing says Andrew abused Giuffre several times when she was 17, calling damage done to her by the conduct "severe and lasting."

The alleged abuse by Andrew first occurred at the London home of Ghislaine Maxwell, Epstein's longtime companion. Maxwell, who has been described as a groomer and recruiter for Epstein who sometimes participated in the abuse, is under federal indictment in New York for sex trafficking and related charges. She is set to stand trial in November and maintains her innocence.

The lawsuit also says Giuffre was taken advantage of by Andrew at Epstein's mansion on Manhattan's Upper East Side.

"During this encounter, Maxwell forced [Giuffre], a child, and another victim to sit on Prince Andrew's lap as Prince Andrew touched her," the lawsuit says. "During his visit to New York, Prince Andrew forced Plaintiff to engage in sex acts against her will."

The lawsuit alleges Andrew also had an illicit sexual encounter with Giuffre, whose maiden name is Virginia Roberts, on Epstein's private island in the U.S. Virgin Islands called Little St. James.

Epstein socialized with the rich and famous, including with the likes of former presidents Bill Clinton and Donald Trump.

Dozens of women have come forward to say Epstein sexually abused them as girls, many describing how they were troubled teens who were lured to the abundantly wealthy financier's lavish homes with the promise of easy money to give massages.

He was given a controversial plea deal in Florida in 2008 — despite a number of victims having been identified by law

enforcement — and served about a year in jail with a lot of time free for work release.

In 2019, federal prosecutors in New York showed renewed interest in Epstein's activities when they indicted him for sex trafficking in a case that kept him locked up in jail pending trial. He died by suicide in jail in August that year, about a month after his arrest.

His premature death left many of his accusers feeling cheated for not getting the chance to see justice served. Giuffre, one of those women, says she was sexually trafficked by Epstein beginning at age 16.

Giuffre's attorney, David Boies, recently approached lawyers for Andrew with a request for what's known as a tolling agreement, which would have waived the statute of limitations deadline for the purpose of potentially working out a confidential settlement with his client. Andrew's lawyers did not agree.

The letter, sent July 19, also says that attempts to negotiate a possible settlement had been unsuccessful to date.

Boies said Giuffre, who has also sued Maxwell, thought bringing the case was "important not only to vindicate herself but to vindicate all victims of this kind of sex trafficking."

"Hopefully by holding Prince Andrew to account, [she can] make some progress toward reducing the chance that what happened to her does not happen to other young women," Boies added.

Boies said he did not get the sense that the U.S. Attorney's Office for the Southern District of New York, which handled the prosecutions of Epstein and Maxwell, was planning to pursue a criminal case against Andrew.

If Andrew's legal team ignores the lawsuit, Giuffre could be granted a judgment in her favor and Boies could ask a British court to enforce the ruling.