UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VIRGINIA L. GIUFFRE,** | Case No. 1:21-cv-06702-LAK |
| *Plaintiff*, | NOTICE OF SPECIAL APPEARANCE |
| v. | |
| **PRINCE ANDREW, DUKE OF YORK,** a/k/a **ANDREW ALBERT CHRISTIAN EDWARD,** in his personal capacity, | |
| *Defendant.* | |

**PLEASE TAKE NOTICE** that the undersigned attorney, Andrew B. Brettler, who is a member in good standing of the bar of this Court, hereby enters this special appearance on behalf of Prince Andrew, the Duke of York, in the above-captioned proceeding, for the purpose of contesting purported service of process and challenging jurisdiction.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 13, 2021<br>Los Angeles, California | LAVELY & SINGER, P.C.<br><br>     /s/ Andrew B. Brettler<br>Andrew B. Brettler (AB2662)<br>2049 Century Park East, Suite 2400<br>Los Angeles, California  90067<br>Telephone: (310) 556-3501<br>Facsimile: (310) 556-3615<br>Email: abrettler@lavelysinger.com<br><br>*Attorneys for Prince Andrew, the Duke of York* |