**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGINIA L. GIUFFRE,

      Plaintiff,                                    Case No. 21-cv-6702-LAK

v.

PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN
EDWARD, in his personal capacity,

      Defendant.

_____ /

**NOTICE OF PLAINTIFF'S MOTION TO APPROVE ALTERNATE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3) AND APPLICATION FOR EXECUTION OF A REQUEST FOR SERVICE ABROAD OF <u>JUDICIAL DOCUMENTS PURSUANT TO THE HAGUE CONVENTION</u>**

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Declaration of Sigrid S. McCawley, and exhibits to the Declaration of Sigrid S. McCawley, Plaintiff Virginia Giuffre will move this Court for an order granting Plaintiff's Motion to Approve Alternative Service Pursuant to Federal Rule of Civil Procedure 4(f)(3) upon Defendant Prince Andrew, Duke of York, and finding that service on his United States counsel is sufficient to notify Defendant of the claims against him in this matter, and the execution of a Request for Service Abroad of Judicial Documents, pursuant to Article 3 of the Hague Convention.

| | |
|---|---|
| Dated:  September 16, 2021 | BOIES SCHILLER FLEXNER LLP |

/s/ David Boies
David Boies
Alexander Boies
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Sigrid McCawley (*pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

Andrew Villacastin
Sabina Mariella
55 Hudson Yards
New York, NY 10001
(212) 446-2300
avillacastin@bsfllp.com
smariella@bsfllp.com

*Counsel for Plaintiff Virginia Giuffre*