# Exhibit A

| | |
|---|---|
| **From:** | Sabina Mariella |
| **To:** | "teamt@matrixlaw.co.uk"; "Gary.bloxsome@blackfords.com"; "Daniel.cundy@blackfords.com"; "london@blackfords.com"; "sferguson@2bedfordrow.co.uk"; "clerks@2bedfordrow.co.uk"; "claremontgomery@matrixlaw.co.uk"; "matrix@matrixlaw.co.uk"; "doy.office@royal.uk" |
| **Cc:** | David Boies; Sigrid McCawley; Alex Boies; Andrew Villacastin |
| **Subject:** | Virginia Giuffre v. Prince Andrew, No. 21-cv-06702-LAK |
| **Date:** | Thursday, August 12, 2021 2:50:00 PM |
| **Attachments:** | 2021-08-09 [00001-000] COMPLAINT against Prince Andrew. (Filing Fee $ 402.00,.pdf<br>2021-08-09 [00001-001] Exhibit A.pdf<br>2021-08-10 [00005-000] ELECTRONIC SUMMONS ISSUED as to Prince Andrew. (vf).pdf |

Counsel,

We represent Virginia Giuffre. I am attaching a summons and complaint in *Virginia Giuffre v. Prince Andrew* (No. 21-cv-06702-LAK), which was filed in the United States District Court for the Southern District of New York on Monday, August 9, 2021. Please let us know whether you will accept service of these documents by email on Prince Andrew's behalf. If you are not authorized to accept service but know of someone else who is authorized, please let us know that as well.

We are also sending copies of these documents to you via FedEx.

Thank you,
Sabina Mariella

**From:** David Boies <DBoies@BSFLLP.com>
**Sent:** Monday, July 19, 2021 3:27 PM
**To:** teamt@matrixlaw.co.uk; Gary.bloxsome@blackfords.com; Daniel.cundy@blackfords.com; sferguson@2bedfordrow.co.uk; clerks@2bedfordrow.co.uk; claremontgomery@matrixlaw.co.uk
**Cc:** Sigrid McCawley <smccawley@bsfllp.com>; David Boies2 <xboies@gmail.com>
**Subject:** Virginia Giuffre Letter and Tolling Agreement

Please see attached letter and proposed Tolling Agreement.

Thank you,

**David Boies**

**BOIES SCHILLER FLEXNER** LLP

333 Main Street
Armonk, NY 10504
(t) +1 914 749 8201
dboies@bsfllp.com
www.bsfllp.com