# Exhibit L



9 September 2021

**PRIVATE AND CONFIDENTIAL**

Prince Andrew, Duke of York
Royal Lodge
Windsor Great Park
Berkshire
SL4 2JD

By First Class Post

Dear Sir

Re:   Virginia L Giuffre v Prince Andrew, Duke of York, in his personal capacity, also known as Andrew Albert Christian Edward
United States District Court Southern District of New York – Case No. 21-CV-6702

By way of service, please find enclosed the following documents in the above proceedings:

1. Order for initial pre-trial conference
2. Summons
3. Civil cover sheet
4. Complaint
5. Exhibit A

Yours faithfully

*Boies Schiller Flexner (UK) LLP*

**BOIES SCHILLER FLEXNER (UK) LLP**
Enc.

BOIES SCHILLER FLEXNER (UK) LLP

5 New Street Square, London EC4A 3BF | (t) +44 (0)20 3908 0800 | (f) +44 (0)20 3908 0801 | www.bsfllp.com
Boies Schiller Flexner (UK) LLP is a Limited Liability Partnership registered in England and Wales (with registered number OC385463) and is authorised and regulated by the Solicitors Regulation Authority (with registered number 605717).
Our registered office is at 5 New Street Square, London EC4A 3BF. A list of members' names is open for inspection at our registered office.



5 New Street Square
London EC4A 3BF

**Prince Andrew**
**Royal Lodge**
**Windsor Great Park**
**Berkshire**
**SL4 2JD**



1ST Large



STAMPED MAIL

Prince Andrew
Royal Lodge
Windsor Great Park
Berkshire
SL4 2JD