# Exhibit N

| | |
|---|---|
| **From:** | Foley, Jennifer |
| **To:** | Sabina Mariella |
| **Cc:** | Moore, Pat |
| **Subject:** | FW: Sensitive & Private Request for Service Abroad -- Giuffre v. Prince Andrew |
| **Date:** | Friday, August 20, 2021 6:19:09 AM |
| **Attachments:** | Giuffre v. Prince Andrew -- Executed USM94.pdf |
| | 2021-08-09 [00001-000] COMPLAINT against Prince Andrew. (Filing Fee $ 402.00, 4828-0330-9813 1.pdf |
| | 2021-08-09 [00001-001] Exhibit A 4837-2605-6693 1.pdf |
| | 2021-08-09 [00002-000] CIVIL COVER SHEET filed..(Boies, David) (Entered 4845-4814-0277 1.pdf |
| | 2021-08-10 [00005-000] ELECTRONIC SUMMONS ISSUED as to Prince Andrew. (vf) 4810-4189-8741 1.pdf |
| | 2021-08-12 [00007-000] ORDER FOR INITIAL PRETRIAL CONFERENCE Initial Conference 4822-4543-2310 1.pdf |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dear Sabina

We acknowledge receipt of your email and confirm that we have received the hard copy of the documents for service.
We are currently liaising with the relevant authorities to arrange service.

Going forward, for confidentiality reasons could you send emails directly to the Foreign Process Delivery Manager, Pat Moore pat.moore@Justice.gov.uk and to myself as the Team Leader jennifer.foley@justice.gov.uk.
Thank you

Regards

Jennifer Foley Team Leader
Foreign Process Section**|**
HMCTS  Royal Courts of Justice London WC2A 2LL
**Phone: 0203 936 8957 option 7**
**Web:** www.gov.uk/hmcts
For information on how HMCTS uses personal data about you please see:
https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter

cid:image006.jpg@01D6A793.DBFCB090



**From:** Foley, Jennifer <jennifer.foley@Justice.gov.uk> **On Behalf Of** Foreign Process (RCJ)
**Sent:** 17 August 2021 12:02

**To:** Foley, Jennifer <jennifer.foley@Justice.gov.uk>
**Subject:** FW: Request for For Service Abroad -- Giuffre v. Prince Andrew

**From:** Sabina Mariella <SMariella@BSFLLP.com>
**Sent:** 16 August 2021 16:18
**To:** Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk>
**Subject:** Request for For Service Abroad -- Giuffre v. Prince Andrew

Good afternoon,

I am an attorney for the Plaintiff, Virginia Giuffre, in *Virginia Giuffre v. Prince Andrew* (No. 21-cv-06702-LAK), which was filed in the United States District Court for the Southern District of New York on Monday, August 9, 2021.

Please see the attached request for service abroad of the complaint, Exhibit A to the complaint, civil cover sheet, summons, and court order on the Defendant, Prince Andrew, Duke of York.  These documents have also been mailed to the Foreign Process Section's address in London.

Please let me know if you need any additional information.

Thank you,

**Sabina Mariella**
Associate

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 754 4541
(m) +1 973 634 7734
smariella@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This e-mail and any attachments is intended only for the attention of the addressee(s). Its unauthorised use, disclosure, storage or copying is not permitted. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Internet e-mail is not a secure medium. Any reply to this message could be intercepted and read by someone else. Please bear that in mind when deciding whether to send material in response to this message by e-mail. This e-mail (whether you are the sender or the recipient) may be monitored, recorded and retained by the Ministry of Justice. Monitoring / blocking software

may be used, and e-mail content may be read at any time. You have a responsibility to ensure laws are not broken when composing or forwarding e-mails and their contents.