UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA GIUFFRE,

                          Plaintiff,

      -against-                                        21-cv-6702 (LAK)

PRINCE ANDREW, DUKE OF YORK, etc., in his
personal capacity,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER CORRECTING TYPOGRAPHICAL ERROR

        Footnote 8 in the memorandum and order entered on September 16, 2021 is corrected to read as follows:

        *E.g.*, *NYKCool A.B. v. Pacific Intern. Services, Inc*, No. 12–cv–5754 (LAK), 2015 WL 998455, *4-5 (S.D.N.Y. Mar. 5, 2015); *see also Zanghi v. Ritella*, No. 19-cv-5830 (NRB), 2020 WL 589409, at *7 (S.D.N.Y. Feb. 5, 2020) ("[S]ervice on a foreign defendant's U.S. counsel 'is a common form of service ordered under Rule 4(f)(3).'") (quoting *Jian Zhang v. Biang.com, Inc.*, 293 F.R.D. 508, 515 (S.D.N.Y. 2013)); *GLG Life Tech*, 287 F.R.D. 262, 267 (S.D.N.Y. 2012) ("In many instances, courts have authorized service under Rule 4(f)(3) on an unserved party's counsel.").

        SO ORDERED.

Dated:       September 17, 2021

                                                         /s/ Lewis A. Kaplan   /PCM
                                                      Lewis A. Kaplan
                                                  United States District Judge