UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

       Plaintiff,   Case No. 21-cv-6702-LAK

v.

PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN
EDWARD, in his personal capacity,

       Defendant.

_____ /

    SIGRID S. MCCAWLEY, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

    1.    I represent the Plaintiff, Virginia L. Giuffre, in the above-captioned matter. I submit this declaration to confirm Plaintiff's compliance with the Court's order dated September 16, 2021, which directed Plaintiff to (1) cause the delivery of two executed Requests for Service Abroad of Judicial Documents to the designated Central Authority of the United Kingdom on the Court's behalf and (2) serve Prince Andrew by serving his United States counsel, Andrew B. Brettler of Lavely & Singer, PC.

    2.    Pursuant to the Court's order, on September 17, 2021, Plaintiff's counsel retrieved two executed Requests for Service Abroad of Judicial Documents from the Court. Plaintiff's counsel then caused the Requests to be delivered to the designated Central Authority of the United Kingdom on the Court's behalf by FedEx, along with two requests of the Complaint, Summons, and Civil Cover Sheet in this matter. A true and correct copy of the Requests that Plaintiff's counsel retrieved from the Court are attached hereto as **Exhibit A** and a true and correct copy of

confirmation of the delivery of the Requests to the Central Authority is attached hereto as **Exhibit B**.

3.      Pursuant to the Court's order, Plaintiff's counsel also emailed copies of the executed Requests for Service Abroad of Judicial Documents to Andrew B. Brettler, Prince Andrew's counsel of record in this matter. A true and correct copy of Plaintiff's counsel's email to Mr. Brettler attaching copies of the executed Requests is attached hereto as **Exhibit C**.

4.      Pursuant to the portion of the Court's order granting Plaintiff's motion for alternative service on Prince Andrew through his United States counsel, on September 17, 2021, Plaintiff's counsel emailed Mr. Brettler the Summons, Complaint, and this Court's order approving alternative service. A true and correct copy of Plaintiff's counsel's email is attached hereto as **Exhibit D**.

5.      Plaintiff's counsel also sent the Summons and Complaint to Mr. Brettler at his office in Los Angeles, California. A true and correct copy of the FedEx delivery confirmation is attached hereto as **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 20, 2021          /s/ Sigrid S. McCawley
Fort Lauderdale, FL

Sigrid S. McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356 0022
Email: smccawley@bsfllp.com

*Counsel for Plaintiff Virginia Giuffre*