# Exhibit D

| | |
|---|---|
| **From:** | Sabina Mariella |
| **To:** | abrettler@lavelysinger.com |
| **Cc:** | David Boies; Sigrid McCawley; Andrew Villacastin; Alex Boies; David Boies2 |
| **Subject:** | Virginia Giuffre v. Prince Andrew, No. 21-cv-06702-LAK |
| **Date:** | Friday, September 17, 2021 10:41:00 AM |
| **Attachments:** | 2021-08-09 [00001-000] COMPLAINT against Prince Andrew. (Filing Fee $ 402.00,.pdf<br>2021-08-09 [00001-001] Exhibit A.pdf<br>2021-08-10 [00005-000] ELECTRONIC SUMMONS ISSUED as to Prince Andrew. (vf).pdf<br>2021-09-16 [00016-000] ORDER granting 13 Motion to Approve 4(f)(3) service. (Signed.pdf |

Dear Mr. Brettler,

Pursuant to Judge Kaplan's September 16, 2021, order granting Plaintiff's motion for alternate service (attached), I am serving by email the Summons and Complaint in the above-captioned matter on you in your capacity as counsel for the Defendant, Prince Andrew, the Duke of York.

We are also sending the Summons and Complaint by FedEx to your office at 2049 Century Park East, Suite 2400, Los Angeles, California.

Thank you,

**Sabina Mariella**
Associate

**BOIES SCHILLER FLEXNER LLP**

55 Hudson Yards
New York, NY 10001
(t) +1 212 754 4541
(m) +1 973 634 7734
smariella@bsfllp.com
www.bsfllp.com