# Exhibit E

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Sophie Loewenstein |
| **Subject:** | FedEx Shipment 283808211236: Your package has been delivered |
| **Date:** | Monday, September 20, 2021 12:23:28 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

FedEx

# Hi. Your package was delivered Mon, 09/20/2021 at 9:22am.



Delivered to 2049 CENTURY PARK E 2400, LOS ANGELES, CA 90067
Received by R.TAN

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 283808211236 |
| **FROM** | Sophie Loewenstein<br>55 Hudson Yards<br>NEW YORK, NY, US, 10001 |
| **TO** | Lavely & Singer, P.C.<br>Andrew B. Brettler |

|  |  |
|---|---|
|  | 2049 Century Park East |
|  | Suite 2400 |
|  | LOS ANGELES, CA, US, 90067 |
| **REFERENCE** | 01559.0001 |
| **SHIPPER REFERENCE** | 01559.0001 |
| **SHIP DATE** | Fri 9/17/2021 03:12 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NEW YORK, NY, US, 10001 |
| **DESTINATION** | LOS ANGELES, CA, US, 90067 |
| **SPECIAL HANDLING** | SDR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx First Overnight |

## Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**



☐   Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:23 AM CDT 09/20/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.