UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                              *Plaintiff,*<br><br>v.<br><br>PRINCE ANDREW, DUKE OF YORK,<br>a/k/a ANDREW ALBERT CHRISTIAN<br>EDWARD, in his personal capacity,<br><br>                             *Defendant.* | Case No. 1:21-cv-06702-LAK<br><br><u>JOINT STIPULATION</u><br>AND ORDER |

       **WHEREAS,** the undersigned counsel for Prince Andrew, Duke of York (the "Duke") in the above-captioned action (the "Action") has received copies of the Summons and Complaint filed herein;

       **WHEREAS,** counsel for the respective parties in the Action have met and conferred telephonically on September 21, 2021;

       **WHEREAS,** in light of the Duke's representation, through his counsel, that he will not challenge service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, the undersigned counsel for Virginia L. Giuffre ("Giuffre"), agrees to extend the time for the Duke to respond to the Complaint;

       **WHEREAS,** oral argument on the Duke's previously anticipated motion challenging service under Rule 12(b)(5) will not be necessary;

       **ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL FOR THE PARTIES THAT:**

1

1. Service of process on the Duke shall be deemed effected as of September 21, 2021;

2. The deadline by which the Duke shall file and serve a response to the Complaint is extended until October 29, 2021;

3. The briefing schedule and October 13, 2021 oral argument date set by the Court at the Initial Pretrial Conference on September 13, 2021 shall be vacated;

4. Except as expressly provided in paragraphs 1 and 2 above, this Stipulation shall not operate as a waiver of any of the parties' rights, remedies, and/or defenses, all of which are expressly reserved.

Respectfully submitted,

Dated: September 24, 2021
Los Angeles, California

LAVELY & SINGER, P.C.

/s/ Andrew B. Brettler
Andrew B. Brettler (AB2662)
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email: abrettler@lavelysinger.com

*Attorneys for Prince Andrew, the Duke of York*

Dated: September 24, 2021
New York, New York

BOIES, SCHILLER & FLEXNER LLP

/s/ David Boies
David Boies
333 Main Street
Armonk, New York. 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
Email: dboies@bsfllp.com

*Attorneys for Virginia L. Giuffre*

SO ORDERED

LEWIS A. KAPLAN, USDJ

9.24.21

2