UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    *Plaintiff*,<br><br>v.<br><br>PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity,<br><br>    *Defendant.* | Case No. 1:21-cv-06702-LAK<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melissa Y. Lerner, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Prince Andrew, Duke Of York, a/k/a Andrew Albert Christian Edward, in his personal capacity, in the above-captioned action.

  I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3(c).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 29, 2021 | LAVELY & SINGER, P.C.<br><br>_____<br>Melissa Y. Lerner<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Telephone: (310) 556-3501<br>Email: mlerner@lavelysinger.com<br>*Attorneys for Prince Andrew, the Duke of York* |

7144-2