UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>     *Plaintiff*,<br><br>v.<br><br>PRINCE ANDREW, DUKE OF YORK,<br>a/k/a ANDREW ALBERT CHRISTIAN<br>EDWARD, in his personal capacity,<br><br>     *Defendant.* | Case No. 1:21-cv-06702-LAK<br><br>**AFFIDAVIT OF MELISSA Y. LERNER<br>IN SUPORT OF MOTION FOR<br>ADMISSION PRO HAC VICE** |

I, Melissa Y. Lerner, hereby affirm as follows:

  1.  I am an attorney at the law firm Lavely and Singer Professional Corporation and I am licensed to practice law in the State of California. A true and correct copy of my Certificate of Good Standing from the California Supreme Court is attached hereto as Exhibit A.

  2.  I have never been convicted of a felony.

  3.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

  4.  There are not any disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2021

                          Melissa Y. Lerner

1

7144-2

# EXHIBIT A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MELISSA YAFFA LERNER*

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MELISSA YAFFA LERNER, #285216, was on the 3rd day of December, 2012, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 23rd day of September 2021.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*Regine Ho, Senior Deputy Clerk*

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of __LOS ANGELES__  )

On __SEPT. 29, 2021__ before me, __MELANIE JACOBS, NOTARY PUBLIC__,
    Date                                  Here Insert Name and Title of the Officer

personally appeared __MELISSA Y. LERNER__
                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MELANIE JACOBS
Notary Public - California
Los Angeles County
Commission # 2310795
My Comm. Expires Nov 22, 2023

Signature _Melanie Jacobs_
              Signature of Notary Public

Place Notary Seal Above

——————— OPTIONAL ———————

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __AFFIDAVIT__   Document Date: __SEPT. 29, 2021__
Number of Pages: __1__   Signer(s) Other Than Named Above: __NONE__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907