UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VIRGINIA L. GIUFFRE,**<br><br>      *Plaintiff*,<br><br>v.<br><br>**PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity,**<br><br>      *Defendant.* | Case No. 1:21-cv-06702-LAK<br><br>[~~PROPOSED~~] **ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Melissa Y. Lerner, for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

  Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

Melissa Y. Lerner
Lavely & Singer Professional Corporation
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 556-3501
Email:  mlerner@lavelysinger.com

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Prince Andrew, Duke Of York, a/k/a Andrew Albert Christian Edward, in his personal capacity, in the above-captioned action;

  **IT IS HEREBY ORDERED** that Melissa Y. Lerner is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated:  10/1/2021          /s/ Lewis A. Kaplan   /PCM
                  United States District / ~~Magistrate Judge~~

7144-2