UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

                Plaintiff

             -against-                          21-cv-6702 (LAK)

PRINCE ANDREW
Duke of York, in his personal capacity, also known as
Andrew Albert Christian Edward,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        In connection with an anticipated motion, defendant moves to file under seal a 2009 Settlement and General Release Agreement between Virginia Giuffre and Jeffrey Epstein (the "Settlement Agreement") and for related relief notwithstanding the fact that both parties to this case agree that neither of them nor, defendant reports, the Estate of Jeffrey Epstein contends that the Settlement Agreement must remain sealed in this case. He does so in an abundance of caution because the document is subject to a protective order in *Giuffre v. Dershowitz*, 19-cv-3377 (LAP), which is pending before Judge Preska.

        In these circumstances, Judge Preska might well view with favor an application, on notice to all parties in the *Dershowitz* case, to the Epstein Estate, and to anyone else to whom Judge Preska thinks notice is appropriate, to permit the public disclosure of the Settlement Agreement. But that is for her to say. Accordingly, the motion to seal and for related relief (Dkt 28) is granted to the extent that the document may be filed under seal in this case and shall be so maintained to and including November 4, 2021 and, if either or both of the parties to this case has filed such an application in the *Dershowitz* case on or before November 4, 2021, until that application is decided and, in addition, pending a further order in this case.

        SO ORDERED.

Dated:       October 27, 2021

                                      Lewis A. Kaplan
                                   United States District Judge