**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VIRGINIA L. GIUFFRE,** | **Case No. 1:21-cv-06702-LAK** |
| *Plaintiff*, | **ORAL ARGUMENT REQUESTED** |
| **v.** | |
| **PRINCE ANDREW, DUKE OF YORK,** **a/k/a ANDREW ALBERT CHRISTIAN** **EDWARD, in his personal capacity,** | |
| *Defendant.* | |

**DEFENDANT PRINCE ANDREW, DUKE OF YORK'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)**

For the reasons set forth in the Memorandum of Law and Request for Judicial Notice, filed concurrently herewith, Defendant Prince Andrew, Duke of York ("Prince Andrew") respectfully moves to dismiss Plaintiff Virginia Giuffre's Complaint [ECF No. 1], pursuant Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, or in the alternative, for a an order requiring Plaintiff to provide a more definitive statement of her allegations, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

Prince Andrew respectfully requests the Court hold oral argument on his Motion.

Respectfully submitted,

Dated: October 29, 2021
Los Angeles, California

LAVELY & SINGER, P.C.

s/ Andrew B. Brettler
Andrew B. Brettler (AB2662)
Melissa Y. Lerner (*pro hac vice*)
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-3501
abrettler@lavelysinger.com;
mlerner@lavelysinger.com

*Attorneys for Prince Andrew, Duke of York*