# EXHIBIT A

Confidential

## SETTLEMENT AGREEMENT AND GENERAL RELEASE



1

Giffure_email_002095

Confidential



2

Giffure_email_002096

Confidential



3

Giffure_email_002097

Confidential



4

Giffure_email_002098

Confidential



Giffure_email_002099



6

Giffure_email_002100

Confidential



Giffure_email_002101

Confidential



8

Giffure_email_002102



9

Giffure_email_002103

Confidential



Giffure_email_002104

Confidential



9

Giffure_email_002105