# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 102,

CASE NO.: 09-CV-80656-MARRA/JOHNSON

Plaintiff,

vs.

JEFFREY EPSTEIN,

Defendant.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JANE DOE NO. 102 and Defendant JEFFREY EPSTEIN (collectively, "Parties"), by and through their undersigned counsel and pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

Dated this ____ day of December, 2009.

Respectfully submitted,

BURMAN, CRITTON, LUTTIER
& COLEMAN LLP
Attorneys for Jeffrey Epstein

By: _____
Robert Critton
Fla. Bar No. 224162
rcrit@bclclaw.com
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
Telephone: (561) 842-2820
Facsimile: (561) 515-3148

PODHURST ORSECK, P.A.
Attorneys for Jane Doe No. 102

By: _____
Katherine W. Ezell
Fla. Bar No. 114771
kezell@podhurst.com
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 102,  CASE NO.: 09-CV-80656-MARRA/JOHNSON

  Plaintiff,

vs.

JEFFREY EPSTEIN,

  Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Stipulation of Dismissal with Prejudice. The Court being fully advised, it is hereby,

ORDERED AND ADJUDGED that

1. All of Plaintiff's claims against Jeffrey Epstein are DISMISSED WITH PREJUDICE; however, the Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of December, 2009.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE