# EXHIBIT M





| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV |

Latest Headlines   Gabby Petito   Supply Chain Crisis   Covid-19   Piers Morgan   Prince Harry   Meghan Markle   World News   Most read                    Login

# account of the masseuse at the center of the explosive Prince Andrew 'sex slave' drama... but is she telling the truth?

- Prince accused of abusing 'Jane Doe 3' at orgy where she was 'sex slave'
- Jane Doe 3 is Virginia Roberts, whose story was first uncovered in 2007
- She told extraordinary story of three years working for billionaire Epstein
- Said that she was paid to give erotic massages to tycoon and associates
- Claimed Ghislaine Maxwell, daughter of Robert, acted as his 'madame'
- Palace has emphatically denied Prince had relations with underage girls
- Now the most complete story yet of this young woman can be published

SHARE SELECTION

By **SHARON CHURCHER FOR THE MAIL ON SUNDAY**
**PUBLISHED:** 17:30 EDT, 3 January 2015 | **UPDATED:** 13:47 EDT, 4 January 2015

**4k** shares

**It is the most extraordinary story of sex, power, influence and the abuse of young girls and it has already sent Jeffrey Epstein, one of the richest men in America, to jail.**

Follow Daily Mail
Follow Daily Mail
Follow @DailyMail
Follow Daily Mail
Follow @dailymailuk
Follow Daily Mail

And today this sordid saga erupted once again with Prince Andrew sensationally forced to deny having any sexual contact with the woman whose claims have dogged him for years. Last week, the Prince was accused of abusing 'Jane Doe 3' – an anonymous name used in American court papers – at an orgy where she was being used as a sex slave. Jane Doe 3 is Virginia Roberts, whose story was first uncovered in 2007 by The Mail on Sunday following a painstaking investigation by our reporter Sharon Churcher, who tracked her to Australia.

The story Miss Roberts told was extraordinary – how she spent three years as an under-age 'sex slave' working for billionaire Epstein, a friend of the Prince, and paid to give erotic massages to the tycoon and his associates. She also claimed that Ghislaine Maxwell, daughter of disgraced tycoon Robert Maxwell, acted as Epstein's 'madame'.

The allegations by Miss Roberts are threatening the reputation of the Queen's second son. The Palace has emphatically denied that the Prince has had relations with underage girls.


**Breaking her silence:** Miss Roberts when she spoke to the Mail on Sunday in 2011

+9

Read More

## FEMAIL TODAY


▸ Alec Baldwin says his 'heart is broken' after accidentally killing cinematographer with a 'gun that was loaded with LIVE and not blank rounds' on set of Western movie Rust


▸ Khloe Kardashian shows off her VERY round derrière and fit physique in tight-fitting workout gear as she steps out with daughter True in LA


  Paris Hilton's over the top wedding registry revealed: Heiress's wish list includes $3,200 picture frame and $4,885 vase - ahead of wedding to Carter Reum


  Scott Disick, 38, enjoys night out with blonde influencer Elizabeth Grace Lindley, 23, as he's seen for FIRST time since Kourtney's engagement to Travis


▸ Robert De Niro's estranged wife Grace Hightower will not receive half of actor's '$500m' wealth... after it's claimed her $375k monthly spending made him 'run out of money'


▸ From a fitness fanatic who struggles with redness to a parent-of-three with a dried-out complexion, how one product could help tackle different types of skin sensitivity
SPONSORED

  Grieving husband of Halyna Hutchins says he has spoken to Alec Baldwin after the actor accidentally shot the cinematographer dead in movie-set tragedy

▸ Victoria's Secret model Erin Heatherton claims 'nutritionist to stars' put her on 'bathwater meth' diet pills and hormone injections after brand told her to lose weight

▸ Jamie Lynn Spears claims her parents cut her off from Britney as they pushed her to get an abortion at age 16

  Like Angelina Jolie and her metal 'chin cuff', stars are putting their money where their mouth is... but how

Now, thanks to the court documents Miss Roberts lodged in Florida last week, The Mail on Sunday can publish the most complete story yet of how this young woman was exploited by Epstein's shuttered world of seedy sex and influence. We spoke to Miss Roberts twice, the last time just 12 months ago. While fragments of her testimony to us were reproduced last week, only now can we present her comprehensive account with previously unpublished material.

