# EXHIBIT N

# Jeffrey Epstein accuser was not a sex slave, but a money-hungry sex kitten, her former friends say



*Photo, filed in Florida court, shows how close Virginia Roberts and Prince Andrew were.*

The woman who accused billionaire Jeffrey Epstein of preying on her was not a sex slave, her former pals told the Daily News.

Instead, they said Virginia Roberts was a money-hungry sex kitten, who flashed her cash and enjoyed the finer things in life.
AdChoices

Roberts, now 31, not only relished her role as Epstein's "traveling masseuse" some 15 years ago, she regularly recruited and supplied girls to the freaky financier, her old friends say.

"She was like the head b---h," said Philip Guderyon, who used to hook up with Roberts and drive her to and from Epstein's mansion in Palm Beach, Fla. "She'd have like nine or 10 girls she used to bring to him."

Guderyon and others who knew Roberts said she was living the high life: making thousands of dollars a month before her 18th birthday. She bought fancy clothes and drove around in Epstein's Mercedes.

"She never looked like she was being held captive," Guderyon said. "She and the other girls would walk out of there smiling, with their little bathing suits on, like they had just come from the beach. She'd have like four grand. And then I'd take them all to the mall and they'd get their nails done."
AdChoices



(AP)
1 / 3

The accounts paint a portrait of a hard-partying teen who eagerly traded sex for cash – and gave no indication she was acting against her will.

Crystal Figueroa, whose brother dated Roberts in the early 2000s, said the young temptress often asked her for help in finding girls for Epstein.

"She'd say to me, 'Do you know any girls who are kind of slutty?" Figueroa recalled.

"She would always brag about all the money she had," Figueroa added. "I don't think anybody was forcing her to do anything."

Roberts' lawyers said the claims don't refute their contention that she was victimized by a child predator.



*How the Daily News covered Prince Andrew and Jeffrey Epstein sex slave accusations. (New York Daily News/New York Daily News)*

"To say that our client acquiesced in this abuse, or that the abuse was OK because she was paid for it — leaves out the fact that this is why we have laws in the United States to protect minor children who are groomed and sexually trafficked by adults," lawyer Sigrid McCawley said.

Epstein, 61, served 13 months in a Florida prison after pleading guilty in 2008 to soliciting a minor for prostitution. The scandal was revived in January when Roberts claimed in court papers that she was forced as a minor to have sex with Prince Andrew and famed lawyer Alan Dershowitz - allegations both men have denied.

Roberts claimed that she was Epstein's "sex slave" between 1999 and 2002 — starting at age 15. During that period, she says, she was forced to take part in wild orgies and bedded both Dershowitz and the British royal.

In 2001, she was paying the rent for a two-bedroom apartment in Royal Palm Beach she shared with her boyfriend Anthony Figueroa and his pal Anthony Valladares.

"The only time she'd leave is when she would go on dates," Valladares told The News. "She'd say, 'I'd have to go to my millionaire's house.' She'd leave for a day or two or more, and then come back with money."



*Figueroa's mom, Mara, says she had no problem with Roberts. (Robin Rayne)*

Valladares wasn't convinced of Roberts' xxxtra-curricular activities until one day when he joined her on a trip to the Palm Beach International Airport. From the airport lobby, he watched her stroll inside an all-black private jet.

"She was in there for like a half-hour and then came back with a couple grand and said, 'Let's party,'" Valladares recalled.

Flush with cash and frequently traveling to exotic locales, Roberts' jet-setter lifestyle marked a dramatic reversal of fortune.

In 1998, the 15-year-old Roberts was living in a substance abuse treatment facility in Lake Worth called Growing Together — according to Guderyon, who was there at the same time. That summer Roberts was recruited to provide massages for Epstein. She eventually moved in with Figueroa's family in Royal Palm Beach.

"She was a very nice girl," said Figueroa's mother, Mara. "We didn't have any problems with her."

Jeffrey Epstein accuser was not a sex slave, but a money-hungry sex kitten, her former friends say



*Virginia Roberts' old flame Anthony Figueroa says she tried to leave sex biz. (Marcus Santos)*

Anthony Figueroa said his former flame had wanted out of the life.

"She tried to stop before, but she ended up getting dragged back into it," he said.

Roberts, in federal court papers, claimed Prince Andrew and Dershowitz had sex with teen girls supplied by Epstein. And she is seeking to join a civil case brought against the U.S. government claiming the rights of several alleged Epstein victims were harmed in his plea negotiations.

Federal prosecutors filed a motion last week portraying the woman identified as Jane Doe No. 3 as an opportunist. The feds allege that Roberts, when asked in 2007 to assist in the investigation of the billionaire pervert, said "she did not want to be bothered about the Epstein matter again."

But Roberts changed her tune two years later when she was notified about Epstein's plea deal, which

would allow her to collect civil damages. She contacted a lawyer "within days" and filed a lawsuit in Florida five months later, the feds say.

Roberts' lawyer said the mother-of-three came forward to set an example for other child sex victims.

"Blaming a minor child who was being sexually trafficked by a wealthy and incredibly powerful individual is irresponsible," McCawley said, "and works only to silence other victims and reward the abuser."

*Rich Schapiro reporting in Royal Palm Beach, Fla.*

With Larry Haley

- jeffrey epstein