UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VIRGINIA L. GIUFFRE,

                      Plaintiff,

          -against-                             21-cv-6702 (LAK)

PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                      Defendant.
------------------------------------------x

## SUPPLEMENTAL SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court conferred today by video with counsel for the parties concerning discovery and trial. In light of the discussion, it is hereby

        ORDERED, as follows:

        1.     The parties expressed the intention to take 8 to 12 depositions each. No ruling was sought or made with respect to Fed. R. Civ. P. 30(a)(2).

        2.     Any requests for letters rogatory or letters of request, and any notices pursuant to Fed. R. Civ. P. 44.1, shall be filed no later than December 15, 2021.

        3.     Opposition and reply papers with respect to defendant's pending motion to dismiss the complaint shall be filed on or before November 29 and December 13, respectively.

        4.     Initial disclosures shall be served on or before November 12, 2021.

Dated: November 3, 2021

                                                               Lewis A. Kaplan
                                                               United States District Judge