UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VIRGINIA L. GIUFFRE,

                        Plaintiff,

           -against-                                    21-cv-6702 (LAK)

PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The Court will hear argument on defendant's motion to dismiss the complaint on January 4, 2022 at 10a.m.

        SO ORDERED.

Dated:      November 4, 2021

                                                   Lewis A. Kaplan
                                           United States District Judge