```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   VIRGINIA L. GIUFFRE,

 4                  Plaintiff,

 5            v.                              21 CV 6702 (LAK)

 6   PRINCE ANDREW, Duke of York,
     in his personal capacity, also
 7   known as Andrew Albert
     Christian Edward,
 8
                    Defendant.                Conference
 9                                            (via Microsoft Teams)
     ------------------------------x
10                                            New York, N.Y.
                                              November 3, 2021
11                                            11:00 a.m.

12   Before:

13                     HON. LEWIS A. KAPLAN,

14                                       District Judge

15                          APPEARANCES

16   BOIES SCHILLER FLEXNER LLP
          Attorneys for Plaintiff
17   BY:  DAVID BOIES
          SIGRID S. McCAWLEY
18        ANDREW VILLACASTIN

19
     LAVELY & SINGER
20        Attorneys for Defendant
     BY:  ANDREW B. BRETTLER
21        MELISSA Y. LERNER

22

23

24

25
```

1             (Case called)

2             THE COURT:  Good morning, everyone.

3             Listen.  I appreciate the fact that counsel were able

4   to agree to the scheduling order, but I think there are some

5   other discovery-related matters that probably warrant earlier

6   attention than later.  That's mainly what I want to accomplish

7   this morning.

8             What do you anticipate in terms of numbers of

9   depositions and identities?  We will start with Mr. Boies.

10            MR. BOIES:  Your Honor, I think that we would have in

11  the neighborhood of eight to 12 depositions.  The number

12  depends a little bit on who we can get and the timing of it,

13  but I would think it would be in the range of eight to 12.

14            THE COURT:  Mr. Brettler.

15            MR. BRETTLER:  That sounds about right to me, your

16  Honor.  Eight to 12 depositions seems like the ballpark number.

17            THE COURT:  Eight to 12 each or eight to 12 overall?

18            MR. BRETTLER:  I can picture eight to 12 on our side.

19            MR. BOIES:  I had meant each, your Honor, as well.

20            THE COURT:  Do you know yet who the core of people is

21  on either side, Mr. Boies?

22            MR. BOIES:  Certainly, obviously, the parties.  In

23  addition, there are a number of potential witnesses.  I can't

24  identify them right now because I am not sure who we are going

25  to be able to get.  That investigation is ongoing.  But I think

1  we would be prepared to start some of the depositions
2  relatively promptly.  But some of the ones we may not identify
3  for another two months, as much as two months.
4           THE COURT:  Mr. Brettler.
5           MR. BRETTLER:  I agree.  Obviously, the parties --
6  there will be a number of third-party depositions.
7           I will note for the Court that a new lawsuit has been
8  filed against the plaintiff in this case that's pending before
9  Judge Buchwald and that case also will probably, I would say,
10 touch on similar issues, and there may be witnesses related to
11 this new matter that would need to be deposed in this matter.
12          THE COURT:  Does either of you anticipate a need for a
13 letters rogatory?
14          MR. BOIES:  There are two people in the United Kingdom
15 where there might be a necessity for a letters rogatory.  I
16 think we may be able to get them to appear voluntarily.  But
17 it's possible.  We ought to know that within the next two or
18 three weeks.
19          THE COURT:  Thank you.
20          Mr. Brettler, what about you?
21          MR. BRETTLER:  I don't anticipate it, your Honor, but
22 I am not ruling out the possibility.
23          THE COURT:  Given the fact that it sometimes takes a
24 lot of time to get that accomplished, I am contemplating
25 putting a deadline for asking me to do it on.

1           What is your reaction to that?  I'll take Mr. Boies
2  first, the plaintiff.
3           MR. BRETTLER:  I think that's appropriate, your Honor.
4           THE COURT:  Mr. Brettler.
5           MR. BRETTLER:  We concur.
6           THE COURT:  Can you live with the middle of December
7  for that?
8           MR. BOIES:  Absolutely, your Honor.
9           MR. BRETTLER:  Yes, your Honor.
10          THE COURT:  I'll put that in an order.  It will be on
11 or about December 15.
12          Is there going to be any need to expand the number of
13 interrogatories and requests for admission inasmuch as they
14 usually are a waste of time, in my experience, anyway?
15          MR. BOIES:  I don't think that we need to expand it,
16 your Honor.  I agree with you that it tends to make more work
17 for the lawyers than it does accomplish.
18          THE COURT:  Not to mention the judges.
19          MR. BOIES:  I think we can live with the number.
20          THE COURT:  Mr. Brettler.
21          MR. BRETTLER:  Yes, your Honor.  In fact, opposing
22 counsel and my colleague, Melissa Lerner, and I met and
23 conferred about this.  I think we are in general agreement that
24 we don't need to expand the number of interrogatories.
25          THE COURT:  Is anybody going to put foreign law in

1    issue?

2    MR. BOIES:  I don't believe so, your Honor.

3    MR. BRETTLER:  We don't believe so either.

4    THE COURT:  How about the December 15, or thereabouts,
5    deadline on Rule 44.1 notices?

6    MR. BOIES:  That would be fine with us, your Honor.

7    MR. BRETTLER:  Same.

8    THE COURT:  Well, in another era, prepandemic era, I
9    would probably set a trial date today.  But I imagine you are
10   aware of the difficulty of getting juries.  Not actually of
11   getting juries.  That hasn't been a problem.  But accommodating
12   juries safely.  So I can't give you a trial date today unless
13   everyone is prepared to waive a jury.  But I can say that I
14   would anticipate somewhere in the September to December period
15   of next year.

16   We, nowadays, in order to accommodate juries safely,
17   put in requests for juries toward the end of the preceding
18   quarter, and then we find out what can be accommodated and what
19   can't.  So I will look at the possibility of September, but, in
20   any case, October through December as being the target here.

21   Anything else we can usefully accomplish this morning?

22   MR. BOIES:  Not from us, your Honor.

23   As Mr. Brettler noted, we had our Rule 26 conference
24   last Friday.  We agreed on a briefing schedule, subject to the
25   Court's order for the motion to dismiss, as well as initial

1   disclosures.  So I think we are moving things along.
2           THE COURT:  What is the briefing schedule you've
3   agreed with respect to the motions?
4           MR. BOIES:  This is obviously subject to the Court's
5   view, but what we had proposed among ourselves was that we
6   would respond on November 29 and they would reply on December
7   13.
8           THE COURT:  I have no reason to quarrel with those
9   dates.
10          MR. BOIES:  We also agreed on our initial disclosures
11  for November 12.
12          THE COURT:  Mr. Brettler, were you saying something?
13          MR. BRETTLER:  I was just going to say, we hadn't
14  agreed on a briefing schedule.  I think Mr. Boies misspoke.
15  They proposed it.  I said we would have no objection to the
16  Court setting that briefing schedule.  Certainly not within my
17  ability to set it for the Court.
18          THE COURT:  No, no.  I appreciate that.
19          The Court has now set it.
20          MR. BRETTLER:  Thank you, your Honor.
21          THE COURT:  Anything else?
22          MR. BOIES:  Not from us, your Honor.
23          THE COURT:  Thank you very much.
24          (Adjourned)
25