UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                      Plaintiff,<br><br>vs.<br><br>PRINCE ANDREW, DUKE OF YORK,<br>a/k/a ANDREW ALBERT CHRISTIAN<br>EDWARD, in his personal capacity,<br><br>                      Defendant. | ECF CASE<br><br>Civil Action No.: 1:21-cv-06702-LAK<br><br>**NOTICE OF MOTION AND<br>MOTION FOR ADMISSION *PRO<br>HAC VICE* OF MARCI A.<br>HAMILTON FOR PROPOSED<br>AMICUS CHILD USA** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Marci A. Hamilton hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for proposed amicus CHILD USA in the above-captioned action.

I am in good standing with the State Bar of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 23, 2021

Respectfully submitted,

CHILD USA

By: _____
Marci A. Hamilton
Pa. Attorney ID 54820

3508 Market Street
Suite 202
Philadelphia, PA 19104
Phone: 215.539.1906
hamilton.marci@gmail.com

*Attorney for Proposed Amicus
CHILD USA*

1