UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VIRGINIA L. GIUFFRE, | ECF CASE |
| Plaintiff, | |
| vs. | Civil Action No.: 1:21-cv-06702-LAK |
| PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity, | **AFFIDAVIT OF MARCI A. HAMILTON IN SUPPORT OF HER MOTION FOR ADMISSION *PRO HAC VICE*** |
| Defendant. | |

Marci A. Hamilton, hereby states:

1. I am an attorney with proposed amicus CHILD USA.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing with the State Bar of Pennsylvania.

4. I have never been convicted of a felony.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My contact information for this action is as follows:

   Marci A. Hamilton, Esq.
   CHILD USA
   3508 Market Street
   Suite 202
   Philadelphia, PA 19104
   Phone: 215.539.1906
   hamilton.marci@gmail.com

8. I respectfully request of this Court that I be permitted to appear as counsel and advocate *Pro Hac Vice* in the above-captioned case for proposed amicus CHILD USA.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24rd day of November, 2021.

_____
Marci A. Hamilton
Pa. Attorney ID 54820

Subscribed and sworn to before me this
24th day of November, 2021.
_____
Victoria L. Child
**Notary Public**

Commonwealth of Pennsylvania - Notary Seal
VICTORIA L. CHILD, Notary Public
Bucks County
My Commission Expires August 24, 2024
Commission Number 1026148

1