

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Marci A. Hamilton, Esq.

**DATE OF ADMISSION**

**May 19, 1989**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 23, 2021

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary

Scanned with CamScanner