UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE, | ECF Case |
| Plaintiff, | |
| vs. | Civil Action No.:  1:21-cv-06702-LAK |
| PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity, | **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF MARCI A. HAMILTON** |
| Defendant. | |

The motion of Marci A. Hamilton for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing with the Bar of the State of Pennsylvania and that her contact information for this action is as follows:

Marci A. Hamilton, Esq.
CHILD USA
3508 Market Street
Suite 202
Philadelphia, PA 19104
Phone:  215.539.1906
hamilton.marci@gmail.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for proposed amicus CHILD USA in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  November ____, 2021

_____
The Hon. Lewis A. Kaplan
UNITED STATES DISTRICT JUDGE