UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

v.

PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN
EDWARD, in his personal capacity,

        Defendant.
_____/

Case No.: 1:21-cv-06702-LAK

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Erika Nyborg-Burch, hereby moves this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Virginia L. Giuffre in the above-captioned action.

I am in good standing in the bar of the State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 6, 2021

Respectfully Submitted,

*/s/* Erika Nyborg-Burch

Erika Nyborg-Burch
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA 94104
Tel: (415) 293-6845
Fax: (415) 293-6899
Email: enyborg-burch@bsfllp.com

*Counsel for Plaintiff Virginia L. Giuffre*