UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.

PRINCE ANDREW, DUKE OF YORK, a/k/a ANDREW ALBERT CHRISTIAN EDWARD, in his personal capacity,

      Defendant.

Case No. 1:21-cv-06702-LAK

**DECLARATION OF ERIKA NYBORG-BURCH IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Erika Nyborg-Burch, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of New York.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: December 6, 2021      Respectfully Submitted,

                                                /s/ Erika Nyborg-Burch

                                                Erika Nyborg-Burch
                                                Boies Schiller Flexner LLP
                                                44 Montgomery Street
                                                41st Floor
                                                San Francisco, CA 94104
                                                Tel: (415) 293-6845
                                                Fax: (415) 293-6899
                                                Email: enyborg-burch@bsfllp.com

                                                *Counsel for Plaintiff Virginia L. Giuffre*