

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12·8·21

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.

PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN
EDWARD, in his personal capacity,

      Defendant.
_____/

Case No.: 1:21-cv-06702-LAK

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Erika Nyborg-Burch, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New York and that her contact information is as follows:

> Erika Nyborg-Burch
> Boies Schiller Flexner LLP
> 44 Montgomery Street
> 41st Floor
> San Francisco, CA 94104
> Tel: (415) 293-6845
> Fax: (415) 293-6899
> Email: enyborg-burch@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/8/21

_____
The Hon. Lewis A. Kaplan
United States District Judge