UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

       Plaintiff,

v.

PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN
EDWARD, in his personal capacity,

       Defendant.

Case No. 21-cv-6702-LAK

_____

## STIPULATION

       Plaintiff Virginia L. Giuffre and Defendant Prince Andrew, by their undersigned counsel and subject to the approval of the Court, enter into this Stipulation.

       WHEREAS the Court entered a Supplemental Scheduling Order requiring that any requests for letters rogatory or letters of request shall be filed no later than December 15, 2021;

       WHEREAS the parties have served written discovery requests and agreed to mutual three-week extensions to respond to such requests, pushing those response deadlines beyond the current deadline for making requests for letters rogatory or letters of request, and thereby necessitating a joint request to extend the December 15 deadline by one month;

       WHEREAS the parties have not previously requested any extension of the deadline for making requests for letters rogatory or letters of request;

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED that the parties' deadline for filing requests for letters rogatory or letters of request is extended to January 14, 2022.

Dated: December 13, 2021

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP | LAVELY & SINGER, P.C. |
| /s/  Sigrid McCawley | /s/  Andrew B. Brettler |
| Sigrid McCawley<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br>smccawley@bsfllp.com | Andrew B. Brettler<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>(310) 556-3501<br>abrettler@lavelysinger.com |
| *Counsel for Plaintiff Virginia Giuffre* | *Counsel for Defendant Prince Andrew* |

**IT IS SO ORDERED.**

Dated:  December ___, 2021

_____
Hon. Lewis A. Kaplan
United States District Judge