# VIRGINIA LEE GIUFFRE

was born in 1983 and registered to vote, giving her address as 1270 J ST, PENROSE, Fremont County, Colorado 81240 United States of America. Party affiliation: DEM Party affiliation date: 02/03/2020. Original registration date: 2/3/2020. **Voter ID number: 602220619**. When registering, she voluntarily chose to give her telephone number and thereby make it public information. It is 1-719-838-1257 This is the most recent information, from the voter list as of 1 August 2021.

Scroll down to see the voter's address history after the table below.

This is a privately owned genealogy website using a purchased copy of the Colorado voter list. A clean voter list is essential to fair elections. Public scrutiny of the voter list can help maintain the integrity of the list and reduce fraud. That is why Colorado law makes the voter list a matter of unrestricted, public information. This site is intended to help genealogists use that public information to trace their family trees. Use this website at your own risk. There is no warranty.

Home Page ... Privacy Policy ... Removal Request Policy ... Download Voter List

Arkansas ... Connecticut ... Delaware ... Florida ... Michigan ... Ohio ... Oklahoma ... Rhode Island ... **NEW:** Wisconsin ... Buy Elsewhere ... Lancaster County, Nebraska marriages ... Potenza (PZ) and Castelcivita (SA) ... Sorted by birth date ... Sorted by name

## Key officials

Do not navigate menus to reach a human. If they maliciously configured their telephone system not to direct the call to a human when you do not select options, the member is out to humiliate and degrade you. Visit the member's office to complain, and vote accordingly.

This voter's address is in the territory of the following elected officials as of 15 January 2021:

Get in contact with **one** U.S. Senator or U.S. Representative for help with a federal agency such as immigration (USCIS), Social Security or Veterans Administration. Just don't think you owe that member your vote. Also, they can only help you if you live in that member's territory. Get in touch with **all three** to bitch about unjust federal laws. Get in touch with their Colorado offices.

| 1 August 2021 | |
|---|---|
| LAST_NAME | GIUFFRE |
| FIRST_NAME | VIRGINIA |
| MIDDLE_NAME | LEE |
| NAME_SUFFIX | |
| BIRTH_YEAR | 1983 |
| PARTY | DEM |
| PARTY_AFFILIATION_DATE | 02/03/2020 |
| GENDER | Female |
| PHONE_NUM | 1-719-838-1257 |
| US_CITIZEN | |
| VOTER_ID | 602220619 |
| VOTER_STATUS_ID | 1 |
| STATUS | Active |

# U.S. Senators

Their territory is all of Colorado.



[Michael Bennet](Michael Bennet)



[John W. Hickenlooper](John W. Hickenlooper)

# U.S. Rep. Doug Lamborn

Fifth Congressional District of Colorado



| | |
|---|---|
| STATUS_CODE | A |
| EFFECTIVE_DATE | 7/28/2021 |
| HOUSE_NUM | 1270 |
| HOUSE_SUFFIX | |
| PRE_DIR | |
| STREET_NAME | J |
| STREET_TYPE | ST |
| UNIT_TYPE | |
| UNIT_NUM | |
| ADDRESS_LIBRARY_ID | 600036051 |
| ADDRESS_NON_STD | |
| CONFIDENTIAL | |
| CONGRESSIONAL | Congressional 5 |
| COUNTY | Fremont |
| COUNTY_CODE | 22 |
| ID_REQUIRED | N |
| MAILING_ADDRESS_1 | |
| MAILING_ADDRESS_2 | |
| MAILING_ADDRESS_3 | |
| MAILING_CITY | PENROSE |
| MAILING_STATE | CO |
| MAILING_COUNTRY | |
| MAILING_ZIP_CODE | 81240 |
| MAILING_ZIP_PLUS | |
| | 936 O |

Doug Lamborn

# Colorado

## Governor

Governor Jared Polis

## Attorney General

Attorney General Phil Weiser

Bitch to the attorney general about police brutality. There is also a consumer protection office.

Tell State legislators below, to repeal blatantly unjust laws, such as underage drinking laws and other drug control restrictions. Tell them to preempt unjust local laws such as zoning restrictions calculated to increase housing costs and to keep out working-class families.

### State Senator Dennis Hisey
Telephone: 1-303-866-4877
E-mail: dennis.hisey.senate@state.co.us

### State Representative Stephanie Luck
Telephone: 1-303-866-2905
E-mail: Stephanie.Luck.house@state.co.us

| | |
|---|---|
| MAIL_ADDR1 | STREET |
| MAIL_ADDR2 | |
| MAIL_ADDR3 | |
| PERMANENT_MAIL_IN_VOTER | No |
| POST_DIR | |
| PRECINCT | 5024722002 |
| PRECINCT_NAME | 5024722002 |
| PREFERENCE | |
| PRE_DIR | |
| REGISTRATION_DATE | 2/3/2020 |
| RESIDENTIAL_ADDRESS | 1270 J ST |
| RESIDENTIAL_CITY | PENROSE |
| RESIDENTIAL_STATE | CO |
| RESIDENTIAL_ZIP_CODE | 81240 |
| RESIDENTIAL_ZIP_PLUS | |
| SPLIT | 02.2.29B |
| SPL_ID | 18497 |
| STATE_HOUSE | State House 47 |
| STATE_SENATE | State Senate 2 |
| STATUS_CODE | A |
| STATUS_REASON | |
| VOTER_NAME | GIUFFRE VIRGINIA LEE |



**_1 February 2021:_** VIRGINIA LEE GIUFFRE was born in 1983 and registered to vote, giving the address 936 O ST , PENROSE, Fremont County, Colorado 81240 Party affiliation: DEM Party affiliation date: 02/03/2020. Original registration date: 02/03/2020. Voter ID number: 602220619.

**_1 December 2020:_** same as above.

**_15 September 2020:_** same as above.

**_1 June 2020:_** VIRGINIA LEE GIUFFRE was born in 1983 and registered to vote, giving the address 936 O ST , PENROSE, Fremont County, Colorado 81240 Party affiliation: DEM Party affiliation date: 02/03/2020. Original registration date: 2020-02-03. Voter ID number: 602220619.

**_1 March 2020:_** VIRGINIA LEE GIUFFRE was born in 1983 and registered to vote, giving the address 936 O ST , PENROSE, Fremont County, Colorado 81240 Party affiliation: DEM Party affiliation date: 02/03/2020. Original registration date: 2/3/2020. Voter ID number: 602220619.

NOTE: The August 2021 update fixes a glitch. Depending on the settings, some browsers refused to send form contents from a secure https:// web page to a non-secure .php file starting with http://

We are testing a new feature which will allow you to request removal of your own data. Your IP address and the date and time will be recorded as well.

State:

Voter ID number *

Last name (as shown on website) *

*I attest that this is my record. The webmaster has my permission to record my IP address, proxy (if any) and the current date
and time. I use this online form without any warranty.

Submit

Built using co_detail.py Saturday 21 August 2021 22:11:04 UTC