UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

                Plaintiff,

             -against-                                    19-cv-3377 (LAP)

ALAN DERSHOWITZ,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

                Plaintiff,

             -against-                                    21-cv-6702 (LAK)

PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

        A document entitled as Settlement Agreement and General Release, said to have been executed by the plaintiff in these actions and by the late Jeffrey Epstein, was filed under seal in No. 19-3377. No. 19-3377, Dkt. 334-1 (the "Document"). The same document has been submitted by the defendant in 21-cv-6702 in support of his motion to dismiss that case. Dkt. 21-6702, Dkt. 32-1. In light of the sealing order in the first action, it has been filed under seal in the second.

        On December 14, 2021, we ordered that, in the absence of a showing, on or before December 22, 2021, of good cause by a party to either of these actions or by a duly authorized executor, administrator, or other representative of the Estate Mr. Epstein, the Court would file the entire Document on the public record on or about January 3, 2022. No such showing has been made.

        Accordingly, the Clerk, on or about January 3, 2022, shall unseal the Document. Specifically, the Court shall unseal and place on the public record Dkt. 334-1 in No. 19-cv-3377 and Dkt. 32-1 in No. 21-6702.

        SO ORDERED.

Dated:  December 29, 2021

                                                                     /s/       Loretta A. Preska

                                                                    Loretta A. Preska
                                                            United States District Judge


                                                                  /s/       Lewis A. Kaplan

                                                                    Lewis A. Kaplan
                                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2021