# Exhibit A

# GIUFFRE

# VS.

# MAXWELL

<u>Deposition</u>

# VIRGINIA GIUFFRE VOLUME II

*11/14/2016*

_____

**Agren Blando Court Reporting & Video, Inc.**
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS
_____

CONFIDENTIAL VIDEO DEPOSITION OF
VIRGINIA GIUFFRE, VOLUME II
                                    November 14, 2016
_____

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.
_____

APPEARANCES:

    BOIES, SCHILLER & FLEXNER LLP
        By Sigrid S. McCawley, Esq.
        401 East Las Olas Boulevard
        Suite 1200
        Fort Lauderdale, FL 33301
        Phone: 954.356.0011
        smccawley@bsfllp.com
        Appearing on behalf of the Plaintiff

```
 1   APPEARANCES:  (Continued)

 2       HADDON, MORGAN AND FORMAN, P.C.
             By Laura Menninger, Esq.
 3              Jeffrey S. Pagliuca, Esq.
             150 East 10th Avenue
 4           Denver, CO 80203
             Phone: 303.831.7364
 5           lmenninger@hmflaw.com
             jpagliuca@hmflaw.com
 6           Appearing on behalf of the
             Defendant
 7
     Also Present:
 8           Ann Lundberg, Paralegal
             Maryvonne Tompkins, Videographer
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    A    They stay with me, and then between me,
2  then they go back to their sister -- my -- not my
3  sister -- my husband's sister, who lives in New South
4  Wales, and then back to us. And then we're also
5  trying to get my brother-in-law involved, who lives
6  in Melbourne, so...
7    Q    And how frequently do they rotate in and
8  out of your house?
9    A    Quite often.
10   Q    And did that begin right when you moved
11 back to Australia?
12   A    That's the biggest reason that we moved
13 back to Australia was my husband has a very close
14 relationship with his parents. They're Italian, so
15 everything has got to be close close, and my husband
16 couldn't let my father-in-law pass away without being
17 there with him.
18   Q    And he's not passed away, correct?
19   A    No. Multiple surgeries and he's got
20 asbestos (sic), and he's not doing well, but he's --
21 he's -- he's doing okay now but he's not in the best
22 health shape. I mean, and given the fact that he's
23 like 83, so...
24   Q    But you do help take care of him?
25   A    Yes.