UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,

    -against-                                        21-cv-6702 (LAK)

PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant moves for an order compelling plaintiff to respond to "targeted" but as yet unspecified "written discovery requests pertaining to her domicile," requiring her "to submit to a two-hour remote deposition limited to the issue of her domicile," and staying all other discovery until the Court determines whether subject matter exists, lack of which would be a potential defense that the defendant refers to as "anticipated" and that he concededly has not actually raised.

        The motion (Dkt 58) is denied, substantially for the reasons set forth in the plaintiff's opposition to defendant's motion. Among other relevant points, it appears that the defendant previously served on the plaintiff extensive discovery, including at least one comprehensive request for documents relating to her domicile, to which responses are due, and have been promised, by January 14. *See* Dkt. 58-2, at 2.

        This ruling is without prejudice to any defense of lack of subject matter jurisdiction that defendant may raise by motion or by answer. It likewise is made without determining the merit, or lack of merit, in plaintiff's assertion that defendant's motion is "a transparent attempt to delay discovery into his own documents and testimony." Dkt. 60, at 2.

        SO ORDERED.

Dated:      December 31, 2021

                                                          Lewis A. Kaplan
                                                          United States District Judge