UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,

-against-                                    21-cv-6702 (LAK)

PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff and defendant each has submitted an application for the Court to issue Letters of Request, pursuant to the Hague Evidence Convention, the plaintiff for witnesses in the United Kingdom and the defendant for witnesses in Australia. Each has submitted a proposed form of Letter of Request.

        Each side shall file any opposition or comment concerning its adversary's proposed form of Letter Request, including any proposed specification pursuant to Article 11(b) of the Hague Evidence Convention, no later than January 20, 2022.

        SO ORDERED.

Dated:     January 15, 2022

                                                    _____
                                                          Lewis A. Kaplan
                                                   United States District Judge