```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VIRGINIA L. GIUFFRE,

                        Plaintiff,

        -against-                                    21-cv-6702 (LAK)


PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                        Defendant.
------------------------------------------x
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The parties, on or before March 7, 2022, shall file a joint written report on the status of pretrial discovery. The report shall include information about completed, outstanding, and anticipated future discovery including interrogatories, document requests, requests for admissions, and depositions, including the identities of witnesses expected, as of the date of the report, to be deposed subsequently and agreed or anticipated dates for future depositions. The report shall advise the Court also of the status of outstanding letters rogatory.

       SO ORDERED.

Dated:      February 8, 2022

                                                    Lewis A. Kaplan
                                             United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022