

February 15, 2022

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, New York 10007-1312

    Re:    ***Giuffre v. Prince Andrew*, Case No. 21-cv-06702-LAK**
              Our File No. 7147-2

Dear Judge Kaplan:

    We write jointly with counsel for defendant to advise the Court that the parties reached a settlement in principle of the above-referenced action.  The parties anticipate filing a stipulation of dismissal of the case within thirty (30) days.  *See* Exhibit A.

    In the interim, the parties request that the Court suspend all deadlines and hold the action in abeyance.

    We appreciate the time and effort the Court has devoted to this matter.

                                              Respectfully,

                                              David Boies

Exhibit A

cc:    All counsel of record

BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504 | (t) 914 749 8200 | (f) 914 749 8300 | www.bsfllp.com