Virginia Giuffre and Prince Andrew have reached an out of court settlement. The parties will file a stipulated dismissal upon Ms. Giuffre's receipt of the settlement (the sum of which is not being disclosed). Prince Andrew intends to make a substantial donation to Ms. Giuffre's charity in support of victims' rights. Prince Andrew has never intended to malign Ms. Giuffre's character, and he accepts that she has suffered both as an established victim of abuse and as a result of unfair public attacks. It is known that Jeffrey Epstein trafficked countless young girls over many years. Prince Andrew regrets his association with Epstein, and commends the bravery of Ms. Giuffre and other survivors in standing up for themselves and others. He pledges to demonstrate his regret for his association with Epstein by supporting the fight against the evils of sex trafficking, and by supporting its victims.