UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VIRGINIA L. GIUFFRE,

                    Plaintiff,

      -against-                                             21-cv-6702 (LAK)

PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                    Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The joint application to suspend all deadlines and hold the action in abeyance is granted to the extent that deadlines are suspended and the action will be held in abeyance to and including March 17, 2022. In the event the stipulation of dismissal is not filed by then, it remains entirely possible that this action will be set for trial when previously indicated.

        SO ORDERED.

Dated:      February 15, 2022

                                                                  Lewis A. Kaplan
                                                  United States District Judge