February 14, 2022
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-23-22

RECEIVED
FEB 23 2022
JUDGE KAPLAN'S CHAMBERS

Dear Judge Lewis A. Kaplan:

My name is Lu Soros living in Miami Beach, Florida and have been informed that you have been a Federal Judge in New York since August 10, 1994 appointed by President Bill Clinton and took senior status on February 01, 2011. You graduated from the best, Harvard Law School and you were in private practice in New York City from 1970 to 1994, at Paul, Weiss. You were born December 23, 1944 making you about 77 years old. You have been lawyering and judging for over (50) fifty years. **This case was filed in New York.**

I would respectfully move you to read the New York State laws to make you realize that you have made a gargantuan error on January 12, 2022 when you denied Prince Andrew's motion to dismiss the law suit. In New York, the age of consent for sexual relations is <u>17</u> years old. This fellow that I met a number of years ago has lost everything including his and his families good name. He has been disgraced and forced to withdraw from Royal duties, that he loved and enjoyed so very much. He became an outcast due to this <u>17</u> year old (of legal consent age) Virginia Louise Roberts Giuffre. This female ran away from her family when she was 12 years old, living on the streets here in Miami. I would see her walking the streets. No school and the parents just let it be. She was finally picked up by Ron Eppinger who gave her a place to sleep and gave her food and clothing and money. After all his help she accused Eppinger of abuse because he asked her to leave. This female is psychosomatic (somatoform disorder). All she wants is money and attention. and no Johns.

I have always said mistakes are for women and children not men. This Virginia Louise Roberts Giuffre should thank her lucky stars and all the men that have been in her company and have protected her from harm enabling her to reach 38 years of age olny to be brutally attacked and accused by her to get money out of them with reckless law suits that cost enormous amounts of money and reputation of men that only helped her along with her journey here on earth. I would sincerely ask this Honorable court to investigate and examine the facts of where were the parents of this troubled teen of 12, 13, 14, 15, and 16 years of age globe trotting with men and women of all ages. By the time she was 17 years old she had a lot of sexual experince and was of legal consent for sexual relations here in new york.

If an adult has sexual activity with someone older than 17, can not be charged with a sex crime. Consent can be given by words or actions, as long as those words or actions create clear permission regarding willingness to engage in the sexual activity. IN this case Virginia Roberts Giuffre claims she was (17) seventeen years old and was paid $15000 for her performance and entertainment of Prince Andrew that by legal statute is in full compliance of new york state law. Just for reference the age of consent for penetrative sex in the united kingdom 15 (16) sixteen years old. (The payment was by a third party without his knowledge or awareness.

Andy has been hanging on for his livelihood which means he may lose his home and his security team that would almost be a clear signal to a deranged person to kill a British prince without bodyguards or any type of protection that he has been given since birth. Due to this writ by mrs. Giuffre that has been living in australia with her husband and children since 2002 claiming abuse of a 17 year old in new york that has damaged his reputation and has wreaked the Royal family over allegations of an event that was allegedly committed over 20 years ago in which memory is not perfect and can be affected by many factors, that include normal functioning, decay over time, and brain damage all affect the accuracy and capacity because information is not retained indefinitely, and DNA methylation/DNA demethylation was found to be a major mechamsm. Drug use also play a major factor.

This Virginia Giuffre, Roberts Giuffre will bite the hand that feeds her. She could have been murdered here on the mean miami streets. This female has had the time of her life mansions and private jets, luxury cars and class A parties but now she is married, has (3) kids and is 38 years old, without any work and she wants to get money any money or any way she can.

Prince Andrew Albert, Christian Edward Mountbatten Windsor is a Falklands war hero helicopter pilot, that his father Prince Phillip, Duke of Edinburgh died last year at age 99. His mother Queen Elizabeth II that is 95 years old, is the longest serving incumbent head of of state and the oldest reigning British female monarch in history. Andy's brother Charles, Prince of Wales, and soon to be the king of the United Kingdom and 14 other commonwealth realms has banished his little brother from the most fabulous castle in the world (I have been there a number of times) and out of the monarchy since his mother summoned him to Windsor Castle after your ruling of January 12, 2022 denying Andrew's motion to dismiss the lawsuit by this 38 year old woman that she affirms that she was 17 years old and gave consent being of legal age and being paid $15,000 for her service that occurred twenty (20) years ago here in New York City. (The payment was made by a third party without his knowledge.) Andy is now officially out of the family business for having an event with a (17) seventeen year old that had run away from home at age (12) twelve being picked up by strangers if the price was right, and then extorting them. I respectfully request that you look at the statutes and or contact lawyers in New York about the 17 year old consent law for people in New York. I have done both.

I Luis Soros would be very grateful if you would take a good hard look at this case and dismiss it before more irreparable damage is done to the Prince, his daughters Princess Eugeine and Princess Beatrice, his mother Queen Elizabeth II his brother Charles the king to be and the royal family. Andy's future is in your hands. It was a very big mistake that he should have passed up on. I did. From the first time I saw her she looked like trouble waiting to happen. She was younger. Virginia's business is sex. Andy did not do anything that was against the laws of New York. 17

Andy did not need to have sex with this woman. He was the talk of any party that he would attend. From New York to St. Tropez, The Caribbean to the Mediterranean girls would throw themselves at him. Every girl at every party would want to bed the Prince. This man has probably had sex with more girls than Hugh Hefner the American magazine publisher and Founder of Playboy. It is completely insane that Andrew the Duke of York would sexually abuse a seventeen year old woman in New York, that is of legal consent and voluntarily agrees to the proposal or desire of another.

This female would never amount to anything good in her life. Now the woman has gained world wide attention and fame because she allegedly claims that she had sexual contact that she approved to in New York city when she was 17 years old and of legal consent age that occurred over (20) Twenty years ago, just for money, with Andy.

Virginia Louise Roberts Giuffre should be charged with Slander along with her lawyers because of the false statements her Attorneys have made here in New York when they know that the consent age in New York is (17) seventeen or older for sex. What these lawyers are doing is a crime that are damaging the Duke of York's reputation and that of the Royal Family. These Attorneys representing Virginia Giuffre are on a fishing expedition searching for a big pay day by causing humiliation, intimidation and embarrassment of the Prince and his family for money so a female of legal consent freely given at 17 in New York. Please reconsider your decision and dismiss. Thanking you is ADVANCE

Very Truly yours

Luis Albert Soro
P.O. Box 398142
Miami, Florida
33239-8142



Luis Soro
P.O. Box 398142
Miami, Florida
33239-8142

Hon Lewis A. Kaplan
Daniel Patrick Moynihan
United States courthouse
500 pearl street
new york, NY
10007-1312