**DOCKET**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

VIRGINIA GIUFFRE (Plaintiff), v. PRINCE ANDREW (Defendant), No. 1:21-CV-06702

PETITIONER'S RESPONSE TO COURT ORDER DATED 31 JAN 22

IN RE

PETITIONER'S EMERGENCY PETITION FOR AN EVIDENTIARY HEATING
TO REVIEW EVIDENCE THAT CONSTITUTIONALL AND STATUTORILY REQUIRES
GRANTING A MOTION TO DISMISS WITH PREJUDICE IN THIS CASE

COVER LETTER
INTERNAL PETITION TO PRESIDENT JOE BIDEN AND
LEGAL NOTICE TO U.S. REP. JAMAL BOWMAN

BROUGHT BY MR. WALTER LEE, PRO SE (Petitioner)

BROUGHT BEFORE U.S. DISTRICT JUDGE LEWIS A. KAPLAN
(Certified #7021 0350 0001 1536 2240 ~ Certified Mailing Date: 16 Feb 22)

INTERNAL PETITION TO PRESIDENT JOE BIDEN

IAW Article III, Sec. 1 of the U.S. Constitution the following is stated:

*The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour,*

When sitting in good behavior is legally defined as the standard of conduct by which a judge is considered fit to continue their tenure in office, and high crimes or misdemeanors by a judge represents impeachable and criminally prosecutable offenses that upon conviction will remove a judge from office, then every Article III judge on the bench must be able to prove they are sitting in good behavior which by definition means they must prove they are not guilty of committing high crimes or misdemeanors in violation of Art. III, Sec.1/Art. II, Sec. 4 of the U.S. Constitution

CONSIDER THE FEDERAL QUESTIONS
U.S. DISTRICT JUDGE LEWIS A. KAPLAN REFUSED TO ANSWER

1st Federal Question: U.S. District Judge Lewis A. Kaplan, do you support the U.S. Constitution and all rights, privileges and immunities therein as the supreme law of the United States of Am?

2nd Federal Question: U.S. District Judge Lewis A. Kaplan, are you sitting in good behavior?

3rd Federal Question: U.S. District Judge Lewis A. Kaplan, have you deprived and or aided and abetted the deprivation of a person's life, liberty or property without due process of law?

4th Federal Question: U.S. District Judge Lewis A. Kaplan, do you recognize Prince Andrew as a full human being and a person entitled to due process and equal protection of the laws in this case?

1

5th/6th Federal Questions: U.S. District Judge Lewis A. Kaplan, what does the U.S. Constitution say must happen next when the Petitioner's 5th and 7th amendment rights have been invoked yet the district court, appellate court and supreme court have refused to support the Petitioner's rights to due process/equal protection of the laws in a public trial by jury, yet these rights are preserved and are the justices on the U.S. Supreme Court sitting in good behavior?

Judge Kaplan did not answer these federal questions because he does not support the supremacy of the U.S. Constitution and all rights, privileges and immunities therein; he is not sitting in good behavior because he is guilty of high crimes and misdemeanors; he refused to recognize Prince Andrew, who is not just a white man, but a white man of Royal Birth and Ancestry as a full human being and a person entitled to due process and equal protection of the laws in this case; he refused to say the supreme Court is sitting in good behavior because he knows the supreme Court is guilty of Treason, Rebellion/1st Degree Premeditated Murder, et al; and he refused to answer what happens when my right to due process and equal protection of the laws in a public trial by jury has been denied by the supreme Court, yet these rights are preserved by Constitutional law?

Former Judge U.W. Clemon petitioned you not to consider Judge Ketanji Brown Jackson for the supreme Court because of her hostility towards workplace justice. Judge Clemon goes on to say that when judge Jackson presided over a class of 5,500 Black Lockheed Martin employees she refused *to greenlight the settlement that was reached, which was set to disperse $22 million to the employees. "She refused to approve the settlement because in her view there were no common factual questions," Clemon wrote.*

So, let me get this straight. Lockheed Martin and the class of 5,500 Black employees reached a settlement agreement, whereby Lockheed Martin agreed to pay the class 22m dollars, however Judge Ketanji Brown Jackson (a Black woman, at least in appearance) rejected the agreement.

Your response was to dismiss the concerns of judge Clemon without giving him the courtesy of revisiting your vetting of judge Jackson and demanding she address these concerns.

Based on this case, judge Jackson comes across as a female version of justice Clarence Thomas, but that position is neither here nor there, as what is constitutionally required is for you to be able to state under penalty of perjury that Judge Ketanji Brown Jackson is sitting in good behavior!

