UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
**VIRGINIA L. GIUFFRE,**              :
                                      :
            *Plaintiff*,     :
                                      :   Case No. 1:21-cv-06702-LAK
  v.                                :
                                      :   STIPULATION OF DISMISSAL
**PRINCE ANDREW, DUKE OF YORK,**      :
**a/k/a ANDREW ALBERT CHRISTIAN**     :
**EDWARD, in his personal capacity,** :
                                      :
            *Defendant.*    :
                                      :
------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties' settlement agreement dated February 12, 2022, Plaintiff Virginia L. Giuffre and Defendant Prince Andrew, Duke of York hereby stipulate to the dismissal of this action, with prejudice. Each party to bear her/his own costs and fees.

    IT IS SO STIPULATED

Dated: March 8, 2022                      BOIES SCHILLER FLEXNER LLP

                                            /s/
                                    David Boies
                                    333 Main Street
                                    Armonk, New York. 10504
                                    Telephone: (914) 749-8200
                                    Facsimile: (914) 749-8300
                                    Email: dboies@bsfllp.com

                                    *Attorneys for Virginia L. Giuffre*

Dated:  March 8, 2022                              LAVELY & SINGER, P.C.

                                                   /s/
                                         Andrew B. Brettler
                                         2049 Century Park East, Suite 2400
                                         Los Angeles, CA 90067
                                         Telephone: (310) 556-3501
                                         Facsimile: (310) 556-3615
                                         Email: abrettler@lavelysinger.com

                                         *Attorneys for Prince Andrew, Duke of York*


## **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.


Dated: _____

                                         _____
                                         THE HONORABLE LEWIS A. KAPLAN
                                         UNITED STATES DISTRICT COURT JUDGE