USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
:
VIRGINIA L. GIUFFRE,
:
        *Plaintiff*,
:    Case No. 1:21-cv-06702-LAK
v.
:    STIPULATION OF DISMISSAL
PRINCE ANDREW, DUKE OF YORK,
a/k/a ANDREW ALBERT CHRISTIAN :
EDWARD, in his personal capacity,
:
        *Defendant.*
:
---------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties' settlement agreement dated February 12, 2022, Plaintiff Virginia L. Giuffre and Defendant Prince Andrew, Duke of York hereby stipulate to the dismissal of this action, with prejudice. Each party to bear her/his own costs and fees.

    IT IS SO STIPULATED

Dated: March 8, 2022               BOIES SCHILLER FLEXNER LLP

                                       /s/
                                   David Boies
                                   333 Main Street
                                   Armonk, New York. 10504
                                   Telephone: (914) 749-8200
                                   Facsimile: (914) 749-8300
                                   Email: dboies@bsfllp.com

                                   *Attorneys for Virginia L. Giuffre*

Case 1:21-cv-06702-LAK   Document 83   Filed 03/08/22   Page 2 of 2
Case 1:21-cv-06702-LAK   Document 82   Filed 03/08/22   Page 2 of 2

-2-

Dated: March 8, 2022					LAVELY & SINGER, P.C.

							/s/
							Andrew B. Brettler
							2049 Century Park East, Suite 2400
							Los Angeles, CA 90067
							Telephone: (310) 556-3501
							Facsimile: (310) 556-3615
							Email: abrettler@lavelysinger.com

							*Attorneys for Prince Andrew, Duke of York*

## **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

Dated: 3/8/22

							_____
							THE HONORABLE LEWIS A. KAPLAN
							UNITED STATES DISTRICT COURT JUDGE