Last week it was sensationally claimed that Prince Andrew had taken part in what, it was implied, was sex with a girl who was under the age of consent according to the law in Florida. As the papers lodged in the Palm Beach court spell out: 'Epstein forced Jane Doe 3 to have sexual relations with a member of the British Royal Family, Prince Andrew (aka Duke of York).

'Epstein instructed Jane Doe 3 that she was to give the Prince whatever he demanded and required Jane Doe 3 to report back to him on the details of the sexual abuse. Maxwell facilitated Prince Andrew's acts of sexual abuse by acting as a "madame" for Epstein.'

In response, Buckingham Palace issued a strongly worded denial.

But Miss Roberts's account differs. She says she first encountered Epstein and later Prince Andrew through Ghislaine Maxwell, daughter of the disgraced newspaper tycoon Robert Maxwell.

**SHARE THIS ARTICLE**

**4k** shares

**RELATED ARTICLES**


'No, I did not have sex with that girl': Palace sensation as...

Andrew and the under-age 'sex slave': Duke denies claim in...


Harvard law professor named alongside Prince Andrew in...

Maxwell's daughter the 'high-class madame': Court papers say...

She was working as a changing room assistant in the spa at Donald Trump's palatial Florida country club, Mar-A-Lago, where her father was a maintenance manager. Soon after her 15th birthday, in 1998, she says she met Ghislaine at the club.

The socialite was a friend of Epstein's and the pair were known in New York and London for their hedonistic lifestyle, which concerned Royal courtiers after Andrew began to associate with them. Andrew was photographed surrounded by topless women during one holiday with them in Thailand and was pictured sweatily cavorting with Ghislaine at a Halloween sado-masochistic-themed party in Manhattan, reinforcing his public image as a party loving playboy.

**Scroll down for video**



+9

**Teen: Miss Roberts pictured aged 15 at her mother's home in Palm Beach, Florida, in 1998**

Miss Roberts says she had no idea of the risks she was running when she leapt at an invitation from Ghislaine to work for Epstein. 'I was wearing my sexy white Mar-A-Lago uniform – a white miniskirt and a skintight white polo top – and studying an anatomy book when I was approached by this striking woman in her mid-40s with a very proper British accent – Ghislaine,' Miss Roberts told The Mail on Sunday.

'She noticed what I was reading and I told her I wanted to become a masseuse and she said she worked for a very wealthy gentleman called Jeffrey Epstein who was looking for a travelling masseuse and I'd get training and be paid large amounts of money.'

Miss Roberts was told she could start work immediately and was driven to Epstein's sugar-pink mansion on the Palm Beach waterfront. The stairway was decorated with photos of naked young girls and Miss Roberts eventually would learn that she, too, was being photographed by hidden cameras.

'But I was too nervous to take it in,' she says. 'Another lady led me into Jeffrey's bedroom. It had a king-size bed, and a spiral staircase that led down to a pool.

'The lady walked me straight through into the massage room. It was part of a suite – a shower room, a steam room and another closet-sized room where I later learned the sex toys were kept.

'Jeffrey was lying face-down on a table, completely naked. He asked me a whole bunch of questions and within the first hour, he knew my life story. I told him I'd been a runaway and I'd lived on the street and I'd taken ecstasy tablets and I wasn't a virgin and he said, "So you're a bad girl in a good girl's body".'