### LEGAL NOTICE TO U.S. REP. JAMAL BOWMAN

When the House has sole power of impeachment the House plays a role in the vetting process of all Article III judges, so why is the House MIA as to determining if an Article III judge is sitting in good behavior? Based on the evidence you have will you conduct an inquiry of impeachment?

What are your thoughts on crafting legislation requiring every Article III judge to issue a written declaration under penalty of perjury stating they support the supremacy of the U.S. Constitution and all rights, privileges and immunities therein; they are sitting in good behavior; and they have not deprived a person of their life, liberty or property without due process of law at the outset of every case they preside over, however there is nothing stopping a litigant in the United States from demanding an answer to these questions from a judge presiding over their case. Now take note of my initial petition and response to Judge Kaplan.

Mr. Walter Lee, Pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

VIRGINIA GIUFFRE (Plaintiff), v. PRINCE ANDREW (Defendant), No. 1:21-CV-06702

PETITIONER'S RESPONSE TO COURT ORDER DATED 31 JAN 22

IN RE

PETITIONER'S EMERGENCY PETITION FOR AN EVIDENTIARY HEATING
TO REVIEW EVIDENCE THAT CONSTITUTIONALL AND STATUTORILY REQUIRES
GRANTING A MOTION TO DISMISS WITH PREJUDICE IN THIS CASE

BROUGHT BY MR. WALTER LEE, PRO SE (Petitioner)

BROUGHT BEFORE U.S. DISTRICT JUDGE LEWIS A. KAPLAN
(Certified #7021 0350 0001 1536 2240 ~ Certified Mailing Date: 16 Feb 22)

On 24 Jan 22, the Petitioner sent via 1st class U.S. certified mail a seven-page petition with the above cited caption. The Court received this seven-page petition on 28 Jan 22 per USPS records.

On 31 Jan 22, the Court filed an Order in the form of a memorandum of endorsement which was not on the Court's letterhead, but on a piece of bond paper and the Court sent only the title page of the petition (stamped with the filing date) and the Order of the Court back to the Petitioner.

On 3 Feb 22, the USPS stamped the envelope containing the Order of the Court.

On 10 Feb 22, the Petitioner received the envelope containing the Order of the Court.

*TEXT OF THE COURT ORDER IN THE FORM OF A MEMORANDUM*
This document is the product of an inferior mind afraid to expose a corrupt U.S. justice system.

The self-described *pro se* "petitioner" seeks dismissal of this case on the theory that the Supreme Court and the lower courts of the United States "do not support the U.S. Constitution as the supreme law of the United States" and makes other remarks that need not be summarized.

The petitioner is not a party to this case and therefore has no right to seek dismissal or any other relief on any ground. Construing his papers as application to intervene, the application is denied.

He certainly has alleged nothing that would give him a right to intervene under Rule 24(a).

Nor has he asserted anything that would permit the Court, were it so minded, to permit him to intervene in the exercise of its discretion. Accordingly, the application is denied in all respects.

Petitioner can rest assured that the defendant's able counsel are up to the task of advancing any possible meritorious contention that they think warranted.

SO ORDERED

Dated: January 31, 2022                    END OF TEXT

3

## ORDER OF THE COURT

The self-described pro se "petitioner" seeks dismissal of this case on the theory that the Supreme Court and the lower courts of the United States "do not support the U.S. Constitution as the supreme law of the United States" and makes other remarks that need not be summarized.

## RESPONSE TO COURT ORDER

The Petitioner presented Walter Lee v. U.S. Dist Court for the Dist of Arizona, No. 02-1418 (PHX-SLV) as evidence proving the U.S. Government does not support the supremacy of the U.S. Constitution and the Court did not present any evidence to disprove this position.

The Court lied when ruling the Petitioner's petition is based upon a theory when the text of this Court order includes the U.S. Government refusing to acknowledge it supports the supremacy of the U.S. Constitution, proving there is nothing theoretical about this Court order or the text.

The Petitioner presented Walter Lee v. Stephen L. Verkamp, No. 02-1643 (PHX-SLV) as proof the district Court does not support the supremacy of the U.S. Constitution. The proof is in the fact the district Court refused to support the 1st, 5th, and 7th amendment rights of the Petitioner and the Court did not deny, dispute or attempt to disprove this fact proving there is nothing theoretical about this Court order or the text therein

The Petitioner presented Walter Lee v. Stephen L. Verkamp, No. 02-16883 (PHX-SLV) as proof the appellate Court does not support the supremacy of the U.S. Constitution. The proof is in the fact the appellate Court conspired with the district Court to deprive the Petitioner of his 1st, 5th, and 7th amendment rights; proving there is nothing theoretical about this Court order or the text therein as well as proving a district and appellate Court did not support the U.S. Constitution.