'The lady told me to follow her instructions. She had me put oil on my hands and then she grabbed one of his feet and started to massage it and she told me to take his other foot. Then she took off her shirt and started rubbing her breasts across Jeffrey and told me to take off my clothes. He had sex with

▸ 'The greatest fear is fatal injury on-set': Elijah Wood, James Gunn and Debra Messing lead reaction to 'accident on-set of Alec Baldwin's new film

▸ From parking spot brawl and homophobic slurs to battles with anger management: How shooting tragedy is latest dramatic episode in Baldwin's turbulent career

▸ Kate Beckinsale SLAMS 'deliberately twisted' quotes of her 'bragging' about 152 IQ: 'If that triggers you... that's your problem'

▸ Republican tells Royal Family to STRIP Meghan Markle of her royal title for interfering in US politics: GOP Reps. tell 'out-of-touch' Duchess to 'stick to acting'

▸ Chrissy Teigen shares sweet snap of her 'big' kids Luna and Miles during festive family outing at The Grove

▸ Chrishell Stause dazzles in a sequined bodycon sundress while filming scenes for Selling Sunset as hit Netflix show is set to return for Season 4

▸ For ALL the showbiz news on the internet, go to Newzit.com

SPONSORED

me and the woman fondled me. I was thinking, "This is wrong. This is not legitimate massage." But they liked me. The lady said, "She's got a knack for it." And I thought, "These are important people. I must be doing something right." The lady gave me $200 [£130] and said I was to come back the next day.'

Miss Roberts was nauseated by the sexual acts that she was instructed to perform. But she was charmed by Epstein's rags-to-riches life story – which, he intimated, was an example to her. 'Jeffrey said he wanted to be my mentor,' says Miss Roberts. 'I felt that he and Ghislaine really cared for me. We'd do family things, like watch Sex And The City and eat popcorn.

'But it was a sick family. I was a paedophile's top girl, being trained up for a British Prince. He trained me to do whatever a man wanted. I was worried, but I would do anything to keep Jeffrey happy and keep my place as his No 1 girl.'

It was in 2001 that Miss Roberts was told she would be flying to London – and after they landed they drove straight to Ghislaine's house. 'Ghislaine showed me upstairs to a small bedroom. That night I gave Jeffrey an erotic massage. I was jetlagged. I went to sleep.

+9

**Youthful pose: Virginia Roberts as a teenager in 1997, before she met Jeffrey Epstein**

- From helicopter crashes to the blank round that killed Brandon Lee: A look back at tragedies on movie sets after Alec Baldwin accident
- Serena Williams slips her athletic figure into a vibrant red playsuit as she attends model Candice Swanepoel's 33rd birthday bash in New York City
- Stephen Baldwin asks for 'prayers tonight' after brother Alec Baldwin accidentally shot and KILLED female cinematographer on set of his movie Rust in New Mexico
- Molly-Mae Hague lives up to her millionaire lifestyle as she shows off $250,000 designer jewelry at Christmas product launch party
- 'At least I'm shading half a t*t': Rebel Wilson showcases 30kg weight loss in black swimsuit in throwback snaps taken on 41st birthday on French Polynesian island
- Adele jokingly compares herself to a 'bald eagle' when she's not glammed up on stage as she teases it's harder for people to recognize her in public
- Winged eyeliner? No problem. The TikTok viral Lottie London Stamp Liner is the best tool for PERFECT flicks every single time - and it's under $6
**PROMOTED**



+9

**Her big day: Miss Roberts with her husband Robert on their wedding day in Thailand in 2002**

'The next morning, Ghislaine came into my room. She was chirpy and really giddy. She jumped on the bed and said, "Get up, get up, sleepyhead. You've got a big day. We've gotta go shopping. You need a dress because you're going to dance with a prince tonight." She said I needed to be "smiley" and bubbly and very happy to be around him and give a lot of energy to him because he was the Queen's son. Miss Roberts said they went shopping for a £5,000 Burberry bag and other designer dresses, perfume and makeup. 'We got back to Ghislaine's house around 4pm and I ran straight upstairs to have a shower,' she said.

'When I went downstairs, Ghislaine and Jeffrey were in the lounge. No one seemed too fussed even though we were expecting the Duke of York any minute. There was a knock at the door. There was a car outside with two men, who I think were security. Ghislaine led Andrew in and introduced me and we kissed each other on the cheek as I'd been told is the English custom.