The Petitioner presented a letter dated 10 May 07, as proof the supreme Court does not support the supremacy of the U.S. Constitution, as they conspired to uphold the deprivation of the Petitioner's rights, proving the district, appellant and supreme Court do not support the U.S. Constitution as the supreme law of the United States. There is nothing theoretical about the Petitioner's argument nor the evidence presented in support of the Petitioner's argument.

## ORDER OF THE COURT

The petitioner is not a party to this case and therefore has no right to seek dismissal or any other relief on any ground. Construing his papers as application to intervene, the application is denied.

He certainly has alleged nothing that would give him a right to intervene under Rule 24(a).

## RESPONSE TO COURT ORDER

The Petitioner does not have to be a party to this case in order to intervene in this case; and the Court lies again when stating the Petitioner *has no right to seek dismissal or any other relief on any ground.* This ruling is based either on the Court's ignorance or contempt of the supremacy clause and the 1st amendment of the U.S. Constitution and its publicly sworn oath of office.

4

IAW Article VI cl 2/3 the following is stated:

2: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

3: The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

These two provisions of the U.S. Constitution establish not only is the U.S. Constitution the supreme law of the land, but that this Court is bound by an oath or affirmation to support the supremacy of the U.S. Constitution.

IAW 28 USC 453 the following is stated:

"Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office:" "I, ___ XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."

When justice is legally defined as the fair and proper administration of the law, and the U.S. Constitution is the supreme law of the land, then the Court is bound to support the supremacy of the U.S. Constitution and administer constitutional law fairly/properly without respect to persons

IAW the 1st amendment of the U.S. Constitution the following is stated:

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

When the Petitioner has the right to petition the government for the redress of a grievance and the grievance is sufficiently articulated to the point where the Court comprehends the nature of the grievance as well as the redress presented and both fall within the jurisdiction of the Court for adjudication, then for the Court to issue a ruling stating the Petitioner *has no right to seek dismissal or any other relief on any ground*, is as previously stated a lie.

The supremacy clause and the 1st amendment of the U.S. Constitution gives the Petitioner the right to intervene in this or any other case or controversy in any other federal or state Court.

### ORDER OF THE COURT

He certainly has alleged nothing that would give him a right to intervene under Rule 24(a).

Nor has he asserted anything that would permit the Court, were it so minded, to permit him to intervene in the exercise of its discretion. Accordingly, the application is denied in all respects.

IAW Rule 24(a)(1) the following is stated:

***Rule 24(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute.***

When a petition to a federal Court represents physical evidence of the moving party exercising their 1st amendment right to petition the government for the redress of a grievance (which is the supreme law of the United States of America) then it is clear the Court lied again when ruling the Petitioner *has alleged nothing that would give him a right to intervene under Rule 24(a)*.

The Petitioner takes the legal position the supremacy clause and the 1st amendment of the U.S. Constitution establishes the Petitioner's right to intervene in this case.

The Petitioner has repeatedly asserted the U.S. Judiciary does not support the supremacy of the U.S. Constitution and because of this fact Prince Andrew will not receive a fair trial.

The Petitioner seeks an evidentiary hearing so Prince Andrew and "able" counsel can assess the merits of the Petitioner's position. The response of the Court is to issue a ruling on bond paper and not the letterhead of the Court, which is highly unprofessional and disrespectful towards the Petitioner. Even so, this unprofessional/disrespectful act does not diminish the Petitioner's right to intervene in this case nor diminish the Court's obligation to hold an evidentiary hearing.

IAW 18 USC 2383 the following is stated:

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

The Petitioner asserts when the Court is on the legal and public record refusing to support the supremacy of the Petitioner's 1st amendment right to petition the government for the redress of certain grievances, which violates the Court's oath or affirmation that the Court is guilty of rebelling against the supreme legal authority of the United States and U.S. Laws.

The Petitioner demands the Court to provide the Petitioner with a filed stamped copy of the six remaining pages of the initial petition and a filed stamped copy of every page of this response.