**FATHER OF ALLEGED VICTIM: 'I DON'T CARE IF HE'S A PRINCE OR A PAUPER'**

'Ghislaine served tea. She knew Fergie, who I gathered was the Prince's ex-wife, and they talked very fondly about their daughters.

▸ 'Kind and loving' cinematographer in Alec Baldwin tragedy: Ukraine-born mother Halyna Hutchins, 42, trained as a journalist and was tipped as a rising star in Hollywood

▸ Halle Berry 'told disgraced director Bryan Singer to 'kiss my Black a**' as X2 cast confronted filmmaker on the set of sci-fi film'

▸ Megan Thee Stallion puts on a racy display as she flaunts her curves in a mesh bodysuit while writhing around in shallow water for new song SG

▸ Rita Ora, 30, nails casual chic in a black tracksuit during romantic dinner with dapper boyfriend Taika Waititi, 46, at La Poubelle in LA

▸ Eddie Redmayne reveals treated his grandma, 99, to a karaoke version of new West End show Cabaret in her care home but jokes she fell asleep during his performance

Then Ghislaine played one of her favourite guessing games. She asked Andrew how old he thought I was and he guessed 17 and they all kind of laughed about it and Ghislaine made a joke that I was getting too old for Jeffrey. She said, "He'll soon have to trade her in."'

It was widely known in Jeffrey's set that he liked young girls.

Miss Roberts says she sat between Jeffrey and Andrew at dinner, claiming: 'Andrew was making eye contact with me at every chance and concentrating on my plunging V-neck top. He didn't ask me anything about myself. I just sat there with a smile frozen on my lips. Ghislaine had whispered, "The Prince seems really interested in you."

'We went on to Tramp. We were led into a VIP area and Andrew got me a cocktail from the bar then he asked me to dance. He was the most hideous dancer I had ever seen. He was grabbing my hips and he was pouring with perspiration and he had this cheesy smile. I was used to being used for sex by men but it was not behaviour that I was used to in public, and not from a Prince who had daughters. I felt everyone was watching us.'

By her account, Miss Roberts's first tryst with the then 41-year-old Prince allegedly took place later that night at Ghislaine Maxwell's London townhouse. 'All of us went upstairs and I asked Jeffrey to snap a picture of me with the Prince. I wanted something to show my Mom. Ghislaine and Jeffrey left us after that,' she said.

'In the morning, Ghislaine said, "You did well. He had fun." We flew straight back to the States. I suspected that the only reason we went to London was that I was a "gift" to Andrew.'

Miss Roberts makes the extraordinary claim that she was

+9

**Sky Roberts, father of Virginia Roberts, who has demanded Prince Andrew face court is his daughter's claims were true**

Last night, the father of alleged victim, Sky Roberts, 58, demanded the royal face court if his daughter's claims were true.

He told the Sun on Sunday: 'I don't care if he is prince or pauper. If what Virginia said is true he has to pay the consequences.

'If the Prince had sex with my daughter when she was underage, he has to be prosecuted.'

Speaking at his ranch in Summerfield, Florida, he added: 'I thought all of this was in the past. I feel sick now to think of these men and her.'

His daughter said: 'There will be a time when we explain stuff, just not this time.'

Elsewhere, Epstein's former butler Juan Alessi - who worked at his Florida mansion for 11 years - said in 2011 the Prince spent weeks there.

He claims Prince Andrew was a guest at pool parties full of naked women and also enjoyed daily $100-an-hour massages.