The Petitioner is including copies of the seven exhibits stated in the initial petition with this response and the Petitioner demands a filed stamped copy of these exhibits as well. This will ensure there is no ambiguity on the record on appeal with respect to the arguments made and the supporting exhibits presented by the Petitioner to this Court on behalf of Prince Andrew.

The Petitioner notifies the Court if counsel for Prince Andrew were "able" this case would have been dismissed long ago. If counsel for Prince Andrew zealously represented his civil rights they would have demanded you prove you support the U.S. Constitution and all rights, privileges and immunities therein; prove you are sitting in good behavior, and prove you have not deprived, nor aided and abetted the deprivation of a person's life, liberty or property without due process and equal protection of the law to establish if you, judge Lewis A. Kaplan have the constitutional authority to exercise the sovereign judicial power of the American People to sit in judgement of this case, as anything less is grounds for a legal malpractice lawsuit/international intervention.

This case may be brought before the UN and the ICC since it involves international law and the need for a travel advisory to all nations, so this fact may become part of the record on appeal.

The impoverished status of the Petitioner supports a further demand which is for the Court to make copies of this response and the enclosed seven exhibits and distribute them to all counsel, since the paper, ink, envelope, postage and the time necessary to accomplish this task has been paid for by the taxes of the American People. Your signature proves your awareness of crime.

*[signature]*
Mr. Walter Lee, Pro se
P.O. Box 92
Warsaw, VA  22572

Judge Lewis A. Kaplan
USDC Southern District of NY
Daniel Patrick Moynihan USCH
500 Pearl St.
New York, NY 10007-1312

[1]President Joe Biden
1600 Pennsylvania Avenue, NW
Washington, D.C.  20500

[2]David Boies, II
Attorney at Boies, Schiller & Flexner LLP (Armonk)
333 Main Street
Armonk, NY 10504

Andrew Brad Brettler
Attorney at Lavely & Singer Professional Corp
2049 Century Park East, Suite 2400
Los Angeles, CA 90067.

The Hon. Boris Johnson, PM
United Kingdom
10 Downing Street
South West London
SW1A 2AA, UK

Richard Sharp, Chairman
Board of Trustees, BBC
BBC Comments
PO Box 1922,
Darlington,
DL3 0UR.

---

[1] What is wrong with your troops? Article III judges, federal courts, and constitutional and statutory U.S. laws are supposed to be your strength, yet this federal judge (Lewis A. Kaplan) is afraid to convene a public hearing he is constitutionally and statutorily required to convene.  Also, what level of ignorance and down-right stupidity did U.S. District Judge Lewis A. Kaplan exhibit when he cited FRCrP 24(a) as support for his refusal to convene a public hearing, when the rule actually supports my position?  Therefore, I present these facts and this case as legal evidence U.S. District Judge Lewis A. Kaplan is no longer mentally fit to continue his tenure in office.  These facts will be included in any record on appeal. A federal judge who is not mentally stable and allowed to exercise the sovereign judicial powers of the American People is a clear and present danger to the American People and to the citizens of the nations of the world who have the misfortune of going before him. With that stated, this could be the work of some low=life, low-level clerk that duped judge Kaplan into signing this document without reading it.
[2] Because you are an elder I will limit my comments.  How many people are dead today or no longer have the full use of all of their limbs or organs, or were displaced because they had to flee from their homes, neighborhood or state because of your ignorance of the law as demonstrated in Bush v. Gore, 531 U.S. 91 (2000)?  There are at least three arguments I can make that proves this ruling is unconstitutional and I am an uneducated, monetarily poor Black man.  With an Al Gore Presidency there is no 9/11 and the subsequent wars in Afghanistan and Iraq. You and Lawrence Tribe cost the American People/nations around the world precious lives, the destruction of personal and government property, and the transfer of trillions of dollars from the poor to the rich and wealthy.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 8 2001

Walter Lee, )
          )
    Plaintiff, )
          )
v.        )   Civil Action No.
          )   01 2610
          )
John Ashcroft, )
          )
    Defendant. )

## MEMORANDUM AND DISMISSAL ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the case on the grounds that the complaint is frivolous and fails to state a claim. See 28 U.S.C. § 1915 (e)(2)(B)(i)(ii).