▶ Mary J Blige leads the way in glamorous ruby red coat and leather trousers as she joins Lil' Kim and Slick Woods at star-studded Bottega Veneta show

▶ Pregnant Kylie Jenner shares artsy, shadowy snap of her 'growing' baby bump... after teasing gender of her second child

▶ CNN refuses to apologize for 'bruising the ego' of Joe Rogan by claiming he'd taken 'horse dewormer' ivermectin for COVID infection

▶ This French 'miracle moisturizer' is the perfect multitasker for all skin types - and it counts Lady Gaga, Gwyneth Paltrow and Karlie Kloss as fans
PROMOTED

▶ Family of Brandon Lee - who died while making The Crow in 1993 - say 'no one should ever be killed by a gun on a film set' after Baldwin tragedy

▶ Milla Jovovich flashes her megawatt smile as she poses with daughter Ever Anderson at book party for celeb photographer Brian Bowen Smith

▶ Sun-safe and sexy: Aussie comedian Celeste Barber lampoons Kylie Jenner in a hilarious bikini-clad spoof video

▶ House Of The Dragon FIRST LOOK: Aerial shots reveal the iconic Winterfell Castle and Weirwood Tree will feature in the hotly-anticipated Game Of Thrones prequel

▶ Britney Spears marvels at her recent weight loss as she shows off her toned torso in dance video: 'I finally see some definition in my abs!'

▶ 'Philip would have told her to slow down': Royal experts reveal how the Queen, 95, 'feels it is her religious duty to not step back'

paid about $15,000 (just under £10,000) by the 58-year-old Epstein as a reward for sleeping with the Prince and other sexual services for Epstein.

There is no suggestion that the Prince knew that Epstein paid her.

'I was totally under Jeffrey's spell. I was his personal sex slave. Ghislaine joked about how young I was when they introduced me to Andrew.'

Despite the Palace's vehement denials of impropriety, Miss Roberts says: 'It was made clear to me that my job was to do whatever pleased him' – adding that she 'wouldn't have dared object' to any demand.

'The Prince didn't give me money with his own hands,' she added. 'Jeffrey always took care of paying me after I "entertained" his friends."

Andrew was at the time a special trade envoy, but after Epstein was prosecuted he resigned. He subsequently broke off his friendship with the financier and has been working to rebuild his reputation with his charitable trust. His focus is on trying to grow British prosperity, including training young people to become 'economically active' through schemes such as apprentices and a digital enterprise award.

Speaking later, Miss Roberts said she remains mortified by her meeting with Prince Andrew.

'To be honest, I was sort of excited to meet the Prince. That was the lifestyle to which Jeffrey had accustomed me,' the blonde, now 30, said.

Miss Roberts says she met Andrew for a second time around Easter 2001, at Epstein's Manhattan mansion.

'I was in Florida when I was called up and told I was needed in New York,' she recalls. 'When I got to the mansion, I was told, "Get ready. You are meeting someone in the library." Andrew was sitting there in a big leather armchair behind which there was a desk covered with photos of girls and young women, including one of me.

'I was almost nude in the picture. I don't think Andrew could have missed seeing it when he walked in. Ghislaine had just given him a present, some kind of big blow-up

**Great Businesses Deserve To Grow. We're Here To Help.**
Watch this quick demo to see how Salesforce helps small businesses find leads, close deals,

+9

Going public: Miss Roberts as she is now

▶ Cindy Crawford, 55, wows in a black satin dress as she clutches doggy bag following family dinner with husband Rande Gerber, 59, and daughter Kaia, 20, in Malibu

▶ Sophie Turner shows off her lithe legs in T-shirt dress as she and husband Joe Jonas leave their hotel in NYC

▶ Kourtney Kardashian and momager Kris Jenner are lookalikes in long black coats as they prepare for Kim's 41st birthday bash at Calabasas studio

▶ Gene Simmons puts his Las Vegas mansion on the market for $14.95 million... just months after he snapped it up for $8 million following his plan to leave California

▶ Check her out! Queen's daughter Zara Tindall is effortlessly elegant in a purple coat as she attends season opening meeting at Cheltenham racecourse

toy that was his Spitting Image puppet. He was smiling ear-to-ear. He looked like a kid whose parents were taking him to Disney World.

'A beautiful girl called Johanna Sjoberg, who worked for Jeffrey, was sitting on Andrew's knee. Ghislaine guided me over to Andrew and I think he recognised me though I don't know if he remembered my name. We kissed each other on the cheek and Ghislaine placed me on his other knee.'