Plaintiff sues U.S. Attorney General John Ashcroft apparently for his failure to act on plaintiff's alleged "ample, clear and unambiguous evidence that supports that George W. Bush lacks the Constitutional Authority to exercise the awesome and extraordinary powers and duties of the Office of the President of the United States. Therefore, when [President Bush] ordered the Military Strikes against Foreign Citizens of Afghanistan . . . [he] committed Murder." Complaint at 1. Plaintiff "demands that the Defendant present [his] evidence on the record to a Grand Jury. . ." pursuant to 18 U.S.C. § 3332. That statute authorizes a "grand jury impaneled [pursuant to 18 U.S.C. § 3331] within any judicial district to inquire into offenses against the criminal laws of the United States alleged to have been committed within that district. Such alleged offenses may be brought to the attention of the grand jury by the court or by any attorney appearing on behalf of the United States for the presentation of evidence." 18 U.S.C. § 3332(a). The success of plaintiff's

claim necessarily requires the invalidation of the current presidency. The legitimacy of the current presidency is a moot issue. Accordingly, it is this 5th day of December 2001,

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that plaintiff's complaint is DISMISSED with prejudice.

United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WALTER LEE, ) | |
| Plaintiff, ) | |
| v. ) | CIV 02-1418 PHX SLV |
| UNITED STATES DISTRICT COURT ) FOR THE DISTRICT OF ARIZONA, ) | ORDER |
| Defendant. ) | |

IT IS ORDERED THAT:

1. Plaintiff's motions, for appointment of counsel [Docket No. 4-1], and for oral argument on his motion for appointment of counsel [Docket No. 5-1], are both **denied**.

2. Plaintiff's motion asking the Court to supply him with copies of civil practice materials [Docket No. 6-1], is **denied**.

3. Plaintiff's motion [Docket No. 7-1], that the Court acknowledge that the United States Constitution is the supreme law of the United States, is **denied**.

DATED this 12 day of August, 2002.

Stephen L. Verkamp
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walter Lee, <br><br> Plaintiff, <br><br> vs. <br><br> Stephen L. Verkamp, Mary H. Murgia, and Office of the Clerk of Court, <br><br> Defendants. | CASE NO. CIV 02-1643 PHX (JWS) <br><br> <u>ORDER FROM CHAMBERS</u> <br><br> [Re: Complaint at docket 1, and Motion at docket 2] |

## MATTERS PRESENTED

At docket 1, plaintiff Walter Lee files a complaint naming Magistrate Judge Stephen L. Verkamp, District Judge Mary M. Murgia, and the office of the Clerk of Court for the United States District Court for the District of Arizona as defendants. At docket 2, Mr. Lee seeks leave to proceed *in forma pauperis*.

## DISCUSSION

An examination of the complaint discloses that Mr. Lee's claim arises from his belief that when Magistrate Judge Verkamp issued an order in prior litigation which was approved, acquiesced in, directed or abetted by District Judge Murgia which was then processed by the Clerk of Court, the defendants violated his rights, because the order was really part of a conspiracy to have him murdered. From the complaint, it is clear that Mr. Lee's claims arise from action undertaken in the course of judicial proceedings by federal judicial authorities. By way of relief, Mr. Lee seeks to recover damages in the amount of $100,000,000.

(3)

Judges such as Magistrate Judge Verkamp and District Judge Murgia enjoy absolute judicial immunity from claims for damages of the sort presented by Mr. Lee.[1] There are only two limitations on such immunity—judicial actions clearly taken in the total absence of jurisdiction, and actions which are not judicial in nature.[2] A review of Mr. Lee's complaint shows that neither exception applies to his claims.

The Clerk of Court does not have judicial immunity as such. However, when discharging his responsibilities as the Clerk by taking steps necessary to see that orders are processed and executed, the Clerk acts in a quasi-judicial capacity. When acting in that capacity, the Clerk also enjoys absolute immunity from claims for money damages.[3] Here, it is clear that the gravamen of Mr. Lee's claims against the Clerk of Court is that he was in league with the judicial officers in carrying out judicial orders. Accordingly, he also enjoys absolute immunity from the claims advanced by Mr. Lee.

While it may strike a layperson as unfair that judicial officers enjoy absolute immunity in the discharge of judicial business, a few moments reflection should suggest the obvious need for such immunity. Without it, disappointed litigants would harass judges with the result being that our system of adversarial justice would eventually be tied up in knots. As the United States Supreme Court has put it:

> A long line of this Court's precedents acknowledges that, generally, a judge is immune from suit for money damages. Although unfairness and injustice to a litigant may result on occasion, "it is a general principle of the highest importance to the proper administration of justice that a judicial officer, in exercising the authority vested in him, shall be free to act upon his own convictions, without apprehension of personal consequences to himself."[4]

---

[1] *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996).

[2] *Id.* at 1244.