In an interview with The Mail on Sunday, Johanna has confirmed the encounter, saying she was 21 at the time and had been hired by Ghislaine to answer phones and serve drinks in return for $20 (£13) an hour.

Ghislaine subsequently asked her to give Epstein foot massages, she elaborated, and the tycoon tried to persuade her to 'touch his nipples'. 'He couldn't believe I refused. No one else had ever done that,' she said.

After being introduced to Andrew in the library, she sat on his lap. Miss Roberts says it was made clear to her that she was expected to have sex with Andrew – although again the Palace completely refutes any suggestion of impropriety.

'Ghislaine said, "You should take him upstairs for a massage," ' she says, burying her face in her hands. 'I took him upstairs to the Dungeon. He undressed and lay face down on the table. I started with his feet, then his calves the way Jeffrey liked it.'

▶ Beyonce wishes Kim Kardashian a happy 41st birthday with a cute baby photo... as the singer seems to put to rest rumors of a feud

▶ Naked ambition: Model Shanina Shaik leaves NOTHING to the imagination as she poses for completely nude shower selfies

▶ Nicolas Cage, 57, says fifth wife Riko Shibata, 26, is not submissive and reveals she 'loved' posing for their first magazine cover

▶ Addison Rae turns heads in a pink coat with fluffy purple trim while Charli XCX flashes her toned midriff as they attend a jewelry launch dinner

▶ Sir Michael Caine, 88, looks dapper in a navy suit as he enjoys a night out at Scott's with his wife Shakira, 74

▶ Ed Westwick appears to have 'Halloween sorted' and teases costume with naked bathroom selfie

▶ 'What a fool!': Dame Joan Collins, 88, slams 90-year-old William Shatner's space mission as she stresses 'let's take care of this planet first before we start going off'

▶ Lucy Liu dons an eye-catching gold pleated frock as she enjoys a night out in New York City's Chinatown



+9

**Friends: Prince Andrew with Jeffrey Epstein in New York in 2011 after the financier's conviction**

This time there was no extra payment for the session, she added. 'Because I wasn't on the road, I just got my usual hourly rate, which at that time was $200.'

She met Andrew one final time on Epstein's Caribbean island, where she says she entertained him with an 'orgy'. 'I flew there with Jeffrey and Ghislaine,' she says, 'and seven Russian girls who didn't speak a word of English turned up with a modelling agent. Jeffrey was so excited. He said, "We're going to do a big photo shoot with you and the girls." The agent took the pictures.

'They were very provocative. We were topless and he had us in sexual positions. Then were told to assemble in a big cabana. When I walked in, Andrew and Jeffrey were seated in chairs. Jeffrey directed us with hand gestures. Jeffrey and the Prince were laughing. The next day, Andrew was gone.

'I remember thinking I would never have a normal life again but, as sick as it sounds, Jeffrey was my master. I was totally in his power. I never thought of trying to escape.'

▶ Dame Judi Dench, 86, gazes adoringly at her conservator partner David Mills, 77, as he receives an honorary fellowship at University Of Winchester

▶ Gwyneth Paltrow wows in a demure knitted cardigan and maxi skirt to unveil her VERY risqué new Netflix series Sex, Love & Goop

▶ Princess Leonor of Spain joins her parents King Felipe VI and Queen Letizia and sister Sofia to meet winners of her namesake Princess of Asturias Awards

▶ They're ENGAGED! RHONJ star Teresa Giudice reveals she is set to wed Louie Ruelas following lavish Greece proposal after just one year of dating

▶ New Anthopologie campaign featuring a model in a blonde wig who bears VERY striking resemblance to Princess Diana is slammed by fans

Everybody knows her name, but actress Shelley Long, 72, is almost unrecognizable from her Cheers heyday as she steps out to walk her pet Chihuahua in LA

▶ 'My mental health has taken a huge dip': Great British Bake Off star Candice Brown details how ADHD diagnosis has affected her life and admits people struggle to be around her

ABBA release Just A Notion, the third track from their upcoming

For her 19th birthday, in August 2002, Epstein purchased a plane ticket to Thailand for her, where he enrolled her in a massage course.