[3] *Id.*

[4] *Mireles v. Waco*, 502 U.S. 9, 9-10 (1991) (internal citations omitted) (quoting from *Bradley v. Fisher*, 13 Wall. 335, 347 (1872).

-2-

While Mr. Lee's claims of a conspiracy to commit premeditated murder through the ruse of a court order strain credulity, even if they were true, his claims would not suffice to breach the barrier created by the doctrine of judicial immunity. That bulwark has been erected of necessity to protect an interest more important than redress in any particular case, society's interest in an independent and impartial judicial system.

## CONCLUSION

It is abundantly clear to the court from the complaint Mr. Lee has filed and from the history of prior litigation in this court involving Mr. Lee that his claims have no merit and cannot be amended so that they could have merit. Any effort to re-shape his claims would be doomed to run afoul of the doctrine of absolute judicial immunity. Accordingly, Mr. Lee's complaint is hereby **DISMISSED with prejudice**. The Clerk will please enter judgment that plaintiff take nothing from defendants.

The court having dismissed the complaint at docket 1, the motion to proceed *in forma pauperis* at docket 2 is **DENIED** as moot.

Dated at Anchorage, Alaska, this ___6th___ day of September 2002.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

-3-

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN - 8 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

U.S. Court of Appeals Docket Number: 02-16883
Lower Court Docket No.: CV-02-01643-JWS
Short Title: Lee v. Verkamp

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JAN 2 1 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

O R D E R

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court, agency, Tax Court or Bankruptcy Appellate Panel shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN - 8 2003

by_____
Deputy Clerk

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

May 10, 2007

Walter Lee
P.O. Box 92
Warsaw, VA 22572

RE: Walter Lee v. Verkamp

Dear Mr. Lee:

In reply to your letter or submission, received May 9, 2007, I regret to inform you that the Court is unable to assist you in the matter you present.

Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court. The Court does not give advice or assistance or answer legal questions on the basis of correspondence.

Your papers are herewith returned.

USC 28, 1915(e)(1) pertains to appointment of counsel by the court - "the court may request an attorney to represent any person unable to afford counsel."

The Court does not appoint counsel for the purpose of preparing a petition for a writ of certiorari.

Sincerely,
William K. Suter, Clerk
By: *(signature)*
Erik Fossum
(202) 479-3392

Enclosures

THE WHITE HOUSE

WASHINGTON

August 12, 2015

Mr. Walter Lee
Warsaw, Virginia

Dear Walter:

    Thank you for writing. The death penalty is one of the most challenging moral and legal issues our society faces. Americans understandably have strongly-held views on this subject, and as a country, we must ask ourselves some difficult and profound questions about this important issue. However, we can all agree on the need to improve the justice system to better serve our citizens and keep them safe.

    Too many families have suffered from criminal activity, and we must strengthen Federal, State, and local law enforcement to prevent and reduce crime. And those who commit the most serious crimes must be punished appropriately. But we also need to make certain that criminal defendants receive due process, that innocent people are not wrongfully convicted or sentenced, and that all sentences are carried out humanely. I have asked the Department of Justice to conduct a review of the administration of the death penalty, and my Administration will continue its work to protect the integrity of our justice system.

    Again, thank you for writing. I want you to know I am committed to ensuring that Americans are safe, that justice is served, and that any punishment is fair and appropriately administered.

Sincerely,

*[signature: Barack Obama]*

# THE WHITE HOUSE
## WASHINGTON

August 15, 2005

Mr. Walter Lee
Post Office Box 92
Warsaw, Virginia 22572-0092

Dear Mr. Lee:

Thank you for your letter to President Bush requesting assistance with your case.

We appreciate the concern that prompted you to write, however, the President's office cannot intervene in court proceedings on matters not involving the President or his office directly. Thank you for understanding. Best wishes.

Sincerely,

*Marguerite A. Murer*

Marguerite A. Murer
Special Assistant to the President
and Director of Presidential Correspondence

Walter Lee
P.O. Box 92
Warsaw, VA 22572

7021 0350 0001 1536 2240




U.S. POSTAGE PA
FCM LG ENV
WARSAW, VA
22572
FEB 16, 22
AMOUNT

$5.51
R2304E105892-08



RECEIVED
FEB 23 2022
JUDGE KAPLAN'S CHAMBERS

USM P3
SDNY

Judge Lewis A. Kaplan
USDC Southern District of NY
Daniel Patrick Moynihan USCH
500 Pearl St.
New York, NY 10007-1312