Asked if she planned to escape, she blushes. Despite the degradation she endured, she insists that she never would have lied to her 'mentor'.

'I really did think that I could give him better massages if I studied in Thailand,' she says.

Shortly after arriving there, however, she met an Australian martial arts expert, whom we have agreed to identify only by his first name, Robert. They fell in love and, just ten days later, they married.

'Robert taught me how to live again,' says Miss Roberts.

For 11 years, they lived in virtual seclusion in a rural suburb of Sydney. But a year ago, the couple moved back to America with their three young children. 'I still dream about Jeffrey. I still wake up at night in tears,' said Miss Roberts, who is working on a memoir.

Her memory of Prince Andrew plays heavily on her mind.

'A lot of powerful men were part of Jeffrey's scene, but I specifically remember Andrew,' she says.

+9

Miss Roberts claims that her first tryst with the then 41-year-old Prince allegedly took place later at the London townhouse of Ghislaine Maxwell, pictured

But she says it is now time 'to fight', adding: 'When I think of what he and these other men did, it breaks my heart. I am going to name every guy who deserves to be named when I go to court.'

And yesterday she said she was being 'unjustly victimised again' after her account was called into question. 'These types of aggressive attacks on me are exactly the reason why sexual abuse victims typically remain silent and the reason why I did for a long time,' she says. 'That trend should change. I'm not going to be bullied back into silence.'

Epstein's lawyer Jack Goldberg said the allegations were old and salacious and had been consistently proven to have no merit.

Ghislaine Maxwell was not available for comment but has previously branded all claims against her as 'untrue' and 'obvious lies'.

comeback album Voyage... after unveiling first new music in almost 40 YEARS

Boohoo has just launched its biggest collaboration ever with Megan Fox - here's what we're buying

Pregnant Jess Hart shows off her baby bump as she reaches the six month mark - after moving back to Australia

Sweaty Betty and Halle Berry's bestselling collaboration is back for a SECOND collection and it's perfect for autumn workouts

Mick Jagger poses in front of a mural of HIMSELF and delightedly spots his daughter Georgia's favourite hair salon while walking in LA

10/22/21, 11:02 AM
Case 1:21-cv-06702-LAK Document 35-13 Filed 10/29/21 Page 13 of 13
Virginia Roberts' account of the explosive Prince Andrew 'sex slave' drama | Daily Mail Online



+9

▶ Rebel Wilson shows off her slimmed down figure after losing 30kg in a pink sweatshirt and black leggings as she leaves beauty salon in LA

▶ Conor McGregor looks in high spirits as he cuddles son Rían, five months, and his fiancée Dee Devlin as they enjoy homecoming trip to Dublin

▶ Kim Kardashian's children throw her a 'lit' birthday party while dancing to her Saturday Night Live musical sketch about falling asleep in the club

▶ Queen, 95, spends night in hospital undergoing tests after cancelling visit to Northern Ireland - and is now 'in good spirits' back home at Buckingham Palace

▶ Gwyneth Paltrow's skin secret at 49: This number one best-selling 'facial in a jar' will give you an instant glow - and you can buy it in Australia

▶ EDEN CONFIDENTIAL: Tycoon's yacht stars as Dodi Fayed's love boat in new season of The Crown

▶ Olivia Newton-John gives an update on her stage four-cancer battle as she shares hopeful news on NBC's Today

▶ Billionaire couple Andrew and Nicola Forrest buy Olivia Newton-John's Byron Bay wellness spa and resort 'for about $30million'

**Share or comment on this article: Virginia Roberts' account of the explosive Prince Andrew 'sex slave' drama**

4k
shares

**Most Beautiful High School Campuses in the U.S.**
FamilyMinded

Sponsored Links

**Freelancers Could Qualify For These Small Business Cards**
NerdWallet